# EXHIBIT 1-A

THE WAVE STUDIO, LLC
COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

VA 1–432–324

**EFFECTIVE DATE OF REGISTRATION**

12    28    2010
Month    Day    Year

---

**1**

**Title of This Work ▼**
Wave-s Photographs 2001

**NATURE OF THIS WORK ▼ See Instructions**
Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 67 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NAME OF AUTHOR ▼**

**a**    Wave-s (employer for hire of Masano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in  Singapore

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship**  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**    **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship**  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a**  Year in Which Creation of This Work Was Completed    2001
This information must be given in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month  Mar. 26    Day  Sep. 17    Year  2001
Nation  Singapore

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S;
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**  12-28-2010
**ONE DEPOSIT RECEIVED**
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☑ Yes *IN SIEDE / S™ 1-53477692*

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

See instructions
before completing
this space

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼     Account Number ▼

Jennison & Shultz, P.C.     080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy., Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number ( 703 ) 415-1640     Fax number ( 703 ) 415-0788

Email John@JennisonLaw.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   WAVE-S
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin     Date 28 December 2010

Handwritten signature (X) ▼

X

**8**

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

**VA 1 – 432 – 324**

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month) *12*  (Day) *28*  (Year) *2010*

CONTINUATION SHEET RECEIVED

Page *3* of *10* pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___ WAVE-S ___

Name of Copyright Claimant ___ WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679 ___

## B
*Registration for a Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| | | | |
|---|---|---|---|
| Title of Photograph | phuket001 | | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | phuket002 | | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | phuket003 | | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | phuket004 | | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | phuket005 | | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | |

**B**

Title of Photograph __phuket005__
Date of First Publication __26__ __March__ __2001__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __phuket007__
Date of First Publication __26__ __March__ __2001__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __phuket008__
Date of First Publication __26__ __March__ __2001__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __phuket009__
Date of First Publication __26__ __March__ __2001__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __phuket010__
Date of First Publication __26__ __March__ __2001__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __phuket011__
Date of First Publication __26__ __March__ __2001__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __phuket012__
Date of First Publication __26__ __March__ __2001__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __phuket013__
Date of First Publication __26__ __March__ __2001__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __phuket014__
Date of First Publication __26__ __March__ __2001__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __phuket015__
Date of First Publication __26__ __March__ __2001__  Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name ▼
Swanson & Bratz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | phuket016 | | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | phuket017 | | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | phuket018 | | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | phuket019 | | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | phuket020 | | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | phuket021 | | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | phuket022 | | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | phuket023 | | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | phuket024 | | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | phuket025 | | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**Number**

Title of Photograph — phuket026

Date of First Publication — 26 (Month) — March (Day) — 2001 (Year) — Nation of First Publication — Singapore

Description of Photograph (Optional)

**B**
Registration for Group of Published Photographs (continued)

---

**Number**

Title of Photograph — phuket027

Date of First Publication — 26 (Month) — March (Day) — 2001 (Year) — Nation of First Publication — Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph — phuket028

Date of First Publication — 26 (Month) — March (Day) — 2001 (Year) — Nation of First Publication — Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph — phuket029

Date of First Publication — 26 (Month) — March (Day) — 2001 (Year) — Nation of First Publication — Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph — phuket030

Date of First Publication — 26 (Month) — March (Day) — 2001 (Year) — Nation of First Publication — Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph — phuket031

Date of First Publication — 26 (Month) — March (Day) — 2001 (Year) — Nation of First Publication — Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph — phuket032

Date of First Publication — 26 (Month) — March (Day) — 2001 (Year) — Nation of First Publication — Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph — phuket033

Date of First Publication — 26 (Month) — March (Day) — 2001 (Year) — Nation of First Publication — Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph — phuket034

Date of First Publication — 26 (Month) — March (Day) — 2001 (Year) — Nation of First Publication — Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph — phuket035

Date of First Publication — 26 (Month) — March (Day) — 2001 (Year) — Nation of First Publication — Singapore

Description of Photograph (Optional)

---

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket036 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket037 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket038 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket039 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket040 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket041 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu001 | | | |
| | Date of First Publication | 17 (Month) | September (Day) | 2001 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu002 | | | |
| | Date of First Publication | 17 (Month) | September (Day) | 2001 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu003 | | | |
| | Date of First Publication | 17 (Month) | September (Day) | 2001 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu004 | | | |
| | Date of First Publication | 17 (Month) | September (Day) | 2001 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph | (Optional) | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph ___ lalu005

