# EXHIBIT 1-B

THE WAVE STUDIO, LLC
COMPLAINT

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | legianclub005 |
| Date of First Publication | 12 (Month)  July (Day)  2002 (Year)  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | legianclub006 |
| Date of First Publication | 12 (Month)  July (Day)  2002 (Year)  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | legianclub007 |
| Date of First Publication | 12 (Month)  July (Day)  2002 (Year)  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | legianclub008 |
| Date of First Publication | 12 (Month)  July (Day)  2002 (Year)  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | legianclub009 |
| Date of First Publication | 12 (Month)  July (Day)  2002 (Year)  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | legianclub010 |
| Date of First Publication | 12 (Month)  July (Day)  2002 (Year)  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | legianclub011 |
| Date of First Publication | 12 (Month)  July (Day)  2002 (Year)  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | legianclub012 |
| Date of First Publication | 12 (Month)  July (Day)  2002 (Year)  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | legianclub013 |
| Date of First Publication | 12 (Month)  July (Day)  2002 (Year)  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | legianclub014 |
| Date of First Publication | 12 (Month)  July (Day)  2002 (Year)  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legianclub015 | | | | |
| Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian001 | | | | |
| Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian002 | | | | |
| Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian003 | | | | |
| Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian004 | | | | |
| Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian005 | | | | |
| Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian006 | | | | |
| Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | phuket042 | | | | |
| Date of First Publication | 2 (Month) | December (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | | | | | |
| Date of First Publication | (Month) | (Day) | (Year) | Nation of First Publication | |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | | | | | |
| Date of First Publication | (Month) | (Day) | (Year) | Nation of First Publication | |
| Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-432-326

EFFECTIVE DATE OF REGISTRATION

12  30  2010
Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

The Wave Design Pte. Ltd.  Photographs 2007(A)

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 388 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

## 2

**NAME OF AUTHOR ▼**

**a** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _Singapore_

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions

☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☑ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions

☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed
2007
Year  This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Feb. 7 - July 6
Month  Day
2007
Year
Singapore
Nation
Complete this information ONLY if this work has been published.

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.;
10A Trengganu Street, Singapore 058464

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-30-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

**FORM VA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                    **Account Number** ▼

Jennison & Shultz, P.C.                       080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number   ( 703 ) 415-1640                Fax number   ( 703 ) 415-0788

Email   John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶  {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   **THE WAVE DESIGN PTE LTD**
}

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                    Date   28 December 2010

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
Jennison & Shultz, PC

**Number/Street/Apt** ▼
2001 Jefferson Davis Hwy.; Suite 1102

**City/State/Zip** ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1 – 432 – 326

EFFECTIVE DATE OF REGISTRATION

*12*   *30*   *2010*

(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

Page *3* . *41* pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author     THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant     THE WAVE DESIGN PTE. LTD. ;  10A Trengganu Street, Singapore 058464

## B

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Title of Photograph     chiangmai076
Date of First Publication     7     February     2007     Nation of First Publication     Singapore
                        (Day)   (Month)   (Year)
Description of Photograph     (Optional)

Title of Photograph     chiangmai077
Date of First Publication     7     February     2007     Nation of First Publication     Singapore
                        (Day)   (Month)   (Year)
Description of Photograph     (Optional)

Title of Photograph     chiangmai078
Date of First Publication     7     February     2007     Nation of First Publication     Singapore
                        (Day)   (Month)   (Year)
Description of Photograph     (Optional)

Title of Photograph     chiangmai079
Date of First Publication     7     February     2007     Nation of First Publication     Singapore
                        (Day)   (Month)   (Year)
Description of Photograph     (Optional)

Title of Photograph     chiangmai080
Date of First Publication     7     February     2007     Nation of First Publication     Singapore
                        (Day)   (Month)   (Year)
Description of Photograph     (Optional)

**B**

Title of Photograph    chiangmai081
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai082
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai083
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai084
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai085
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai086
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai087
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai088
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai089
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai090
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

**C**

Name
Dunlap & Reste, PC

Number/Street/Apt
2001 Jefferson Davis Hwy.; Suite 1103

City/State/Zip
Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai091

Date of First Publication: 7 February 2007    Nation of First Publication: Singapore

Description of Photograph:

Title of Photograph: chiangmai092

Date of First Publication: 7 February 2007    Nation of First Publication: Singapore

