# EXHIBIT 1-C

THE WAVE STUDIO, LLC
COMPLAINT

**B**

Title of Photograph    namhai115
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai116
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai117
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai118
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai119
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai120
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai121
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai122
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai123
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai124
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jamison & Stalix, PC

Number/Street/Apt ▼
2081 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | namhai125 |
| Date of First Publication | 6    July    2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai126 |
| Date of First Publication | 6    July    2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai127 |
| Date of First Publication | 6    July    2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai128 |
| Date of First Publication | 6    July    2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai129 |
| Date of First Publication | 6    July    2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai130 |
| Date of First Publication | 6    July    2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai131 |
| Date of First Publication | 6    July    2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai132 |
| Date of First Publication | 6    July    2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai133 |
| Date of First Publication | 6    July    2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai134 |
| Date of First Publication | 6    July    2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name ▼
Jacobson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | namhai135 | | |
| --- | --- | --- | --- |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | namhai136 | | |
| --- | --- | --- | --- |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | namhai137 | | |
| --- | --- | --- | --- |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | namhai138 | | |
| --- | --- | --- | --- |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | namhai139 | | |
| --- | --- | --- | --- |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | namhai140 | | |
| --- | --- | --- | --- |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | namhai141 | | |
| --- | --- | --- | --- |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | namhai142 | | |
| --- | --- | --- | --- |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | namhai143 | | |
| --- | --- | --- | --- |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | namhai144 | | |
| --- | --- | --- | --- |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Sanders & Stulz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph _____ namhai145 _____
Date of First Publication ___6___ ___July___ ___2007___  Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph _____ namhai146 _____
Date of First Publication ___6___ ___July___ ___2007___  Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph _____ namhai147 _____
Date of First Publication ___6___ ___July___ ___2007___  Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph _____ namhai148 _____
Date of First Publication ___6___ ___July___ ___2007___  Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph _____ namhai149 _____
Date of First Publication ___6___ ___July___ ___2007___  Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph _____ namhai150 _____
Date of First Publication ___6___ ___July___ ___2007___  Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph _____ namhai151 _____
Date of First Publication ___6___ ___July___ ___2007___  Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph _____ namhai152 _____
Date of First Publication ___6___ ___July___ ___2007___  Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph _____ namhai153 _____
Date of First Publication ___6___ ___July___ ___2007___  Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph _____ namhai154 _____
Date of First Publication ___6___ ___July___ ___2007___  Nation of First Publication ___Singapore___
Description of Photograph _____

**C**

Name ▼
Lozano & Shaltz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph namhai155
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai156
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai157
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai158
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai159
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai160
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai161
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai162
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai163
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph namhai164
Date of First Publication 6 July 2007 Nation of First Publication Singapore
Description of Photograph

**C**

Name
Jennison & Shultz, PC
Number / Street / Apt
2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai165__

Date of First Publication __6__  __July__  __2007__    Nation of First Publication __Singapore__

Description of Photograph __photo__

Title of Photograph __namhai166__

Date of First Publication __6__  __July__  __2007__    Nation of First Publication __Singapore__

Description of Photograph __photo__

Title of Photograph __namhai167__

Date of First Publication __6__  __July__  __2007__    Nation of First Publication __Singapore__

Description of Photograph __photo__

Title of Photograph __namhai168__

Date of First Publication __6__  __July__  __2007__    Nation of First Publication __Singapore__

Description of Photograph __photo__

Title of Photograph __namhai169__

Date of First Publication __6__  __July__  __2007__    Nation of First Publication __Singapore__

Description of Photograph __photo__

Title of Photograph __namhai170__

Date of First Publication __6__  __July__  __2007__    Nation of First Publication __Singapore__

Description of Photograph __photo__

Title of Photograph __namhai171__

Date of First Publication __6__  __July__  __2007__    Nation of First Publication __Singapore__

Description of Photograph __photo__

Title of Photograph __namhai172__

Date of First Publication __6__  __July__  __2007__    Nation of First Publication __Singapore__

Description of Photograph __photo__

Title of Photograph __namhai173__

Date of First Publication __6__  __July__  __2007__    Nation of First Publication __Singapore__

Description of Photograph __photo__

Title of Photograph __namhai174__

Date of First Publication __6__  __July__  __2007__    Nation of First Publication __Singapore__

Description of Photograph __photo__

**C**

Name ▼
Jacobson & Shiho, PC

Number / Street / Apt #
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai175__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph __namhai__

---

Title of Photograph __namhai176__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph __namhai__

