# EXHIBIT 1-D

THE WAVE STUDIO, LLC
COMPLAINT

**B**

| | | |
|---|---|---|
| Title of Photograph | muscat075 | |
| Date of First Publication | 18 *(Month)* March *(Day)* 2003 *(Year)* | Nation of First Publication Singapore |
| Description of Photograph *(Optional)* | | |

Registration for Group of Published Photographs *(continued)*

| | | |
|---|---|---|
| Title of Photograph | muscat076 | |
| Date of First Publication | 18 *(Month)* March *(Day)* 2003 *(Year)* | Nation of First Publication Singapore |
| Description of Photograph *(Optional)* | | |

| | | |
|---|---|---|
| Title of Photograph | muscat077 | |
| Date of First Publication | 18 *(Month)* March *(Day)* 2003 *(Year)* | Nation of First Publication Singapore |
| Description of Photograph *(Optional)* | | |

| | | |
|---|---|---|
| Title of Photograph | muscat078 | |
| Date of First Publication | 18 *(Month)* March *(Day)* 2003 *(Year)* | Nation of First Publication Singapore |
| Description of Photograph *(Optional)* | | |

| | | |
|---|---|---|
| Title of Photograph | muscat079 | |
| Date of First Publication | 18 *(Month)* March *(Day)* 2003 *(Year)* | Nation of First Publication Singapore |
| Description of Photograph *(Optional)* | | |

| | | |
|---|---|---|
| Title of Photograph | muscat080 | |
| Date of First Publication | 18 *(Month)* March *(Day)* 2003 *(Year)* | Nation of First Publication Singapore |
| Description of Photograph *(Optional)* | | |

| | | |
|---|---|---|
| Title of Photograph | muscat081 | |
| Date of First Publication | 18 *(Month)* March *(Day)* 2003 *(Year)* | Nation of First Publication Singapore |
| Description of Photograph *(Optional)* | | |

| | | |
|---|---|---|
| Title of Photograph | muscat082 | |
| Date of First Publication | 18 *(Month)* March *(Day)* 2003 *(Year)* | Nation of First Publication Singapore |
| Description of Photograph *(Optional)* | | |

| | | |
|---|---|---|
| Title of Photograph | muscat083 | |
| Date of First Publication | 18 *(Month)* March *(Day)* 2003 *(Year)* | Nation of First Publication Singapore |
| Description of Photograph *(Optional)* | | |

| | | |
|---|---|---|
| Title of Photograph | muscat084 | |
| Date of First Publication | 18 *(Month)* March *(Day)* 2003 *(Year)* | Nation of First Publication Singapore |
| Description of Photograph *(Optional)* | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | | |
|---|---|---|
| Number | Title of Photograph | muscat085 |
| | Date of First Publication | 18 March 2003 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| | | |
|---|---|---|
| Number | Title of Photograph | muscat086 |
| | Date of First Publication | 18 March 2003 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| | | |
|---|---|---|
| Number | Title of Photograph | muscat087 |
| | Date of First Publication | 18 March 2003 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| | | |
|---|---|---|
| Number | Title of Photograph | muscat088 |
| | Date of First Publication | 18 March 2003 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| | | |
|---|---|---|
| Number | Title of Photograph | muscat089 |
| | Date of First Publication | 18 March 2003 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| | | |
|---|---|---|
| Number | Title of Photograph | muscat090 |
| | Date of First Publication | 18 March 2003 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| | | |
|---|---|---|
| Number | Title of Photograph | muscat091 |
| | Date of First Publication | 18 March 2003 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| | | |
|---|---|---|
| Number | Title of Photograph | muscat092 |
| | Date of First Publication | 18 March 2003 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| | | |
|---|---|---|
| Number | Title of Photograph | muscat093 |
| | Date of First Publication | 18 March 2003 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| | | |
|---|---|---|
| Number | Title of Photograph | muscat094 |
| | Date of First Publication | 18 March 2003 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | muscat095 | 18 March 2003 | Singapore |
| | muscat096 | 18 March 2003 | Singapore |
| | muscat097 | 18 March 2003 | Singapore |
| | muscat098 | 18 March 2003 | Singapore |
| | muscat099 | 18 March 2003 | Singapore |
| | muscat100 | 18 March 2003 | Singapore |
| | muscat101 | 18 March 2003 | Singapore |
| | muscat102 | 18 March 2003 | Singapore |
| | muscat103 | 18 March 2003 | Singapore |
| | muscat104 | 18 March 2003 | Singapore |

Each entry: Description of Photograph (Optional), Month / Day / Year.

