# EXHIBIT 1-E

THE WAVE STUDIO, LLC
COMPLAINT

**B**

| Title of Photograph | setai026 | | | |
|---|---|---|---|---|
| Date of First Publication | 30 May 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

Registration for Group of Published Photographs (continued)

| Title of Photograph | setai027 | | | |
|---|---|---|---|---|
| Date of First Publication | 30 May 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | setai028 | | | |
|---|---|---|---|---|
| Date of First Publication | 30 May 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | setai029 | | | |
|---|---|---|---|---|
| Date of First Publication | 30 May 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | setai030 | | | |
|---|---|---|---|---|
| Date of First Publication | 30 May 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | setai031 | | | |
|---|---|---|---|---|
| Date of First Publication | 30 May 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | setai032 | | | |
|---|---|---|---|---|
| Date of First Publication | 30 May 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | setai033 | | | |
|---|---|---|---|---|
| Date of First Publication | 30 May 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | setai034 | | | |
|---|---|---|---|---|
| Date of First Publication | 30 May 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | setai035 | | | |
|---|---|---|---|---|
| Date of First Publication | 30 May 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave SE
Washington, DC 20559-6000

**B**

Title of Photograph: aetai036
Date of First Publication: 30 May 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: aetai037
Date of First Publication: 30 May 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: aetai038
Date of First Publication: 30 May 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: aetai039
Date of First Publication: 30 May 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: aetai040
Date of First Publication: 30 May 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: aetai041
Date of First Publication: 30 May 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chefkclub001
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chefkclub002
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chefkclub003
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chefkclub004
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

**C**

Jameson & Hesle, PC
2011 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | chediclub005 |
| Date of First Publication | 12 August 2004 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub006 |
| Date of First Publication | 12 August 2004 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub007 |
| Date of First Publication | 12 August 2004 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub008 |
| Date of First Publication | 12 August 2004 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub009 |
| Date of First Publication | 12 August 2004 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub010 |
| Date of First Publication | 12 August 2004 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub011 |
| Date of First Publication | 12 August 2004 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub012 |
| Date of First Publication | 12 August 2004 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub013 |
| Date of First Publication | 12 August 2004 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub014 |
| Date of First Publication | 12 August 2004 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | chediclub015 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chediclub016 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chediclub017 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chediclub018 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chediclub019 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chediclub020 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chediclub021 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chediclub022 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chediclub023 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chediclub024 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

| Name ▼ | |
|---|---|
| Jemison & Shultz, PC | |
| Number / Street / Apt ▼ | |
| 2001 Jefferson Davis Hwy., Suite 1102 | |
| City / State / Zip ▼ | |
| Arlington, VA 22202-3604 | |

Title of Photograph: chediclub025

Date of First Publication: 12 August 2004    Nation of First Publication: Singapore

Description of Photograph:

**B**

Title of Photograph: chediclub026

Date of First Publication: 12 August 2004    Nation of First Publication: Singapore

Description of Photograph:

Title of Photograph: chediclub027

Date of First Publication: 12 August 2004    Nation of First Publication: Singapore

Description of Photograph:

Title of Photograph: chediclub028

Date of First Publication: 12 August 2004    Nation of First Publication: Singapore

Description of Photograph:

Title of Photograph: chediclub029

Date of First Publication: 12 August 2004    Nation of First Publication: Singapore

Description of Photograph:

Title of Photograph: chediclub030

Date of First Publication: 12 August 2004    Nation of First Publication: Singapore

Description of Photograph:

Title of Photograph: chediclub031

Date of First Publication: 12 August 2004    Nation of First Publication: Singapore

Description of Photograph:

Title of Photograph: chediclub032

Date of First Publication: 12 August 2004    Nation of First Publication: Singapore

Description of Photograph:

Title of Photograph: chediclub033

Date of First Publication: 12 August 2004    Nation of First Publication: Singapore

Description of Photograph:

Title of Photograph: chediclub034

Date of First Publication: 12 August 2004    Nation of First Publication: Singapore

Description of Photograph:

Name:
Antonelli & Bocko, PC

Number/Street/Apt:
2010 Jefferson Davis Hwy., Suite 1102

City/Town/State:
Arlington, VA 22202-3804

**C**

**B**

**Title of Photograph** chediclub035
**Date of First Publication** 12 August 2004
**Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub036
**Date of First Publication** 12 August 2004
**Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub037
**Date of First Publication** 12 August 2004
**Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub038
**Date of First Publication** 12 August 2004
**Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub039
**Date of First Publication** 12 August 2004
**Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub040
**Date of First Publication** 12 August 2004
**Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub041
**Date of First Publication** 12 August 2004
**Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub042
**Date of First Publication** 12 August 2004
**Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub043
**Date of First Publication** 12 August 2004
**Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** chediclub044
**Date of First Publication** 12 August 2004
**Nation of First Publication** Singapore
**Description of Photograph**

**C**

Name ▼
Jonathan & Shakir, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy, Suite 1102

City / State / ZIP ▼
Arlington, VA 22202-3604

**B**

Title of Photograph  chediclub045
Date of First Publication  12  August  2004   Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub046
Date of First Publication  12  August  2004   Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub047
Date of First Publication  12  August  2004   Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub048
Date of First Publication  12  August  2004   Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub049
Date of First Publication  12  August  2004   Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub050
Date of First Publication  12  August  2004   Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub051
Date of First Publication  12  August  2004   Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub052
Date of First Publication  12  August  2004   Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub053
Date of First Publication  12  August  2004   Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub054
Date of First Publication  12  August  2004   Nation of First Publication  Singapore
Description of Photograph

**C**

Name
Jenkins & Hein, PC
Number/Street/Apt
2601 Jefferson Davis Hwy, Suite 1150
City/State/ZIP
Arlington, VA 22202-3604

**B**

Number

Title of Photograph **chediclub055**

Date of First Publication  12      August      2004    Nation of First Publication    **Singapore**

Description of Photograph

---

Number

Title of Photograph **chediclub056**

Date of First Publication  12      August      2004    Nation of First Publication    **Singapore**

Description of Photograph

---

Number

Title of Photograph **chediclub057**

Date of First Publication  12      August      2004    Nation of First Publication    **Singapore**

Description of Photograph

---

Number

Title of Photograph **chediclub058**

Date of First Publication  12      August      2004    Nation of First Publication    **Singapore**

Description of Photograph

---

Number

Title of Photograph **chediclub059**

Date of First Publication  12      August      2004    Nation of First Publication    **Singapore**

Description of Photograph

---

Number

Title of Photograph **chediclub060**

Date of First Publication  12      August      2004    Nation of First Publication    **Singapore**

Description of Photograph

---

Number

Title of Photograph **chediclub061**

Date of First Publication  12      August      2004    Nation of First Publication    **Singapore**

Description of Photograph

---

Number

Title of Photograph **chediclub062**

Date of First Publication  12      August      2004    Nation of First Publication    **Singapore**

Description of Photograph

---

Number

Title of Photograph **chediclub063**

Date of First Publication  12      August      2004    Nation of First Publication    **Singapore**

Description of Photograph

---

Number

Title of Photograph **chediclub064**

Date of First Publication  12      August      2004    Nation of First Publication    **Singapore**

Description of Photograph

---

Certificate
will be mailed
in envelope
to this address:

Name ▼
Jenison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| Number | Title of Photograph | chediclub065 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | |

| Number | Title of Photograph | chediclub066 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | |

| Number | Title of Photograph | chediclub067 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | |

| Number | Title of Photograph | chediclub068 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | |

| Number | Title of Photograph | chediclub069 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | |

| Number | Title of Photograph | chediclub070 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | |

| Number | Title of Photograph | chediclub071 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | |

| Number | Title of Photograph | chediclub072 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | |

| Number | Title of Photograph | chediclub073 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | |

| Number | Title of Photograph | chediclub074 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph        chediclub075
Date of First Publication    12        August        2004        Status of First Publication        Singapore
                            day            mo              year
Description of Photograph _____