Date of First Publication ___ 17 ___ September ___ 2001 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ lalu006

Date of First Publication ___ 17 ___ September ___ 2001 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ lalu007

Date of First Publication ___ 17 ___ September ___ 2001 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ lalu008

Date of First Publication ___ 17 ___ September ___ 2001 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ lalu009

Date of First Publication ___ 17 ___ September ___ 2001 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ lalu010

Date of First Publication ___ 17 ___ September ___ 2001 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ lalu011

Date of First Publication ___ 17 ___ September ___ 2001 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ lalu012

Date of First Publication ___ 17 ___ September ___ 2001 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ lalu013

Date of First Publication ___ 17 ___ September ___ 2001 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ lalu014

Date of First Publication ___ 17 ___ September ___ 2001 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Name ▼
Dunlap & Shim, PC

Number / Street / Apt ▼
2011 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Number

Title of Photograph  **lalu015**

Date of First Publication  **17**  **September**  **2001**  Nation of First Publication  **Singapore**
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

Registration
for Group of
Published
Photographs
(continued)

Number

Title of Photograph  **lalu016**

Date of First Publication  **17**  **September**  **2001**  Nation of First Publication  **Singapore**
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

Number

Title of Photograph  **lalu017**

Date of First Publication  **17**  **September**  **2001**  Nation of First Publication  **Singapore**
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

Number

Title of Photograph  **lalu018**

Date of First Publication  **17**  **September**  **2001**  Nation of First Publication  **Singapore**
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

Number

Title of Photograph  **lalu019**

Date of First Publication  **17**  **September**  **2001**  Nation of First Publication  **Singapore**
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

Number

Title of Photograph  **lalu020**

Date of First Publication  **17**  **September**  **2001**  Nation of First Publication  **Singapore**
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

Number

Title of Photograph  **lalu021**

Date of First Publication  **17**  **September**  **2001**  Nation of First Publication  **Singapore**
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

Number

Title of Photograph  **lalu022**

Date of First Publication  **17**  **September**  **2001**  Nation of First Publication  **Singapore**
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

Number

Title of Photograph  **lalu023**

Date of First Publication  **17**  **September**  **2001**  Nation of First Publication  **Singapore**
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

Number

Title of Photograph  **lalu024**

Date of First Publication  **17**  **September**  **2001**  Nation of First Publication  **Singapore**
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

Certificate
will be mailed
in window
envelope to
this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or
   money order payable to Register of
   Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number

Title of Photograph ___ lalu025 _____

Date of First Publication __ 17 ___ September ___ 2001 ___ Nation of First Publication ___ Singapore
_____ (Month) ___ (Day) ___ (Year) _____

Description of Photograph ___ (Optional) _____

Registration
for Group of
Published
Photographs
(continued)

Number

Title of Photograph ___ lalu026 _____

Date of First Publication __ 17 ___ September ___ 2001 ___ Nation of First Publication ___ Singapore
_____ (Month) ___ (Day) ___ (Year) _____

Description of Photograph ___ (Optional) _____

Number

Title of Photograph _____

Date of First Publication _____ Nation of First Publication _____
_____ (Month) ___ (Day) ___ (Year) _____

Description of Photograph ___ (Optional) _____

Number

Title of Photograph _____

Date of First Publication _____ Nation of First Publication _____
_____ (Month) ___ (Day) ___ (Year) _____

Description of Photograph ___ (Optional) _____

Number

Title of Photograph _____

Date of First Publication _____ Nation of First Publication _____
_____ (Month) ___ (Day) ___ (Year) _____

Description of Photograph ___ (Optional) _____

Number

Title of Photograph _____

Date of First Publication _____ Nation of First Publication _____
_____ (Month) ___ (Day) ___ (Year) _____

Description of Photograph ___ (Optional) _____

Number

Title of Photograph _____

Date of First Publication _____ Nation of First Publication _____
_____ (Month) ___ (Day) ___ (Year) _____

Description of Photograph ___ (Optional) _____

Number

Title of Photograph _____

Date of First Publication _____ Nation of First Publication _____
_____ (Month) ___ (Day) ___ (Year) _____

Description of Photograph ___ (Optional) _____

Number

Title of Photograph _____

Date of First Publication _____ Nation of First Publication _____
_____ (Month) ___ (Day) ___ (Year) _____

Description of Photograph ___ (Optional) _____

Number

Title of Photograph _____

Date of First Publication _____ Nation of First Publication _____
_____ (Month) ___ (Day) ___ (Year) _____