Description of Photograph:

Title of Photograph: chiangmai093

Date of First Publication: 7 February 2007    Nation of First Publication: Singapore

Description of Photograph:

Title of Photograph: chiangmai094

Date of First Publication: 7 February 2007    Nation of First Publication: Singapore

Description of Photograph:

Title of Photograph: chiangmai095

Date of First Publication: 7 February 2007    Nation of First Publication: Singapore

Description of Photograph:

Title of Photograph: chiangmai096

Date of First Publication: 7 February 2007    Nation of First Publication: Singapore

Description of Photograph:

Title of Photograph: chiangmai097

Date of First Publication: 7 February 2007    Nation of First Publication: Singapore

Description of Photograph:

Title of Photograph: chiangmai098

Date of First Publication: 7 February 2007    Nation of First Publication: Singapore

Description of Photograph:

Title of Photograph: chiangmai099

Date of First Publication: 7 February 2007    Nation of First Publication: Singapore

Description of Photograph:

Title of Photograph: chiangmai100

Date of First Publication: 7 February 2007    Nation of First Publication: Singapore

Description of Photograph:

**C**

Name: Jamison & Shultz, PC

Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph ___ chiangmai101
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai102
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai103
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai104
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai105
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai106
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai107
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai108
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai109
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai110
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __chiangmai111__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __chiangmai112__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __chiangmai113__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __chiangmai114__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __chiangmai115__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __chiangmai116__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __chiangmai117__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __chiangmai118__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __chiangmai119__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __chiangmai120__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph

**C**

Name
Jamison & Stultz, PC

Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1105

City / State / Zip
Arlington, VA 22202-3604

**B**

Number
Title of Photograph ___ chiangmai121 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Number
Title of Photograph ___ chiangmai122 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Number
Title of Photograph ___ chiangmai123 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Number
Title of Photograph ___ chiangmai124 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Number
Title of Photograph ___ chiangmai125 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Number
Title of Photograph ___ chiangmai126 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Number
Title of Photograph ___ chiangmai127 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Number
Title of Photograph ___ chiangmai128 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Number
Title of Photograph ___ chiangmai129 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Number
Title of Photograph ___ chiangmai130 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Name ▼
Jennison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| | Title of Photograph | chiangmai131 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai132 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai133 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai134 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai135 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai136 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai137 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai138 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai139 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai140 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Name ▼
Stableton & Shults, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy , Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai141 |
| | Date of First Publication | 7 (Month) February (Day) 2007 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai142 |
| | Date of First Publication | 7 (Month) February (Day) 2007 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai143 |
| | Date of First Publication | 7 (Month) February (Day) 2007 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai144 |
| | Date of First Publication | 7 (Month) February (Day) 2007 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai145 |
| | Date of First Publication | 7 (Month) February (Day) 2007 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai146 |
| | Date of First Publication | 7 (Month) February (Day) 2007 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai147 |
| | Date of First Publication | 7 (Month) February (Day) 2007 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai148 |
| | Date of First Publication | 7 (Month) February (Day) 2007 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai149 |
| | Date of First Publication | 7 (Month) February (Day) 2007 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai150 |
| | Date of First Publication | 7 (Month) February (Day) 2007 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Published Photographs (Continued)

Number

Title of Photograph __ chiangmai151 __
Date of First Publication __ 7 __ February __ 2007 __   Nation of First Publication __ Singapore
Description of Photograph (Optional) __

Number

Title of Photograph __ chiangmai152 __
Date of First Publication __ 7 __ February __ 2007 __   Nation of First Publication __ Singapore
Description of Photograph (Optional) __

Number

Title of Photograph __ chiangmai153 __
Date of First Publication __ 7 __ February __ 2007 __   Nation of First Publication __ Singapore
Description of Photograph (Optional) __

Number

Title of Photograph __ chiangmai154 __
Date of First Publication __ 7 __ February __ 2007 __   Nation of First Publication __ Singapore
Description of Photograph (Optional) __

Number

Title of Photograph __ chiangmai155 __
Date of First Publication __ 7 __ February __ 2007 __   Nation of First Publication __ Singapore
Description of Photograph (Optional) __

Number

Title of Photograph __ chiangmai156 __
Date of First Publication __ 7 __ February __ 2007 __   Nation of First Publication __ Singapore
Description of Photograph (Optional) __