---

Title of Photograph __namhai177__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph __namhai__

---

Title of Photograph __namhai178__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph __namhai__

---

Title of Photograph __namhai179__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph __namhai__

---

Title of Photograph __namhai180__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph __namhai__

---

Title of Photograph __namhai181__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph __namhai__

---

Title of Photograph __namhai182__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph __namhai__

---

Title of Photograph __namhai183__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph __namhai__

---

Title of Photograph __namhai184__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph __namhai__

---

Name ▼
Jimenez & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph _____ namhai185 _____
Date of First Publication ___6___ ___July___ ___2007___  Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ namhai186 _____
Date of First Publication ___6___ ___July___ ___2007___  Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ namhai187 _____
Date of First Publication ___6___ ___July___ ___2007___  Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ namhai188 _____
Date of First Publication ___6___ ___July___ ___2007___  Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ namhai189 _____
Date of First Publication ___6___ ___July___ ___2007___  Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ namhai190 _____
Date of First Publication ___6___ ___July___ ___2007___  Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ namhai191 _____
Date of First Publication ___6___ ___July___ ___2007___  Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ namhai192 _____
Date of First Publication ___6___ ___July___ ___2007___  Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ namhai193 _____
Date of First Publication ___6___ ___July___ ___2007___  Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ namhai194 _____
Date of First Publication ___6___ ___July___ ___2007___  Nation of First Publication _____ Singapore _____
Description of Photograph _____

**C**

Name ▼
Ference & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ namhai195 _____

Date of First Publication ___6___ ___July___ ___2007___    Nation of First Publication _____ Singapore _____
                          month    day      year

Description of Photograph _____

Title of Photograph _____ namhai196 _____

Date of First Publication ___6___ ___July___ ___2007___    Nation of First Publication _____ Singapore _____
                          month    day      year

Description of Photograph _____

Title of Photograph _____ namhai197 _____

Date of First Publication ___6___ ___July___ ___2007___    Nation of First Publication _____ Singapore _____
                          month    day      year

Description of Photograph _____

Title of Photograph _____ namhai198 _____

Date of First Publication ___6___ ___July___ ___2007___    Nation of First Publication _____ Singapore _____
                          month    day      year

Description of Photograph _____

Title of Photograph _____ namhai199 _____

Date of First Publication ___6___ ___July___ ___2007___    Nation of First Publication _____ Singapore _____
                          month    day      year

Description of Photograph _____

Title of Photograph _____ namhai200 _____

Date of First Publication ___6___ ___July___ ___2007___    Nation of First Publication _____ Singapore _____
                          month    day      year

Description of Photograph _____

Title of Photograph _____ namhai201 _____

Date of First Publication ___6___ ___July___ ___2007___    Nation of First Publication _____ Singapore _____
                          month    day      year

Description of Photograph _____

Title of Photograph _____ namhai202 _____

Date of First Publication ___6___ ___July___ ___2007___    Nation of First Publication _____ Singapore _____
                          month    day      year

Description of Photograph _____

Title of Photograph _____ namhai203 _____

Date of First Publication ___6___ ___July___ ___2007___    Nation of First Publication _____ Singapore _____
                          month    day      year

Description of Photograph _____

Title of Photograph _____ namhai204 _____

Date of First Publication ___6___ ___July___ ___2007___    Nation of First Publication _____ Singapore _____
                          month    day      year

Description of Photograph _____

**C**

Name ▼
Jianton & Shats, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / ZIP ▼
Arlington, VA 22202-3604

**B**

| Number | | |
|---|---|---|
| Title of Photograph | namhai205 | |
| Date of First Publication | 6 (Month) July (Day) 2007 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai206 | |
| Date of First Publication | 6 (Month) July (Day) 2007 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai207 | |
| Date of First Publication | 6 (Month) July (Day) 2007 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai208 | |
| Date of First Publication | 6 (Month) July (Day) 2007 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai209 | |
| Date of First Publication | 6 (Month) July (Day) 2007 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai210 | |
| Date of First Publication | 6 (Month) July (Day) 2007 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai211 | |
| Date of First Publication | 6 (Month) July (Day) 2007 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai212 | |
| Date of First Publication | 6 (Month) July (Day) 2007 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai213 | |
| Date of First Publication | 6 (Month) July (Day) 2007 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai214 | |
| Date of First Publication | 6 (Month) July (Day) 2007 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph — namhai215
Date of First Publication — 6 July 2007 Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — namhai216
Date of First Publication — 6 July 2007 Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — namhai217
Date of First Publication — 6 July 2007 Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — namhai218
Date of First Publication — 6 July 2007 Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — namhai219
Date of First Publication — 6 July 2007 Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — namhai220
Date of First Publication — 6 July 2007 Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — namhai221
Date of First Publication — 6 July 2007 Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — namhai222
Date of First Publication — 6 July 2007 Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — namhai223
Date of First Publication — 6 July 2007 Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — namhai224
Date of First Publication — 6 July 2007 Nation of First Publication — Singapore
Description of Photograph