**C**

Certificate will be mailed in window envelope to this address.

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat105 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat106 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat107 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat108 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat109 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat110 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat111 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat112 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat113 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat114 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address:

**Name ▼**
Jennison & Sinitz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Related Photographs (continued)

Number

Title of Photograph ___ muscat115
Date of First Publication ___ 18 ___ March ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Number

Title of Photograph ___ muscat116
Date of First Publication ___ 18 ___ March ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Number

Title of Photograph ___ muscat117
Date of First Publication ___ 18 ___ March ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Number

Title of Photograph ___ muscat118
Date of First Publication ___ 18 ___ March ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Number

Title of Photograph ___ muscat119
Date of First Publication ___ 18 ___ March ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Number

Title of Photograph ___ muscat120
Date of First Publication ___ 18 ___ March ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Number

Title of Photograph ___ muscat121
Date of First Publication ___ 18 ___ March ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Number

Title of Photograph ___ muscat122
Date of First Publication ___ 18 ___ March ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Number

Title of Photograph ___ muscat123
Date of First Publication ___ 18 ___ March ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Number

Title of Photograph ___ muscat124
Date of First Publication ___ 18 ___ March ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
· Complete all necessary spaces
· Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | muscat125 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat126 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat127 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat128 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat129 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat130 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat131 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat132 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat133 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat134 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | Title of Photograph | muscat135 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat136 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat137 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat138 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat139 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat140 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat141 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat142 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat143 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat144 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

Certificate will be mailed to window envelope to this address

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Renewal Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat145 | | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat146 | | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat147 | | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat148 | | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu159 | | | | |
| | Date of First Publication | 30 (Month) | October (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legian007 | | | | |
| | Date of First Publication | 4 (Month) | November (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legian008 | | | | |
| | Date of First Publication | 4 (Month) | November (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legian009 | | | | |
| | Date of First Publication | 4 (Month) | November (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legian010 | | | | |
| | Date of First Publication | 4 (Month) | November (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legian011 | | | | |
| | Date of First Publication | 4 (Month) | November (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

Certificate will be mailed in window envelope to this address

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number

Title of Photograph ___ legian012 _____

Date of First Publication ___ 4 ___ November ___ 2003 ___ Nation of First Publication ___ Singapore ___

Description of Photograph (Optional)

---

Number

Title of Photograph ___ legian013 _____

Date of First Publication ___ 4 ___ November ___ 2003 ___ Nation of First Publication ___ Singapore ___

Description of Photograph (Optional)

---

Number

Title of Photograph ___ legian014 _____

Date of First Publication ___ 4 ___ November ___ 2003 ___ Nation of First Publication ___ Singapore ___

Description of Photograph (Optional)

---

Number

Title of Photograph ___ legian015 _____

Date of First Publication ___ 4 ___ November ___ 2003 ___ Nation of First Publication ___ Singapore ___

Description of Photograph (Optional)

---

Number

Title of Photograph ___ legian016 _____

Date of First Publication ___ 4 ___ November ___ 2003 ___ Nation of First Publication ___ Singapore ___

Description of Photograph (Optional)

---

Number

Title of Photograph ___ legian017 _____

Date of First Publication ___ 4 ___ November ___ 2003 ___ Nation of First Publication ___ Singapore ___

Description of Photograph (Optional)

---

Number

Title of Photograph ___ legian018 _____

Date of First Publication ___ 4 ___ November ___ 2003 ___ Nation of First Publication ___ Singapore ___