Title of Photograph        chediclub076
Date of First Publication    12        August        2004        Status of First Publication        Singapore
                            day            mo              year
Description of Photograph _____

Title of Photograph        chediclub077
Date of First Publication    12        August        2004        Status of First Publication        Singapore
                            day            mo              year
Description of Photograph _____

Title of Photograph        chediclub078
Date of First Publication    12        August        2004        Status of First Publication        Singapore
                            day            mo              year
Description of Photograph _____

Title of Photograph        chediclub079
Date of First Publication    12        August        2004        Status of First Publication        Singapore
                            day            mo              year
Description of Photograph _____

Title of Photograph        chediclub080
Date of First Publication    12        August        2004        Status of First Publication        Singapore
                            day            mo              year
Description of Photograph _____

Title of Photograph        chediclub081
Date of First Publication    12        August        2004        Status of First Publication        Singapore
                            day            mo              year
Description of Photograph _____

Title of Photograph        chediclub082
Date of First Publication    12        August        2004        Status of First Publication        Singapore
                            day            mo              year
Description of Photograph _____

Title of Photograph        chediclub083
Date of First Publication    12        August        2004        Status of First Publication        Singapore
                            day            mo              year
Description of Photograph _____

Title of Photograph        chediclub084
Date of First Publication    12        August        2004        Status of First Publication        Singapore
                            day            mo              year
Description of Photograph _____

**C**

Name ▼    Dunlap & Grubb, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | chediclub085 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub086 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub087 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub088 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub089 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub090 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub091 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub092 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub093 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub094 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chodiclub095 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (month) | (day) | (year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chodiclub096 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (month) | (day) | (year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chodiclub097 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (month) | (day) | (year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chodiclub098 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (month) | (day) | (year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chodiclub099 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (month) | (day) | (year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chodiclub100 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (month) | (day) | (year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chodiclub101 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (month) | (day) | (year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chodiclub102 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (month) | (day) | (year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chodiclub103 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (month) | (day) | (year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chodiclub104 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (month) | (day) | (year) | | |
| Description of Photograph | | | | | |

**C**

Name ▼
Jerome & Starks, PC

Number/Street/Apt ▼
2461 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington VA 22202-3804

**B**

Title of Photograph    chediclub105
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub106
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub107
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub108
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub109
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub110
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub111
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub112
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub113
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub114
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | chediclub115 |
| Date of First Publication | 12  August  2004  Nation of First Publication  Singapore |
| Description of Photograph | none |

| | |
|---|---|
| Title of Photograph | chediclub116 |
| Date of First Publication | 12  August  2004  Nation of First Publication  Singapore |
| Description of Photograph | none |

| | |
|---|---|
| Title of Photograph | chediclub117 |
| Date of First Publication | 12  August  2004  Nation of First Publication  Singapore |
| Description of Photograph | none |

| | |
|---|---|
| Title of Photograph | chediclub118 |
| Date of First Publication | 12  August  2004  Nation of First Publication  Singapore |
| Description of Photograph | none |

| | |
|---|---|
| Title of Photograph | chediclub119 |
| Date of First Publication | 12  August  2004  Nation of First Publication  Singapore |
| Description of Photograph | none |

| | |
|---|---|
| Title of Photograph | chediclub120 |
| Date of First Publication | 12  August  2004  Nation of First Publication  Singapore |
| Description of Photograph | none |

| | |
|---|---|
| Title of Photograph | chediclub121 |
| Date of First Publication | 12  August  2004  Nation of First Publication  Singapore |
| Description of Photograph | none |

| | |
|---|---|
| Title of Photograph | chediclub122 |
| Date of First Publication | 12  August  2004  Nation of First Publication  Singapore |
| Description of Photograph | none |

| | |
|---|---|
| Title of Photograph | chediclub123 |
| Date of First Publication | 12  August  2004  Nation of First Publication  Singapore |
| Description of Photograph | none |

| | |
|---|---|
| Title of Photograph | chediclub124 |
| Date of First Publication | 12  August  2004  Nation of First Publication  Singapore |
| Description of Photograph | none |