Description of Photograph ___ (Optional) _____

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
  money order payable to Register of
  Copyrights
3 Deposit material

MAIL TO:

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-432-325**



EFFECTIVE DATE OF REGISTRATION

| 12 | 28 | 2010 |
|----|----|------|
| Month | Day | Year |

---

**1** **Title of This Work ▼**
Wave-s Photographs 2002

**NATURE OF THIS WORK ▼** See instructions
Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 183 photographs

**Publication as a Contribution** If this work was published as a contribution in a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: **Volume ▼**      **Number ▼**      **Issue Date ▼**      **On Pages ▼**

---

**2** **NAME OF AUTHOR ▼**

**a** Wave-s (employer for hire of Masano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in   Singapore

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☑ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**3** **a** Year in Which Creation of This Work Was Completed   2002   Year in all cases. This information must be given

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month  July 20-Dec. 2   Day ____   Year 2002
Singapore   Nation

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S;
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-28-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 21

EXAMINED BY _____ **FORM VA**

CHECKED BY _____

☑ Yes **CORRESPONDENCE** *(In Sube/ SR 1-540400134)*

**FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

Jennison & Shultz, P.C.                    080519

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

**b**

Area code and daytime telephone number   ( 703 ) 415-1640        Fax number   ( 703 )415-0788

Email   John@JennisonLaw.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _____ **WAVE-S**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                                Date  28 December 2010

Handwritten signature (X) ▼

X _____

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1 – 432 – 325



USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

(Month) *12*   (Day) *28*   (Year) *2010*

CONTINUATION SHEET RECEIVED

Page *3* of *21* pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author _____ WAVE-S

Name of Copyright Claimant _____ WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

## B

*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within a calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu027 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu028 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu029 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu030 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu031 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

**B**

| Title of Photograph | lalu032 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | Image | | | | |

| Title of Photograph | lalu033 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | Image | | | | |

| Title of Photograph | lalu034 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | Image | | | | |

| Title of Photograph | lalu035 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | Image | | | | |

| Title of Photograph | lalu036 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | Image | | | | |

| Title of Photograph | lalu037 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | Image | | | | |

| Title of Photograph | lalu038 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | Image | | | | |

| Title of Photograph | lalu039 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | Image | | | | |

| Title of Photograph | lalu040 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | Image | | | | |

| Title of Photograph | lalu041 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | Image | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jenkens & Shute, PC

Number / Street / Apt ▼
2801 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Number

Title of Photograph    lalu042

Date of First Publication    20    July    2002    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph    (Optional)

Number

Title of Photograph    lalu043

Date of First Publication    20    July    2002    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph    (Optional)

Number

Title of Photograph    lalu044

Date of First Publication    20    July    2002    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph    (Optional)

Number

Title of Photograph    lalu045

Date of First Publication    20    July    2002    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph    (Optional)

Number

Title of Photograph    lalu046

Date of First Publication    20    July    2002    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph    (Optional)

Number

Title of Photograph    lalu047

Date of First Publication    20    July    2002    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph    (Optional)

Number

Title of Photograph    lalu048

Date of First Publication    20    July    2002    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph    (Optional)

Number

Title of Photograph    lalu049

Date of First Publication    20    July    2002    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph    (Optional)

Number

Title of Photograph    lalu050

Date of First Publication    20    July    2002    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph    (Optional)

Number

Title of Photograph    lalu051

Date of First Publication    20    July    2002    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph    (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph — lulu052
Date of First Publication — 20 July 2002    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lulu053
Date of First Publication — 20 July 2002    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lulu054
Date of First Publication — 20 July 2002    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lulu055
Date of First Publication — 20 July 2002    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lulu056
Date of First Publication — 20 July 2002    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lulu057
Date of First Publication — 20 July 2002    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lulu058
Date of First Publication — 20 July 2002    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lulu059
Date of First Publication — 20 July 2002    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lulu060
Date of First Publication — 20 July 2002    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lulu061
Date of First Publication — 20 July 2002    Nation of First Publication — Singapore
Description of Photograph —

**C**

Name ▼
Jonathan & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1103

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Related Photographs (continued)