Number

Title of Photograph __ chiangmai157 __
Date of First Publication __ 7 __ February __ 2007 __   Nation of First Publication __ Singapore
Description of Photograph (Optional) __

Number

Title of Photograph __ chiangmai158 __
Date of First Publication __ 7 __ February __ 2007 __   Nation of First Publication __ Singapore
Description of Photograph (Optional) __

Number

Title of Photograph __ chiangmai159 __
Date of First Publication __ 7 __ February __ 2007 __   Nation of First Publication __ Singapore
Description of Photograph (Optional) __

Number

Title of Photograph __ chiangmai160 __
Date of First Publication __ 7 __ February __ 2007 __   Nation of First Publication __ Singapore
Description of Photograph (Optional) __

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph chiangmai161
Date of First Publication 7 February 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph chiangmai162
Date of First Publication 7 February 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph chiangmai163
Date of First Publication 7 February 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph chiangmai164
Date of First Publication 7 February 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph chiangmai165
Date of First Publication 7 February 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph chiangmai166
Date of First Publication 7 February 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph chiangmai167
Date of First Publication 7 February 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph chiangmai168
Date of First Publication 7 February 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph chiangmai169
Date of First Publication 7 February 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph chiangmai170
Date of First Publication 7 February 2007 Nation of First Publication Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.: Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ chiangmai171
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai172
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai173
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai174
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai175
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai176
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai177
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai178
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai179
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai180
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy - Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    chiangmai181
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai182
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai183
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai184
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai185
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai186
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai187
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai188
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai189
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai190
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Name ▼
Rimehon & Shrike, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1100

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| | |
|---|---|
| Title of Photograph | chiangmai191 |
| Date of First Publication | 7 February 2007 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai192 |
| Date of First Publication | 7 February 2007 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai193 |
| Date of First Publication | 7 February 2007 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai194 |
| Date of First Publication | 7 February 2007 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai195 |
| Date of First Publication | 7 February 2007 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai196 |
| Date of First Publication | 7 February 2007 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai197 |
| Date of First Publication | 7 February 2007 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai198 |
| Date of First Publication | 7 February 2007 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai199 |
| Date of First Publication | 7 February 2007 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai200 |
| Date of First Publication | 7 February 2007 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

**C**

Jamieson & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | chiangmai201 |
| Date of First Publication | 7  February  2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai202 |
| Date of First Publication | 7  February  2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai203 |
| Date of First Publication | 7  February  2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai204 |
| Date of First Publication | 7  February  2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai205 |
| Date of First Publication | 7  February  2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai206 |
| Date of First Publication | 7  February  2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai207 |
| Date of First Publication | 7  February  2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai208 |
| Date of First Publication | 7  February  2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai209 |
| Date of First Publication | 7  February  2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai210 |
| Date of First Publication | 7  February  2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    chiangmai211
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai212
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai213
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai214
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai215
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai216
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai217
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai218
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai219
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai220
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Kenyon & Kenyon, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

**Title of Photograph** chiangmai221
**Date of First Publication** 7 February 2007 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chiangmai222
**Date of First Publication** 7 February 2007 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chiangmai223
**Date of First Publication** 7 February 2007 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chiangmai224
**Date of First Publication** 7 February 2007 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chiangmai225
**Date of First Publication** 7 February 2007 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chiangmai226
**Date of First Publication** 7 February 2007 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chiangmai227
**Date of First Publication** 7 February 2007 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chiangmai228
**Date of First Publication** 7 February 2007 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chiangmai229
**Date of First Publication** 7 February 2007 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chiangmai230
**Date of First Publication** 7 February 2007 **Nation of First Publication** Singapore
**Description of Photograph**

**C**

Name ▼
Sunlava & Sunta, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Published Photographs (Continued)

| Number | |
|---|---|
| Title of Photograph | chiangmai231 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Number | |
|---|---|
| Title of Photograph | chiangmai232 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Number | |
|---|---|
| Title of Photograph | chiangmai233 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Number | |
|---|---|
| Title of Photograph | chiangmai234 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Number | |
|---|---|
| Title of Photograph | chiangmai235 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Number | |
|---|---|
| Title of Photograph | chiangmai236 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Number | |
|---|---|
| Title of Photograph | chiangmai237 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Number | |
|---|---|
| Title of Photograph | chiangmai238 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Number | |
|---|---|
| Title of Photograph | bkk001 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Number | |
|---|---|
| Title of Photograph | bkk002 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