**C**

Name
Jennifer & Shultz, PC

Number / Street / Apt
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai225__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph __event__

Title of Photograph __namhai226__
Date of First Publication __5__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph __event__

Title of Photograph __namhai227__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph __event__

Title of Photograph __namhai228__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph __event__

Title of Photograph __namhai229__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph __event__

Title of Photograph __namhai230__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph __event__

Title of Photograph __namhai231__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph __event__

Title of Photograph __namhai232__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph __event__

Title of Photograph __namhai233__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph __event__

Title of Photograph __namhai234__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph __event__

**C**

Name ▼
Jacobson & Skahe, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ namhai235

Date of First Publication ___ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ namhai236

Date of First Publication ___ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ namhai237

Date of First Publication ___ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ namhai238

Date of First Publication ___ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ namhai239

Date of First Publication ___ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ namhai240

Date of First Publication ___ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ namhai241

Date of First Publication ___ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ namhai242

Date of First Publication ___ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ namhai243

Date of First Publication ___ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ namhai244

Date of First Publication ___ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore

Description of Photograph _____

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _namhai245_

Date of First Publication _6_ _July_ _2007_   Nation of First Publication _Singapore_

Description of Photograph _namhai_

Title of Photograph _namhai246_

Date of First Publication _6_ _July_ _2007_   Nation of First Publication _Singapore_

Description of Photograph _namhai_

Title of Photograph _namhai247_

Date of First Publication _6_ _July_ _2007_   Nation of First Publication _Singapore_

Description of Photograph _namhai_

Title of Photograph _namhai248_

Date of First Publication _6_ _July_ _2007_   Nation of First Publication _Singapore_

Description of Photograph _namhai_

Title of Photograph _namhai249_

Date of First Publication _6_ _July_ _2007_   Nation of First Publication _Singapore_

Description of Photograph _namhai_

Title of Photograph _namhai250_

Date of First Publication _6_ _July_ _2007_   Nation of First Publication _Singapore_

Description of Photograph _namhai_

Title of Photograph _namhai251_

Date of First Publication _6_ _July_ _2007_   Nation of First Publication _Singapore_

Description of Photograph _namhai_

Title of Photograph _namhai252_

Date of First Publication _6_ _July_ _2007_   Nation of First Publication _Singapore_

Description of Photograph _namhai_

Title of Photograph _namhai253_

Date of First Publication _6_ _July_ _2007_   Nation of First Publication _Singapore_

Description of Photograph _namhai_

Title of Photograph _namhai254_

Date of First Publication _6_ _July_ _2007_   Nation of First Publication _Singapore_

Description of Photograph _namhai_

**C**

Name
Jonhor A. Sintz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai255__

Date of First Publication __6__  __July__  __2007__    Nation of First Publication    __Singapore__

Description of Photograph _____

---

Title of Photograph __namhai256__

Date of First Publication __6__  __July__  __2007__    Nation of First Publication    __Singapore__

Description of Photograph _____

---

Title of Photograph __namhai257__

Date of First Publication __6__  __July__  __2007__    Nation of First Publication    __Singapore__

Description of Photograph _____

---

Title of Photograph __namhai258__

Date of First Publication __6__  __July__  __2007__    Nation of First Publication    __Singapore__

Description of Photograph _____

---

Title of Photograph __namhai259__

Date of First Publication __6__  __July__  __2007__    Nation of First Publication    __Singapore__

Description of Photograph _____

---

Title of Photograph __namhai260__

Date of First Publication __6__  __July__  __2007__    Nation of First Publication    __Singapore__

Description of Photograph _____

---

Title of Photograph __namhai261__

Date of First Publication __6__  __July__  __2007__    Nation of First Publication    __Singapore__

Description of Photograph _____

---

Title of Photograph __namhai262__

Date of First Publication __6__  __July__  __2007__    Nation of First Publication    __Singapore__

Description of Photograph _____

---

Title of Photograph __namhai263__

Date of First Publication __6__  __July__  __2007__    Nation of First Publication    __Singapore__

Description of Photograph _____

---

Title of Photograph __namhai264__

Date of First Publication __6__  __July__  __2007__    Nation of First Publication    __Singapore__