Description of Photograph (Optional)

---

Number

Title of Photograph ___ legian019 _____

Date of First Publication ___ 4 ___ November ___ 2003 ___ Nation of First Publication ___ Singapore ___

Description of Photograph (Optional)

---

Number

Title of Photograph ___ legian020 _____

Date of First Publication ___ 4 ___ November ___ 2003 ___ Nation of First Publication ___ Singapore ___

Description of Photograph (Optional)

---

Number

Title of Photograph ___ legian021 _____

Date of First Publication ___ 4 ___ November ___ 2003 ___ Nation of First Publication ___ Singapore ___

Description of Photograph (Optional)

---

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

**Title of Photograph** legian022
**Date of First Publication** 4 November 2003 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** legian023
**Date of First Publication** 4 November 2003 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** legian024
**Date of First Publication** 4 November 2003 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** legian025
**Date of First Publication** 4 November 2003 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph**
**Date of First Publication** **Nation of First Publication**
**Description of Photograph**

**Title of Photograph**
**Date of First Publication** **Nation of First Publication**
**Description of Photograph**

**Title of Photograph**
**Date of First Publication** **Nation of First Publication**
**Description of Photograph**

**Title of Photograph**
**Date of First Publication** **Nation of First Publication**
**Description of Photograph**

**Title of Photograph**
**Date of First Publication** **Nation of First Publication**
**Description of Photograph**

**Title of Photograph**
**Date of First Publication** **Nation of First Publication**
**Description of Photograph**

**C**

Certificate will be mailed in window envelope to this address

**Name** Jennison & Shultz, PC.
**Number/Street/Apt** 2001 Jefferson Davis Hwy.; Suite 1102
**City/State/Zip** Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1 – 432 – 329**

EFFECTIVE DATE OF REGISTRATION

12   29   2010
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**
Wave-s Photographs 2004

**NATURE OF THIS WORK ▼** See instructions
Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 462 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give   **Volume ▼**      **Number ▼**      **Issue Date ▼**      **On Pages ▼**

## 2

**a** **NAME OF AUTHOR ▼**
Wave-s

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in  Singapore

**Was This Author's Contribution to the Work**
Anonymous?        ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture      ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼      Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture      ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**  2004
*This information must be given in all cases.*  Year in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
*Complete this information ONLY if this work has been published.*
March 12 – Oct. 20
Month   Day   Year  2004
Singapore   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
WAVE-S
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-29-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No   If your answer is "Yes," why is another application being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

## 6

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a**
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**b**
b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

## 7

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼        **Account Number** ▼

**a**
Jennison & Shultz, P.C.        080519

**b**
**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number    (703 ) 415-1640        Fax number    ( 703 ) 415-0788

Email  John@JennisonLaw.com

## 8

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of        **WAVE-S**

*Name of author or other copyright claimant, or owner of exclusive right(s)*▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kin Yin        Date   28 December 2010

**Handwritten signature (X)** ▼

## 9

| | |
| --- | --- |
| **Certificate will be mailed in window envelope to this address:** | **Name** ▼  Jennison & Shultz, PC |
| | **Number/Street/Apt** ▼  2001 Jefferson Davis Hwy.; Suite 1102 |
| | **City/State/Zip** ▼  Arlington, VA 22202-3604 |

# CONTINUATION SHEET FOR FORM VA

## *for Group Registration of Published Photographs*

Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-432-329

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

12 29 2010
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED

Page 3 of 49 pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

IDENTIFICATION OF AUTHOR AND CLAIMANT: Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: WAVE-S

Name of Copyright Claimant: WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

**B** Registration for Group of Published Photographs

COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS: To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | Title of Photograph | Date of First Publication (Month) (Day) (Year) | Nation of First Publication | Description of Photograph (Optional) |
|---|---|---|---|---|
| | leela001 | 12 March 2004 | Singapore | |
| | leela002 | 12 March 2004 | Singapore | |
| | leela003 | 12 March 2004 | Singapore | |
| | leela004 | 12 March 2004 | Singapore | |
| | leela005 | 12 March 2004 | Singapore | |