**C**

Name ▼
Rosenthal & Shaiks, PC

Number / Street / Apt ▼
3811 Jefferson Davis Hwy , Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: chedichub125
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedichub126
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedichub127
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedichub128
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedichub129
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedichub130
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedichub131
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedichub132
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedichub133
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedichub134
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Ivanhoe & Shahi, PC

2601 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | chedichub135 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | shown |

| | |
|---|---|
| Title of Photograph | chedichub136 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | shown |

| | |
|---|---|
| Title of Photograph | chedichub137 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | shown |

| | |
|---|---|
| Title of Photograph | chedichub138 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | shown |

| | |
|---|---|
| Title of Photograph | chedichub139 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | shown |

| | |
|---|---|
| Title of Photograph | legianclub17 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | shown |

| | |
|---|---|
| Title of Photograph | legianclub018 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | shown |

| | |
|---|---|
| Title of Photograph | legianclub019 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | shown |

| | |
|---|---|
| Title of Photograph | legianclub020 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | shown |

| | |
|---|---|
| Title of Photograph | legianclub021 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | shown |

**C**

Name: Fross & Zelnick, PC

Street/Post: 3201 Jefferson Davis Hwy, Suite 1102

City/Town: Arlington, VA 22202-3604

**B**

| | Title of Photograph | legionclub022 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | | |

| | Title of Photograph | legion025 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | | |

| | Title of Photograph | legion027 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | | |

| | Title of Photograph | legion028 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | | |

| | Title of Photograph | legion029 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | | |

| | Title of Photograph | legion030 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | | |

| | Title of Photograph | legion031 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | | |

| | Title of Photograph | legion032 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | | |

| | Title of Photograph | legion033 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | | |

| | Title of Photograph | legion034 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | | |

**C**

Name ▼
Josephson & Banks, PC

Number/Street/Apt ▼
3001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian035 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian036 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian037 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian038 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian039 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian040 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian041 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian042 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian043 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian044 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    legian045

Date of First Publication   12    August    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    legian046

Date of First Publication   12    August    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    legian047

Date of First Publication   12    August    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    legian048

Date of First Publication   12    August    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    legian049

Date of First Publication   12    August    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    legian050

Date of First Publication   12    August    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    legian051

Date of First Publication   12    August    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    legian052

Date of First Publication   12    August    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    legian053

Date of First Publication   12    August    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    legian054

Date of First Publication   12    August    2004    Nation of First Publication    Singapore

Description of Photograph

---

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | legian055 | |
| Date of First Publication | 12  August  2004 | Nation of First Publication   Singapore |
| Description of Photograph | none | |

| | | |
|---|---|---|
| Title of Photograph | legian056 | |
| Date of First Publication | 12  August  2004 | Nation of First Publication   Singapore |
| Description of Photograph | none | |

| | | |
|---|---|---|
| Title of Photograph | legian057 | |
| Date of First Publication | 12  August  2004 | Nation of First Publication   Singapore |
| Description of Photograph | none | |

| | | |
|---|---|---|
| Title of Photograph | legian058 | |
| Date of First Publication | 12  August  2004 | Nation of First Publication   Singapore |
| Description of Photograph | none | |

| | | |
|---|---|---|
| Title of Photograph | legian059 | |
| Date of First Publication | 12  August  2004 | Nation of First Publication   Singapore |
| Description of Photograph | none | |

| | | |
|---|---|---|
| Title of Photograph | legian060 | |
| Date of First Publication | 12  August  2004 | Nation of First Publication   Singapore |
| Description of Photograph | none | |