Number

Title of Photograph  lalu062
Date of First Publication  20 (Month)  July (Day)  2002 (Year)  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  lalu063
Date of First Publication  20 (Month)  July (Day)  2002 (Year)  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  lalu064
Date of First Publication  20 (Month)  July (Day)  2002 (Year)  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  lalu065
Date of First Publication  20 (Month)  July (Day)  2002 (Year)  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  lalu066
Date of First Publication  20 (Month)  July (Day)  2002 (Year)  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  lalu067
Date of First Publication  20 (Month)  July (Day)  2002 (Year)  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  lalu068
Date of First Publication  20 (Month)  July (Day)  2002 (Year)  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  lalu069
Date of First Publication  20 (Month)  July (Day)  2002 (Year)  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  lalu070
Date of First Publication  20 (Month)  July (Day)  2002 (Year)  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  lalu071
Date of First Publication  20 (Month)  July (Day)  2002 (Year)  Nation of First Publication  Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph **lalu072**
Date of First Publication **20** July **2002**  Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **lalu073**
Date of First Publication **20** July **2002**  Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **lalu074**
Date of First Publication **20** July **2002**  Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **lalu075**
Date of First Publication **20** July **2002**  Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **lalu076**
Date of First Publication **20** July **2002**  Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **lalu077**
Date of First Publication **20** July **2002**  Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **lalu078**
Date of First Publication **20** July **2002**  Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **lalu079**
Date of First Publication **20** July **2002**  Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **lalu080**
Date of First Publication **20** July **2002**  Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **lalu081**
Date of First Publication **20** July **2002**  Nation of First Publication **Singapore**
Description of Photograph

Name ▼
**Ieadism & Shultz, PC**
Number / Street / Apt ▼
**2001 Jefferson Davis Hwy., Suite 1102**
City / State / Zip ▼
**Arlington, VA 22202-3604**

**C**

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| Title of Photograph | lalu082 | | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Option) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| Title of Photograph | lalu083 | | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Option) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| Title of Photograph | lalu084 | | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Option) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| Title of Photograph | lalu085 | | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Option) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| Title of Photograph | lalu086 | | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Option) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| Title of Photograph | lalu087 | | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Option) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| Title of Photograph | lalu088 | | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Option) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| Title of Photograph | lalu089 | | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Option) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| Title of Photograph | lalu090 | | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Option) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| Title of Photograph | lalu091 | | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Option) | | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
   Nonrefundable filing fee in check or money order payable to Register of Copyrights
2 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | | |
|---|---|---|
| Title of Photograph | lalu092 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu093 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu094 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu095 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu096 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu097 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu098 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu099 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu100 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu101 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu102 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Option) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu103 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Option) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu104 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Option) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu105 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Option) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu106 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Option) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu107 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Option) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu108 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Option) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu109 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Option) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu110 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Option) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu111 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication   Singapore |
| | Description of Photograph (Option) | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Application for Group of Published Photographs (continued)

| Number | | | | | | |
|--------|--|--|--|--|--|--|

Title of Photograph — lalu112

Date of First Publication — 20 July 2002 — Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — lalu113

Date of First Publication — 20 July 2002 — Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — lalu114

Date of First Publication — 20 July 2002 — Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — lalu115

Date of First Publication — 20 July 2002 — Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — lalu116

Date of First Publication — 20 July 2002 — Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — lalu117

Date of First Publication — 20 July 2002 — Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — lalu118

Date of First Publication — 20 July 2002 — Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — lalu119

Date of First Publication — 20 July 2002 — Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — lalu120

Date of First Publication — 20 July 2002 — Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — lalu121

Date of First Publication — 20 July 2002 — Nation of First Publication — Singapore

Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Photograph | lalu122 | | | | | **B** |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore | Registration for Group of Published Photographs (continued) |
| | Description of Photograph (Optional) | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu123 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu124 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu125 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu126 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu127 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu128 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu129 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu130 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu131 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