Certificate will be mailed in window envelope to this address:

Name ▼
Jeanson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Works of
the Visual
Arts including
Photographs
(continued)

Number

Title of Photograph    bkk003

Date of First Publication   7    February    2007    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

Number

Title of Photograph    bkk004

Date of First Publication   7    February    2007    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

Number

Title of Photograph    bkk005

Date of First Publication   7    February    2007    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

Number

Title of Photograph    bkk006

Date of First Publication   7    February    2007    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

Number

Title of Photograph    bkk007

Date of First Publication   7    February    2007    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

Number

Title of Photograph    bkk008

Date of First Publication   7    February    2007    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

Number

Title of Photograph    bkk009

Date of First Publication   7    February    2007    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

Number

Title of Photograph    bkk010

Date of First Publication   7    February    2007    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

Number

Title of Photograph    bkk011

Date of First Publication   7    February    2007    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

Number

Title of Photograph    bkk012

Date of First Publication   7    February    2007    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

**C**

Certificate
will be
mailed in
window
envelope
to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

• YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

Title of Photograph ___ bkk013 _____

Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___

Description of Photograph ___

**B**

Title of Photograph ___ bkk014 _____

Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ bkk015 _____

Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ bkk016 _____

Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ bkk017 _____

Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ namhai070 _____

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ namhai071 _____

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ namhai072 _____

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ namhai073 _____

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ namhai074 _____

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___

Description of Photograph ___

Name ▼
Jamison A. Biela, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph _____ namhai075
Date of First Publication ___ 6 _____ July _____ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Title of Photograph _____ namhai076
Date of First Publication ___ 6 _____ July _____ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Title of Photograph _____ namhai077
Date of First Publication ___ 6 _____ July _____ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Title of Photograph _____ namhai078
Date of First Publication ___ 6 _____ July _____ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Title of Photograph _____ namhai079
Date of First Publication ___ 6 _____ July _____ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Title of Photograph _____ namhai080
Date of First Publication ___ 6 _____ July _____ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Title of Photograph _____ namhai081
Date of First Publication ___ 6 _____ July _____ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Title of Photograph _____ namhai082
Date of First Publication ___ 6 _____ July _____ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Title of Photograph _____ namhai083
Date of First Publication ___ 6 _____ July _____ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Title of Photograph _____ namhai084
Date of First Publication ___ 6 _____ July _____ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _namhai085_
Date of First Publication __6__ __July__ __2007__   Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _namhai086_
Date of First Publication __6__ __July__ __2007__   Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _namhai087_
Date of First Publication __6__ __July__ __2007__   Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _namhai088_
Date of First Publication __6__ __July__ __2007__   Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _namhai089_
Date of First Publication __6__ __July__ __2007__   Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _namhai090_
Date of First Publication __6__ __July__ __2007__   Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _namhai091_
Date of First Publication __6__ __July__ __2007__   Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _namhai092_
Date of First Publication __6__ __July__ __2007__   Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _namhai093_
Date of First Publication __6__ __July__ __2007__   Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _namhai094_
Date of First Publication __6__ __July__ __2007__   Nation of First Publication _Singapore_
Description of Photograph _____

**C**

Name P
Saidman & Shultz, PC

Number / Street / Apt P
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip P
Arlington, VA 22202-3604

**B**

Title of Photograph ___ namhai095
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai096
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai097
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai098
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai099
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai100
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai101
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai102
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai103
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai104
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Kambrod & Starke, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Number

Title of Photograph — namhai105

Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore

Description of Photograph —

Number

Title of Photograph — namhai106

Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore

Description of Photograph —

Number

Title of Photograph — namhai107

Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore

Description of Photograph —

Number

Title of Photograph — namhai108

Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore

Description of Photograph —

Number

Title of Photograph — namhai109

Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore

Description of Photograph —

Number

Title of Photograph — namhai110

Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore

Description of Photograph —

Number

Title of Photograph — namhai111

Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore

Description of Photograph —

Number

Title of Photograph — namhai112

Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore

Description of Photograph —

Number

Title of Photograph — namhai113

Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore

Description of Photograph —

Number

Title of Photograph — namhai114

Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore

Description of Photograph —

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604