Description of Photograph _____

---

Name ▼
__Stohrer & Stohrer, PC__

Number/Street/Apt ▼
__2061 Jefferson Davis Hwy., Suite 1102__

City/State/Zip ▼
__Arlington, VA 22202-3604__

**C**

**B**

| | |
|---|---|
| Title of Phonograph | namhai265 |
| Date of First Publication | 6 July 2007 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Phonograph | |

| | |
|---|---|
| Title of Phonograph | namhai266 |
| Date of First Publication | 6 July 2007 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Phonograph | |

| | |
|---|---|
| Title of Phonograph | namhai267 |
| Date of First Publication | 6 July 2007 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Phonograph | |

| | |
|---|---|
| Title of Phonograph | namhai268 |
| Date of First Publication | 6 July 2007 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Phonograph | |

| | |
|---|---|
| Title of Phonograph | namhai269 |
| Date of First Publication | 6 July 2007 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Phonograph | |

| | |
|---|---|
| Title of Phonograph | |
| Date of First Publication | |
| | Month Day Year |
| Nation of First Publication | |
| Description of Phonograph | |

| | |
|---|---|
| Title of Phonograph | |
| Date of First Publication | |
| | Month Day Year |
| Nation of First Publication | |
| Description of Phonograph | |

| | |
|---|---|
| Title of Phonograph | |
| Date of First Publication | |
| | Month Day Year |
| Nation of First Publication | |
| Description of Phonograph | |

| | |
|---|---|
| Title of Phonograph | |
| Date of First Publication | |
| | Month Day Year |
| Nation of First Publication | |
| Description of Phonograph | |

| | |
|---|---|
| Title of Phonograph | |
| Date of First Publication | |
| | Month Day Year |
| Nation of First Publication | |
| Description of Phonograph | |

**C**

Johnson & Shufts, PC

3061 Jefferson Davis Hwy / Suite 1102

Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

VA 1 – 432 – 327

**EFFECTIVE DATE OF REGISTRATION**

12    30    2010
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

The Wave Design Pte. Ltd. Photographs 2007 (B)

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 32 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**NAME OF AUTHOR ▼**

**a** The Wave Design Pte. Ltd. (employer for hire of Lee Kar Yin)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in Singapore

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☑ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**Name of Author ▼**

**b**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**
2007
Year   This information must be given in all cases. Year in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information Month November Day 28 Year 2007
ONLY if this work has been published.   Singapore   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.,
10A Trengganu Street, Singapore 058464

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
12-30-2010
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

**DO NOT WRITE HERE**

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

Jennison & Shultz, P.C.                   080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number    ( 703 ) 415-1640                    Fax number   ( 703 ) 415-0788

Email   John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   **THE WAVE DESIGN PTE LTD**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                              Date   28 December 2010

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**9**

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
### *for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REC    VA 1 – 432 – 327

USE ONLY WITH FORM VA

**EFFECTIVE DATE OF REGISTRATION**

*12    30    2010*
(Month)    (Day)    (Year)

**CONTINUATION SHEET RECEIVED**

Page   *3*   of   *6*   pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**A** Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author _____ THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant _____ THE WAVE DESIGN PTE. LTD., 10A Trengganu Street, Singapore 058464

**B** Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| | |
|---|---|
| Title of Photograph | saujana001 |
| Date of First Publication | 28 November 2007 (Month) (Day) (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | saujana002 |
| Date of First Publication | 28 November 2007 (Month) (Day) (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | saujana003 |
| Date of First Publication | 28 November 2007 (Month) (Day) (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | saujana004 |
| Date of First Publication | 28 November 2007 (Month) (Day) (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | saujana005 |
| Date of First Publication | 28 November 2007 (Month) (Day) (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

**B**

Title of Photograph ___ saujana006 ___
Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ saujana007 ___
Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ saujana008 ___
Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ saujana009 ___
Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ saujana010 ___
Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ saujana011 ___
Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ saujana012 ___
Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ saujana013 ___
Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ saujana014 ___
Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ saujana015 ___
Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph  saujana016
Date of First Publication  28  November  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  saujana017
Date of First Publication  28  November  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  saujana018
Date of First Publication  28  November  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  saujana019
Date of First Publication  28  November  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  saujana020
Date of First Publication  28  November  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  saujana021
Date of First Publication  28  November  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  saujana022
Date of First Publication  28  November  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  saujana023
Date of First Publication  28  November  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  saujana024
Date of First Publication  28  November  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  saujana025
Date of First Publication  28  November  2007  Nation of First Publication  Singapore
Description of Photograph