**B**

Registration for a Published Photograph

| | |
|---|---|
| Title of Photograph | leela006 |
| Date of First Publication | 12 March 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela007 |
| Date of First Publication | 12 March 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela008 |
| Date of First Publication | 12 March 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela009 |
| Date of First Publication | 12 March 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela010 |
| Date of First Publication | 12 March 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela011 |
| Date of First Publication | 12 March 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela012 |
| Date of First Publication | 12 March 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela013 |
| Date of First Publication | 12 March 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela014 |
| Date of First Publication | 12 March 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela015 |
| Date of First Publication | 12 March 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph | |

**C**

| | |
|---|---|
| Name ▼ | Jennison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy., Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

**B**

| | |
|---|---|
| Title of Photograph | leela016 |
| Date of First Publication | 12 March 2004    Nation of First Publication    Singapore |
| | Month    Day    Year |
| Description of Photograph | Optional |

| | |
|---|---|
| Title of Photograph | leela017 |
| Date of First Publication | 12 March 2004    Nation of First Publication    Singapore |
| | Month    Day    Year |
| Description of Photograph | Optional |

| | |
|---|---|
| Title of Photograph | leela018 |
| Date of First Publication | 12 March 2004    Nation of First Publication    Singapore |
| | Month    Day    Year |
| Description of Photograph | Optional |

| | |
|---|---|
| Title of Photograph | leela019 |
| Date of First Publication | 12 March 2004    Nation of First Publication    Singapore |
| | Month    Day    Year |
| Description of Photograph | Optional |

| | |
|---|---|
| Title of Photograph | leela020 |
| Date of First Publication | 12 March 2004    Nation of First Publication    Singapore |
| | Month    Day    Year |
| Description of Photograph | Optional |

| | |
|---|---|
| Title of Photograph | leela021 |
| Date of First Publication | 12 March 2004    Nation of First Publication    Singapore |
| | Month    Day    Year |
| Description of Photograph | Optional |

| | |
|---|---|
| Title of Photograph | leela022 |
| Date of First Publication | 12 March 2004    Nation of First Publication    Singapore |
| | Month    Day    Year |
| Description of Photograph | Optional |

| | |
|---|---|
| Title of Photograph | leela023 |
| Date of First Publication | 12 March 2004    Nation of First Publication    Singapore |
| | Month    Day    Year |
| Description of Photograph | Optional |

| | |
|---|---|
| Title of Photograph | leela024 |
| Date of First Publication | 12 March 2004    Nation of First Publication    Singapore |
| | Month    Day    Year |
| Description of Photograph | Optional |

| | |
|---|---|
| Title of Photograph | leela025 |
| Date of First Publication | 12 March 2004    Nation of First Publication    Singapore |
| | Month    Day    Year |
| Description of Photograph | Optional |

**C**

Certificate will be mailed in window envelope to this address:

| | |
|---|---|
| Name ▼ | Jamison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave. S.E.
Washington, DC 20559-6000

**B**

| | | |
|---|---|---|
| Title of Photograph | leela026 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela027 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela028 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela029 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela030 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela031 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela032 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela033 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela034 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela035 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy., Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**B**

| Title of Photograph | leela036 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | day | mo | year | | |
| Description of Photograph | | | | | |

| Title of Photograph | leela037 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | day | mo | year | | |
| Description of Photograph | | | | | |

| Title of Photograph | leela038 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | day | mo | year | | |
| Description of Photograph | | | | | |

| Title of Photograph | leela039 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | day | mo | year | | |
| Description of Photograph | | | | | |

| Title of Photograph | leela040 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | day | mo | year | | |
| Description of Photograph | | | | | |

| Title of Photograph | leela041 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | day | mo | year | | |
| Description of Photograph | | | | | |

| Title of Photograph | leela042 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | day | mo | year | | |
| Description of Photograph | | | | | |

| Title of Photograph | leela043 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | day | mo | year | | |
| Description of Photograph | | | | | |

| Title of Photograph | leela044 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | day | mo | year | | |
| Description of Photograph | | | | | |

| Title of Photograph | leela045 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | day | mo | year | | |
| Description of Photograph | | | | | |