| | | |
|---|---|---|
| Title of Photograph | legian061 | |
| Date of First Publication | 12  August  2004 | Nation of First Publication   Singapore |
| Description of Photograph | none | |

| | | |
|---|---|---|
| Title of Photograph | legian062 | |
| Date of First Publication | 12  August  2004 | Nation of First Publication   Singapore |
| Description of Photograph | none | |

| | | |
|---|---|---|
| Title of Photograph | legian063 | |
| Date of First Publication | 12  August  2004 | Nation of First Publication   Singapore |
| Description of Photograph | none | |

| | | |
|---|---|---|
| Title of Photograph | legian064 | |
| Date of First Publication | 12  August  2004 | Nation of First Publication   Singapore |
| Description of Photograph | none | |

**C**

Name ▼
Stevens & Klein PC

Number/Street/Apt ▼
2601 Jefferson Davis Hwy, Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | legian065 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub140 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai001 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai002 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai003 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai004 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai005 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai006 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai007 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai008 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chiangmai009 | | | | **B** |
| Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chiangmai010 | | | | |
| Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chiangmai011 | | | | |
| Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chiangmai002 | | | | |
| Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chiangmai013 | | | | |
| Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chiangmai014 | | | | |
| Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chiangmai015 | | | | |
| Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chiangmai016 | | | | |
| Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chiangmai017 | | | | |
| Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chiangmai018 | | | | |
| Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph (Optional) | | | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Photographs (continued)

**Number**

Title of Photograph chiangmai019
Date of First Publication 20 October 2004     Nation of First Publication Singapore
Description of Photograph

**Number**

Title of Photograph chiangmai020
Date of First Publication 20 October 2004     Nation of First Publication Singapore
Description of Photograph

**Number**

Title of Photograph chiangmai021
Date of First Publication 20 October 2004     Nation of First Publication Singapore
Description of Photograph

**Number**

Title of Photograph chiangmai022
Date of First Publication 20 October 2004     Nation of First Publication Singapore
Description of Photograph

**Number**

Title of Photograph chiangmai023
Date of First Publication 20 October 2004     Nation of First Publication Singapore
Description of Photograph

**Number**

Title of Photograph chiangmai024
Date of First Publication 20 October 2004     Nation of First Publication Singapore
Description of Photograph

**Number**

Title of Photograph chiangmai025
Date of First Publication 20 October 2004     Nation of First Publication Singapore
Description of Photograph

**Number**

Title of Photograph chiangmai026
Date of First Publication 20 October 2004     Nation of First Publication Singapore
Description of Photograph

**Number**

Title of Photograph chiangmai027
Date of First Publication 20 October 2004     Nation of First Publication Singapore
Description of Photograph

**Number**

Title of Photograph chiangmai028
Date of First Publication 20 October 2004     Nation of First Publication Singapore
Description of Photograph

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
• Application form
• Nonrefundable filing fee in check or money order payable to Register of Copyrights
• Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave. SE
Washington, DC 20559-6000

**B**

Title of Photograph _____ chiangmai029 _____
Date of First Publication ___ 20 ___ October ___ 2004 ___  Nation of First Publication _____ Singapore _____
Description of Photograph ___ view ___

Title of Photograph _____ chiangmai030 _____
Date of First Publication ___ 20 ___ October ___ 2004 ___  Nation of First Publication _____ Singapore _____
Description of Photograph ___ view ___

Title of Photograph _____ chiangmai031 _____
Date of First Publication ___ 20 ___ October ___ 2004 ___  Nation of First Publication _____ Singapore _____
Description of Photograph ___ view ___

Title of Photograph _____ chiangmai032 _____
Date of First Publication ___ 20 ___ October ___ 2004 ___  Nation of First Publication _____ Singapore _____
Description of Photograph ___ view ___

Title of Photograph _____ chiangmai033 _____
Date of First Publication ___ 20 ___ October ___ 2004 ___  Nation of First Publication _____ Singapore _____
Description of Photograph ___ view ___