Certificate will be mailed in window envelope to this address

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph ___ lalu132
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ lalu133
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ lalu134
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ lalu135
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ lalu136
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ lalu137
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ lalu138
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ lalu139
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ lalu140
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ lalu141
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | lalu142 |
| | Date of First Publication | 20  July  2002  Nation of First Publication  Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu143 |
| | Date of First Publication | 20  July  2002  Nation of First Publication  Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu144 |
| | Date of First Publication | 20  July  2002  Nation of First Publication  Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu145 |
| | Date of First Publication | 20  July  2002  Nation of First Publication  Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu146 |
| | Date of First Publication | 20  July  2002  Nation of First Publication  Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu147 |
| | Date of First Publication | 20  July  2002  Nation of First Publication  Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu148 |
| | Date of First Publication | 20  July  2002  Nation of First Publication  Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu149 |
| | Date of First Publication | 20  July  2002  Nation of First Publication  Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu150 |
| | Date of First Publication | 20  July  2002  Nation of First Publication  Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu151 |
| | Date of First Publication | 20  July  2002  Nation of First Publication  Singapore |
| | Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| | Title of Photograph | lalu152 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| | Title of Photograph | lalu153 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | lalu154 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| | Title of Photograph | lalu155 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| | Title of Photograph | lalu156 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| | Title of Photograph | lalu157 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| | Title of Photograph | lalu158 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| | Title of Photograph | muscat001 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| | Title of Photograph | muscat002 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| | Title of Photograph | muscat003 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | muscat004 | |
| Date of First Publication | 16 *(Month)* July *(Day)* 2002 *(Year)* | Nation of First Publication — Singapore |
| Description of Photograph *(Optional)* | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat005 | |
| Date of First Publication | 16 *(Month)* July *(Day)* 2002 *(Year)* | Nation of First Publication — Singapore |
| Description of Photograph *(Optional)* | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat006 | |
| Date of First Publication | 16 *(Month)* July *(Day)* 2002 *(Year)* | Nation of First Publication — Singapore |
| Description of Photograph *(Optional)* | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat007 | |
| Date of First Publication | 16 *(Month)* July *(Day)* 2002 *(Year)* | Nation of First Publication — Singapore |
| Description of Photograph *(Optional)* | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat008 | |
| Date of First Publication | 16 *(Month)* July *(Day)* 2002 *(Year)* | Nation of First Publication — Singapore |
| Description of Photograph *(Optional)* | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat009 | |
| Date of First Publication | 16 *(Month)* July *(Day)* 2002 *(Year)* | Nation of First Publication — Singapore |
| Description of Photograph *(Optional)* | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat010 | |
| Date of First Publication | 16 *(Month)* July *(Day)* 2002 *(Year)* | Nation of First Publication — Singapore |
| Description of Photograph *(Optional)* | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat011 | |
| Date of First Publication | 16 *(Month)* July *(Day)* 2002 *(Year)* | Nation of First Publication — Singapore |
| Description of Photograph *(Optional)* | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat012 | |
| Date of First Publication | 16 *(Month)* July *(Day)* 2002 *(Year)* | Nation of First Publication — Singapore |
| Description of Photograph *(Optional)* | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat013 | |
| Date of First Publication | 16 *(Month)* July *(Day)* 2002 *(Year)* | Nation of First Publication — Singapore |
| Description of Photograph *(Optional)* | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | muscat014 | |
| Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat015 | |
| Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat016 | |
| Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat017 | |
| Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat018 | |
| Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat019 | |
| Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat020 | |
| Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat021 | |
| Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat022 | |
| Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat023 | |
| Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number

Title of Photograph     muscat024

Date of First Publication     16     July     2002     Nation of First Publication     Singapore
                            (Month)    (Day)    (Year)

Description of Photograph     (Optional)

Registration
for Group of
Published
Photographs
(continued)

---

Number

Title of Photograph     muscat025

Date of First Publication     16     July     2002     Nation of First Publication     Singapore
                            (Month)    (Day)    (Year)

Description of Photograph     (Optional)

---

Number

Title of Photograph     muscat026

Date of First Publication     16     July     2002     Nation of First Publication     Singapore
                            (Month)    (Day)    (Year)

Description of Photograph     (Optional)

---

Number

Title of Photograph     muscat027

Date of First Publication     16     July     2002     Nation of First Publication     Singapore
                            (Month)    (Day)    (Year)

Description of Photograph     (Optional)

---

Number

Title of Photograph     muscat028

Date of First Publication     16     July     2002     Nation of First Publication     Singapore
                            (Month)    (Day)    (Year)

Description of Photograph     (Optional)

---

Number

Title of Photograph     muscat029

Date of First Publication     16     July     2002     Nation of First Publication     Singapore
                            (Month)    (Day)    (Year)

Description of Photograph     (Optional)

---

Number

Title of Photograph     legianclub001

Date of First Publication     12     July     2002     Nation of First Publication     Singapore
                            (Month)    (Day)    (Year)

Description of Photograph     (Optional)

---

Number

Title of Photograph     legianclub002

Date of First Publication     12     July     2002     Nation of First Publication     Singapore
                            (Month)    (Day)    (Year)

Description of Photograph     (Optional)

---

Number

Title of Photograph     legianclub003

Date of First Publication     12     July     2002     Nation of First Publication     Singapore
                            (Month)    (Day)    (Year)

Description of Photograph     (Optional)

---

Number

Title of Photograph     legianclub004

Date of First Publication     12     July     2002     Nation of First Publication     Singapore
                            (Month)    (Day)    (Year)

Description of Photograph     (Optional)

---

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
3. Deposit material

MAIL TO:

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000