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | saujana026 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana027 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana028 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana029 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana030 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana031 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana032 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | |
| Nation of First Publication | |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | |
| Nation of First Publication | |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | |
| Nation of First Publication | |
| Description of Photograph | |

**C**

Jeanson & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

**VA 1-432-328**

EFFECTIVE DATE OF REGISTRATION

| 12 | 29 | 2010 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

Wave-s  Photographs 2003

**NATURE OF THIS WORK ▼ See instructions**

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos · 139 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

## 2

**a** **NAME OF AUTHOR ▼**

Wave-s  (employer for hire of Masano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in   Singapore

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork      ☒ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

---

## 3

**a** **Year in Which Creation of This Work Was Completed**   2003
This information must be given in all cases. Year In all cases

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month  March 18 ~ Nov. 4   Day   Year 2003
Nation   Singapore

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S:
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.      · Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of  11  pages

EXAMINED BY _____    **FORM VA**

CHECKED BY _____

CORRESPONDENCE
☒ Yes *(Tu Siebe / spm 1-54209.5055)*

**FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions before completing this space.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

Jennison & Shultz, P.C.                   080519          **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼     **b**

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number ( 703 ) 415-1640          Fax number ( 703 ) 415-0788

Email John@JennisonLaw.com

**8**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _____ **WAVE-S**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                    Date 28 December 2010

Handwritten signature (X) ▼

X _____

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

**REGI**    VA 1 – 432 – 328    –

USE ONLY WITH FORM VA

**EFFECTIVE DATE OF REGISTRATION**

12        29        2010
(Month)    (Day)    (Year)

**CONTINUATION SHEET RECEIVED**

Page _3_ of _17_ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    **WAVE-S**

Name of Copyright Claimant    **WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679**

## B

*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | | |
|---|---|---|---|
| Title of Photograph | muscat030 | | |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | |

| Number | | | |
|---|---|---|---|
| Title of Photograph | muscat031 | | |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | |

| Number | | | |
|---|---|---|---|
| Title of Photograph | muscat032 | | |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | |

| Number | | | |
|---|---|---|---|
| Title of Photograph | muscat033 | | |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | |

| Number | | | |
|---|---|---|---|
| Title of Photograph | muscat034 | | |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | |

**B**

Title of Photograph — muscat035
Date of First Publication — 18 March 2003    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — muscat036
Date of First Publication — 18 March 2003    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — muscat037
Date of First Publication — 18 March 2003    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — muscat038
Date of First Publication — 18 March 2003    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — muscat039
Date of First Publication — 18 March 2003    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — muscat040
Date of First Publication — 18 March 2003    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — muscat041
Date of First Publication — 18 March 2003    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — muscat042
Date of First Publication — 18 March 2003    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — muscat043
Date of First Publication — 18 March 2003    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — muscat044
Date of First Publication — 18 March 2003    Nation of First Publication — Singapore
Description of Photograph —

**C**

Name ▼
Amidon & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph — muscat045

Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

Title of Photograph — muscat046

Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

Title of Photograph — muscat047

Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

Title of Photograph — muscat048

Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

Title of Photograph — muscat049

Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

Title of Photograph — muscat050

Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

Title of Photograph — muscat051

Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

Title of Photograph — muscat052

Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

Title of Photograph — muscat053

Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

Title of Photograph — muscat054

Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | muscat055 | |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication _____ Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat056 | |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication _____ Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat057 | |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication _____ Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat058 | |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication _____ Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat059 | |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication _____ Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat060 | |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication _____ Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat061 | |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication _____ Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat062 | |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication _____ Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat063 | |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication _____ Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat064 | |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication _____ Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | muscat065 |
| | Date of First Publication | 18 (Month)  March (Day)  2003 (Year) |
| | | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat066 |
| | Date of First Publication | 18 (Month)  March (Day)  2003 (Year) |
| | | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat067 |
| | Date of First Publication | 18 (Month)  March (Day)  2003 (Year) |
| | | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat068 |
| | Date of First Publication | 18 (Month)  March (Day)  2003 (Year) |
| | | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat069 |
| | Date of First Publication | 18 (Month)  March (Day)  2003 (Year) |
| | | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat070 |
| | Date of First Publication | 18 (Month)  March (Day)  2003 (Year) |
| | | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat071 |
| | Date of First Publication | 18 (Month)  March (Day)  2003 (Year) |
| | | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat072 |
| | Date of First Publication | 18 (Month)  March (Day)  2003 (Year) |
| | | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat073 |
| | Date of First Publication | 18 (Month)  March (Day)  2003 (Year) |
| | | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat074 |
| | Date of First Publication | 18 (Month)  March (Day)  2003 (Year) |
| | | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000