**C**

Name
Jacobson & Shatz, PC

Number / Street / Apt ▼
3001 Jefferson Davis Hwy, Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    leela046
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela047
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela048
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela049
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela050
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela051
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela052
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela053
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela054
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela055
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

**C**

Name
Banner & Witte, PC

Street, Street Apt.
2011 Jefferson Davis Hwy.; Suite 1102

City/State/Zip
Arlington, VA 22202-3604

**B**

| | Title of Photograph | leela056 | | | | |
|---|---|---|---|---|---|---|
| Author | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | | day | month | year | | |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela057 | | | | |
|---|---|---|---|---|---|---|
| Author | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | | day | month | year | | |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela058 | | | | |
|---|---|---|---|---|---|---|
| Author | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | | day | month | year | | |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela059 | | | | |
|---|---|---|---|---|---|---|
| Author | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | | day | month | year | | |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela060 | | | | |
|---|---|---|---|---|---|---|
| Author | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | | day | month | year | | |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela061 | | | | |
|---|---|---|---|---|---|---|
| Author | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | | day | month | year | | |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela062 | | | | |
|---|---|---|---|---|---|---|
| Author | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | | day | month | year | | |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela063 | | | | |
|---|---|---|---|---|---|---|
| Author | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | | day | month | year | | |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela064 | | | | |
|---|---|---|---|---|---|---|
| Author | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | | day | month | year | | |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela065 | | | | |
|---|---|---|---|---|---|---|
| Author | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | | day | month | year | | |
| | Description of Photograph | | | | | |

**C**

Send to
Jackson & Hertz, PC

Number / Street / Apt ▼
3205 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3624

**B**

Title of Photograph    leela066
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela067
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela068
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela069
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela070
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela071
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela072
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela073
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela074
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela075
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC.

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leelai076 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leelai077 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leelai078 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leelai079 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leelai080 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leelai081 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leelai082 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leelai083 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leelai084 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leelai085 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

**C**

Ivanhoe & Shalts, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3484

**B**

Title of Photograph leela086
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph leela087
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph leela088
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph leela089
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph leela090
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph leela091
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph leela092
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph leela093
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph leela094
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph leela095
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

**C**

Jonathan Al Reda, PC

24691 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph: leela096
Date of First Publication: 12  March  2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela097
Date of First Publication: 12  March  2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela098
Date of First Publication: 12  March  2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela099
Date of First Publication: 12  March  2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela100
Date of First Publication: 12  March  2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela101
Date of First Publication: 12  March  2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela102
Date of First Publication: 12  March  2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela103
Date of First Publication: 12  March  2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela104
Date of First Publication: 12  March  2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela105
Date of First Publication: 12  March  2004  Nation of First Publication: Singapore
Description of Photograph:

**C**

Jenkins & Suiu, PC

2321 Jefferson Davis Hwy , Suite 1102

Arlington, VA 22202-3604

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela106 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela107 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela108 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela109 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela110 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela111 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela112 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela113 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela114 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela115 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

**C**

**B**

| | Title of Photograph | leela116 |
|---|---|---|
| | Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | leela |

| | Title of Photograph | leela117 |
|---|---|---|
| | Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | leela |

| | Title of Photograph | leela118 |
|---|---|---|
| | Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | leela |

| | Title of Photograph | leela119 |
|---|---|---|
| | Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | leela |

| | Title of Photograph | leela120 |
|---|---|---|
| | Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | leela |

| | Title of Photograph | leela121 |
|---|---|---|
| | Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | leela |

| | Title of Photograph | leela122 |
|---|---|---|
| | Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | leela |

| | Title of Photograph | leela123 |
|---|---|---|
| | Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | leela |

| | Title of Photograph | leela124 |
|---|---|---|
| | Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | leela |

| | Title of Photograph | leela125 |
|---|---|---|
| | Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | leela |