Title of Photograph _____ chiangmai034 _____
Date of First Publication ___ 20 ___ October ___ 2004 ___  Nation of First Publication _____ Singapore _____
Description of Photograph ___ view ___

Title of Photograph _____ chiangmai035 _____
Date of First Publication ___ 20 ___ October ___ 2004 ___  Nation of First Publication _____ Singapore _____
Description of Photograph ___ view ___

Title of Photograph _____ chiangmai036 _____
Date of First Publication ___ 20 ___ October ___ 2004 ___  Nation of First Publication _____ Singapore _____
Description of Photograph ___ view ___

Title of Photograph _____ chiangmai037 _____
Date of First Publication ___ 20 ___ October ___ 2004 ___  Nation of First Publication _____ Singapore _____
Description of Photograph ___ view ___

Title of Photograph _____ chiangmai038 _____
Date of First Publication ___ 20 ___ October ___ 2004 ___  Nation of First Publication _____ Singapore _____
Description of Photograph ___ view ___

**C**

Name ▼
Joonian & Rudin, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    chiangmai39
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai40
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai41
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai42
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai43
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai44
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai45
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai46
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai47
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai48
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Ivankoe & Banks, PC

2001 Jefferson Davis Hwy - Suite 1102

Arlington, VA 22202-3804

**C**

**B**

| | Title of Photograph | chiangmai049 | | | | | Singapore |
| Date of First Publication | 20 | October | 2004 | | Nation of First Publication | |
| | month | day | year | | | |
| Description of Photograph | none | | | | | |

| | Title of Photograph | chiangmai050 | | | | | Singapore |
| Date of First Publication | 20 | October | 2004 | | Nation of First Publication | |
| | month | day | year | | | |
| Description of Photograph | none | | | | | |

| | Title of Photograph | chiangmai051 | | | | | Singapore |
| Date of First Publication | 20 | October | 2004 | | Nation of First Publication | |
| | month | day | year | | | |
| Description of Photograph | none | | | | | |

| | Title of Photograph | chiangmai052 | | | | | Singapore |
| Date of First Publication | 20 | October | 2004 | | Nation of First Publication | |
| | month | day | year | | | |
| Description of Photograph | none | | | | | |

| | Title of Photograph | chiangmai053 | | | | | Singapore |
| Date of First Publication | 20 | October | 2004 | | Nation of First Publication | |
| | month | day | year | | | |
| Description of Photograph | none | | | | | |

| | Title of Photograph | chiangmai054 | | | | | Singapore |
| Date of First Publication | 20 | October | 2004 | | Nation of First Publication | |
| | month | day | year | | | |
| Description of Photograph | none | | | | | |

| | Title of Photograph | chiangmai055 | | | | | Singapore |
| Date of First Publication | 20 | October | 2004 | | Nation of First Publication | |
| | month | day | year | | | |
| Description of Photograph | none | | | | | |

| | Title of Photograph | chiangmai056 | | | | | Singapore |
| Date of First Publication | 20 | October | 2004 | | Nation of First Publication | |
| | month | day | year | | | |
| Description of Photograph | none | | | | | |

| | Title of Photograph | chiangmai057 | | | | | Singapore |
| Date of First Publication | 20 | October | 2004 | | Nation of First Publication | |
| | month | day | year | | | |
| Description of Photograph | none | | | | | |

| | Title of Photograph | chiangmai058 | | | | | Singapore |
| Date of First Publication | 20 | October | 2004 | | Nation of First Publication | |
| | month | day | year | | | |
| Description of Photograph | none | | | | | |

**C**

Stafford & Stafford, PC

3031 Jefferson Davis Hwy, Suite 1032

Arlington, VA 22202-3604

**B**

Title of Photograph     chiangmai059
Date of First Publication     20    October    2004     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     chiangmai060
Date of First Publication     20    October    2004     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     chiangmai061
Date of First Publication     20    October    2004     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     chiangmai062
Date of First Publication     20    October    2004     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     chiangmai063
Date of First Publication     20    October    2004     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     chiangmai064
Date of First Publication     20    October    2004     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     chiangmai065
Date of First Publication     20    October    2004     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     chiangmai066
Date of First Publication     20    October    2004     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     chiangmai067
Date of First Publication     20    October    2004     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     chiangmai068
Date of First Publication     20    October    2004     Nation of First Publication     Singapore
Description of Photograph