Name▼
Berliner & Stein, PC

Number / Street / Apt ▼
2961 Jefferson Davis Hwy., Suite 1102

City / State / ZIP ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph    leela126
Date of First Publication  12  March  2004   Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela127
Date of First Publication  12  March  2004   Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela128
Date of First Publication  12  March  2004   Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela129
Date of First Publication  12  March  2004   Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela130
Date of First Publication  12  March  2004   Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela131
Date of First Publication  12  March  2004   Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela132
Date of First Publication  12  March  2004   Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela133
Date of First Publication  12  March  2004   Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela134
Date of First Publication  12  March  2004   Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela135
Date of First Publication  12  March  2004   Nation of First Publication    Singapore
Description of Photograph

**C**

Name
2201 Jefferson Davis Hwy., Suite 1102
City/State/ZIP
Arlington, VA 22202-3604

**B**

Title of Photograph    leela136
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela137
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela138
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela139
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela140
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela141
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela142
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela143
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela144
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela145
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Fennican & Shultz, PC.

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | leela146 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela147 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela148 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela149 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela150 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela151 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela152 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela153 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela154 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela155 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

| | Name ▼ | |
|---|---|---|
| | Dunlap & Kehs, PC | |
| | Number / Street / Apt ▼ | |
| | 2601 Jefferson Davis Hwy., Suite 1103 | |
| | City / State / Zip ▼ | |
| | Arlington, VA 22202-3604 | |

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela156 | | | |
| Date of First Publication | 12 March 2009 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela157 | | | |
| Date of First Publication | 12 March 2004 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela158 | | | |
| Date of First Publication | 12 April 2004 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela159 | | | |
| Date of First Publication | 12 April 2004 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | leela160 | | | |
| Date of First Publication | 11 June 2004 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai001 | | | |
| Date of First Publication | 30 May 2004 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai002 | | | |
| Date of First Publication | 30 May 2004 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai003 | | | |
| Date of First Publication | 30 May 2004 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai004 | | | |
| Date of First Publication | 30 May 2004 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai005 | | | |
| Date of First Publication | 30 May 2004 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

**C**

Name
Jadczak & Shatz, PC

Number/Street/Apt
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip
Arlington, VA 22202-3604

**B**

Title of Photograph    setai006
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph    none

Title of Photograph    setai007
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph    none

Title of Photograph    setai008
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph    none

Title of Photograph    setai009
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph    none

Title of Photograph    setai010
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph    none

Title of Photograph    setai011
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph    none

Title of Photograph    setai012
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph    none

Title of Photograph    setai013
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph    none

Title of Photograph    setai014
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph    none

Title of Photograph    setai015
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph    none

**C**

Ironfirm & Clarke PC

2001 Jefferson Davis Hwy , Suite 1102

Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | setai016 |
| Date of First Publication | 30    May    2004 |
| | Month   Day   Year |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai017 |
| Date of First Publication | 30    May    2004 |
| | Month   Day   Year |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai018 |
| Date of First Publication | 30    May    2004 |
| | Month   Day   Year |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai019 |
| Date of First Publication | 30    May    2004 |
| | Month   Day   Year |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai020 |
| Date of First Publication | 30    May    2004 |
| | Month   Day   Year |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai021 |
| Date of First Publication | 30    May    2004 |
| | Month   Day   Year |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai022 |
| Date of First Publication | 30    May    2004 |
| | Month   Day   Year |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai023 |
| Date of First Publication | 30    May    2004 |
| | Month   Day   Year |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai024 |
| Date of First Publication | 30    May    2004 |
| | Month   Day   Year |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai025 |
| Date of First Publication | 30    May    2004 |
| | Month   Day   Year |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
· Complete all necessary spaces
· Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000