**C**

Ivan M. Hirsh, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai069 | | | |
| Date of First Publication | 20 *(Month)* | October *(Day)* | 2004 *(Year)* | Nation of First Publication Singapore |
| Description of Photograph *(Optional)* | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai070 | | | |
| Date of First Publication | 20 *(Month)* | October *(Day)* | 2004 *(Year)* | Nation of First Publication Singapore |
| Description of Photograph *(Optional)* | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai071 | | | |
| Date of First Publication | 20 *(Month)* | October *(Day)* | 2004 *(Year)* | Nation of First Publication Singapore |
| Description of Photograph *(Optional)* | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai072 | | | |
| Date of First Publication | 20 *(Month)* | October *(Day)* | 2004 *(Year)* | Nation of First Publication Singapore |
| Description of Photograph *(Optional)* | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai073 | | | |
| Date of First Publication | 20 *(Month)* | October *(Day)* | 2004 *(Year)* | Nation of First Publication Singapore |
| Description of Photograph *(Optional)* | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai074 | | | |
| Date of First Publication | 20 *(Month)* | October *(Day)* | 2004 *(Year)* | Nation of First Publication Singapore |
| Description of Photograph *(Optional)* | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai075 | | | |
| Date of First Publication | 20 *(Month)* | October *(Day)* | 2004 *(Year)* | Nation of First Publication Singapore |
| Description of Photograph *(Optional)* | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | | | | |
| Date of First Publication | *(Month)* | *(Day)* | *(Year)* | Nation of First Publication |
| Description of Photograph *(Optional)* | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | | | | |
| Date of First Publication | *(Month)* | *(Day)* | *(Year)* | Nation of First Publication |
| Description of Photograph *(Optional)* | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | | | | |
| Date of First Publication | *(Month)* | *(Day)* | *(Year)* | Nation of First Publication |
| Description of Photograph *(Optional)* | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-432-330**

**EFFECTIVE DATE OF REGISTRATION**

12    29    2010
Month    Day    Year

---

**1**

**Title of This Work ▼**

The Wave Design Pte. Ltd.  Photographs 2006

**NATURE OF THIS WORK ▼** See Instructions

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 362 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

**If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼**

---

**2**

**a**

**NAME OF AUTHOR ▼**

The Wave Design Pte. Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in  Singapore

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a** **Year in Which Creation of This Work Was Completed**  2006 **Year** **This information must be given in all cases.**

**b** **Date and Nation of First Publication of This Particular Work** **Complete this information ONLY if this work has been published.** Month 8/23  Day 12/12/2006  Year 2006  Nation  SIngapore

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.,
10A Trengganu Street, Singapore 058464

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED** 12-14-2010
**ONE DEPOSIT RECEIVED**
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.  • See detailed instructions.  • Sign the form at line 8.

**DO NOT WRITE HERE**

Page 30

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼

Jennison & Shultz, P.C.

Account Number ▼

080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number  (703 ) 415-1640          Fax number  (703 )415-0788

Email  John@JennisonLaw.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of    **THE WAVE DESIGN PTE LTD**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                        Date  28 December 2010

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1–432–330

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**USE ONLY WITH FORM VA**

**EFFECTIVE DATE OF REGISTRATION**

12   29   2010
(Month)   (Day)   (Year)

**CONTINUATION SHEET RECEIVED**

Page  3  of  39  pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant: THE WAVE DESIGN PTE. LTD., 10A Trengganu Street, Singapore 058464

**B** Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Title of Photograph: milan001
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan002
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan003
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan004
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan005
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph: