# EXHIBIT 1-F

THE WAVE STUDIO, LLC
COMPLAINT

**B**

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | milan026 | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | milan027 | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | milan028 | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | milan029 | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | milan030 | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | milan031 | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | milan032 | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | milan033 | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | milan034 | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | milan035 | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**B**

| | Title of Photograph | milan036 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 23 | August | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | milan037 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | milan038 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | milan039 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | milan040 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | milan041 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | milan042 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | milan043 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | milan044 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | milan045 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Gordon A. Slade, PC

2011 Jefferson Davis Hwy - Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph ___ milan046
Date of First Publication __ 23 __ August __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ milan047
Date of First Publication __ 23 __ August __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ milan048
Date of First Publication __ 23 __ August __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ milan049
Date of First Publication __ 23 __ August __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ milan050
Date of First Publication __ 23 __ August __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ milan051
Date of First Publication __ 23 __ August __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ milan052
Date of First Publication __ 23 __ August __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ milan053
Date of First Publication __ 23 __ August __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ milan054
Date of First Publication __ 23 __ August __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ milan055
Date of First Publication __ 23 __ August __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph _____

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennifer A. Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ milan056
Date of First Publication 23 August 2006    Nation of First Publication    Singapore
Description of Photograph _____

Title of Photograph _____ milan057
Date of First Publication 23 August 2006    Nation of First Publication    Singapore
Description of Photograph _____

Title of Photograph _____ milan058
Date of First Publication 23 August 2006    Nation of First Publication    Singapore
Description of Photograph _____

Title of Photograph _____ milan059
Date of First Publication 23 August 2006    Nation of First Publication    Singapore
Description of Photograph _____

Title of Photograph _____ milan060
Date of First Publication 23 August 2006    Nation of First Publication    Singapore
Description of Photograph _____

Title of Photograph _____ milan061
Date of First Publication 23 August 2006    Nation of First Publication    Singapore
Description of Photograph _____

Title of Photograph _____ milan062
Date of First Publication 23 August 2006    Nation of First Publication    Singapore
Description of Photograph _____

Title of Photograph _____ milan063
Date of First Publication 23 August 2006    Nation of First Publication    Singapore
Description of Photograph _____

Title of Photograph _____ milan064
Date of First Publication 23 August 2006    Nation of First Publication    Singapore
Description of Photograph _____

Title of Photograph _____ milan065
Date of First Publication 23 August 2006    Nation of First Publication    Singapore
Description of Photograph _____

**C**

Sandove & Biclitz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | milan066 |
| Date of First Publication | 23 August 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan067 |
| Date of First Publication | 23 August 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan068 |
| Date of First Publication | 23 August 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan069 |
| Date of First Publication | 23 August 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan070 |
| Date of First Publication | 23 August 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan071 |
| Date of First Publication | 23 August 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan072 |
| Date of First Publication | 23 August 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan073 |
| Date of First Publication | 23 August 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | seraiclub001 |
| Date of First Publication | 4 September 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | seraiclub002 |
| Date of First Publication | 4 September 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub003 | |
| Date of First Publication | 4    September    2006 | Nation of First Publication    Singapore |
| | (Month)    (Day)    (Year) | |
| Description of Photograph | (Optional) | |

Registration
for a Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub004 | |
| Date of First Publication | 4    September    2006 | Nation of First Publication    Singapore |
| | (Month)    (Day)    (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub005 | |
| Date of First Publication | 4    September    2006 | Nation of First Publication    Singapore |
| | (Month)    (Day)    (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub006 | |
| Date of First Publication | 4    September    2006 | Nation of First Publication    Singapore |
| | (Month)    (Day)    (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub007 | |
| Date of First Publication | 4    September    2006 | Nation of First Publication    Singapore |
| | (Month)    (Day)    (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub008 | |
| Date of First Publication | 4    September    2006 | Nation of First Publication    Singapore |
| | (Month)    (Day)    (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub009 | |
| Date of First Publication | 4    September    2006 | Nation of First Publication    Singapore |
| | (Month)    (Day)    (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub010 | |
| Date of First Publication | 4    September    2006 | Nation of First Publication    Singapore |
| | (Month)    (Day)    (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub011 | |
| Date of First Publication | 4    September    2006 | Nation of First Publication    Singapore |
| | (Month)    (Day)    (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub012 | |
| Date of First Publication | 4    September    2006 | Nation of First Publication    Singapore |
| | (Month)    (Day)    (Year) | |
| Description of Photograph | (Optional) | |

**C**

Certificate
will be mailed
in window
envelope
to this
address

Name ▼
Jennison & Sinitz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office-COPA
101 Independence Avenue SE
Washington DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

**Number**

Title of Photograph    seraiclub013
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph    (Optional)

**Number**

Title of Photograph    seraiclub014
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph    (Optional)

**Number**

Title of Photograph    seraiclub015
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph    (Optional)

**Number**

Title of Photograph    seraiclub016
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph    (Optional)

**Number**

Title of Photograph    seraiclub017
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph    (Optional)

**Number**

Title of Photograph    seraiclub018
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph    (Optional)

**Number**

Title of Photograph    seraiclub019
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph    (Optional)

**Number**

Title of Photograph    seraiclub020
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph    (Optional)

**Number**

Title of Photograph    seraiclub021
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph    (Optional)

**Number**

Title of Photograph    seraiclub022
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph    (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph ___ seraiclub023
Date of First Publication __ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ seraiclub024
Date of First Publication __ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ seraiclub025
Date of First Publication __ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ seraiclub026
Date of First Publication __ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ seraiclub027
Date of First Publication __ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ seraiclub028
Date of First Publication __ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ seraiclub029
Date of First Publication __ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ seraiclub030
Date of First Publication __ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ seraiclub031
Date of First Publication __ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ seraiclub032
Date of First Publication __ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

**C**

Name ▼
Tavdian & Slaiki, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlingtn, VA 22202-3604

**B**

Title of Photograph    seraiclub033
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    seraiclub034
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    seraiclub035
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    seraiclub036
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    seraiclub037
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    seraiclub038
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    seraiclub039
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    seraiclub040
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    seraiclub041
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    seraiclub042
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | seraiclub043 |
| Date of First Publication | 4    September    2006 |
| | Day    Month    Year |
| Nation of First Publication | Singapore |
| Description of Photograph | photo |

| | |
|---|---|
| Title of Photograph | seraiclub044 |
| Date of First Publication | 4    September    2006 |
| | Day    Month    Year |
| Nation of First Publication | Singapore |
| Description of Photograph | photo |

| | |
|---|---|
| Title of Photograph | seraiclub045 |
| Date of First Publication | 4    September    2006 |
| | Day    Month    Year |
| Nation of First Publication | Singapore |
| Description of Photograph | photo |

| | |
|---|---|
| Title of Photograph | seraiclub046 |
| Date of First Publication | 4    September    2006 |
| | Day    Month    Year |
| Nation of First Publication | Singapore |
| Description of Photograph | photo |

| | |
|---|---|
| Title of Photograph | seraiclub047 |
| Date of First Publication | 4    September    2006 |
| | Day    Month    Year |
| Nation of First Publication | Singapore |
| Description of Photograph | photo |

| | |
|---|---|
| Title of Photograph | seraiclub048 |
| Date of First Publication | 4    September    2006 |
| | Day    Month    Year |
| Nation of First Publication | Singapore |
| Description of Photograph | photo |

| | |
|---|---|
| Title of Photograph | seraiclub049 |
| Date of First Publication | 4    September    2006 |
| | Day    Month    Year |
| Nation of First Publication | Singapore |
| Description of Photograph | photo |

| | |
|---|---|
| Title of Photograph | seraiclub050 |
| Date of First Publication | 4    September    2006 |
| | Day    Month    Year |
| Nation of First Publication | Singapore |
| Description of Photograph | photo |

| | |
|---|---|
| Title of Photograph | seraiclub051 |
| Date of First Publication | 4    September    2006 |
| | Day    Month    Year |
| Nation of First Publication | Singapore |
| Description of Photograph | photo |

| | |
|---|---|
| Title of Photograph | seraiclub052 |
| Date of First Publication | 4    September    2006 |
| | Day    Month    Year |
| Nation of First Publication | Singapore |
| Description of Photograph | photo |

**C**

| | |
|---|---|
| Name ▼ | Jindian & Shah, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy., Suite 1102 |
| City / State / ZIP ▼ | Arlington, VA 22202-3604 |

**B**

Title of Photograph **legian066**
Date of First Publication **4** **October** **2006** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **legian067**
Date of First Publication **4** **October** **2006** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **legian068**
Date of First Publication **4** **October** **2006** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **legian069**
Date of First Publication **4** **October** **2006** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **legian070**
Date of First Publication **4** **October** **2006** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **legian071**
Date of First Publication **4** **October** **2006** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **legian072**
Date of First Publication **4** **October** **2006** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **legian073**
Date of First Publication **4** **October** **2006** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **legian074**
Date of First Publication **4** **October** **2006** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **legian075**
Date of First Publication **4** **October** **2006** Nation of First Publication **Singapore**
Description of Photograph

Name ▼
**Jacobson & Shultz, PC**

Number/Street/Apt ▼
**3001 Jefferson Davis Hwy., Suite 1102**

City/State/Zip ▼
**Arlington, VA 22202-3604**

**C**

**Title of Photograph** legian076

**Date of First Publication** 4 October 2006 **Nation of First Publication** Singapore

**Description of Photograph**

**B**

**Title of Photograph** legian077

**Date of First Publication** 4 October 2006 **Nation of First Publication** Singapore

**Description of Photograph**

**Title of Photograph** legian078

**Date of First Publication** 4 October 2006 **Nation of First Publication** Singapore

**Description of Photograph**

**Title of Photograph** legian079

**Date of First Publication** 4 October 2006 **Nation of First Publication** Singapore

**Description of Photograph**

**Title of Photograph** legian080

**Date of First Publication** 4 October 2006 **Nation of First Publication** Singapore

**Description of Photograph**

**Title of Photograph** legian081

**Date of First Publication** 4 October 2006 **Nation of First Publication** Singapore

**Description of Photograph**

**Title of Photograph** legian082

**Date of First Publication** 4 October 2006 **Nation of First Publication** Singapore

**Description of Photograph**

**Title of Photograph** legian083

**Date of First Publication** 4 October 2006 **Nation of First Publication** Singapore

**Description of Photograph**

**Title of Photograph** legian084

**Date of First Publication** 4 October 2006 **Nation of First Publication** Singapore

**Description of Photograph**

**Title of Photograph** legian085

**Date of First Publication** 4 October 2006 **Nation of First Publication** Singapore

**Description of Photograph**

**Name** Jacobson & Rholts, PC

**Number / Street / Apt** 2001 Jefferson Davis Hwy., Suite 1102

**City / State / Zip** Arlington, VA 22202-3604

**C**

**B**

| | |
|---|---|
| Title of Photograph | legian086 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian087 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian088 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian089 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian090 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian091 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian092 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian093 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian094 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian095 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

| | |
|---|---|
| Name ▼ | Jacobson & Shults, PC |
| Number / Street / Apt ▼ | 2801 Jefferson Davis Hwy., Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

**B**

Title of Photograph ....... legian096
Date of First Publication .. 4 October 2006 Nation of First Publication ....... Singapore
Description of Photograph ...

Title of Photograph ....... legian097
Date of First Publication .. 4 October 2006 Nation of First Publication ....... Singapore
Description of Photograph ...

Title of Photograph ....... legian098
Date of First Publication .. 4 October 2006 Nation of First Publication ....... Singapore
Description of Photograph ...

Title of Photograph ....... legian099
Date of First Publication .. 4 October 2006 Nation of First Publication ....... Singapore
Description of Photograph ...

Title of Photograph ....... legian100
Date of First Publication .. 4 October 2006 Nation of First Publication ....... Singapore
Description of Photograph ...

Title of Photograph ....... legian101
Date of First Publication .. 4 October 2006 Nation of First Publication ....... Singapore
Description of Photograph ...

Title of Photograph ....... legian102
Date of First Publication .. 4 October 2006 Nation of First Publication ....... Singapore
Description of Photograph ...

Title of Photograph ....... legian103
Date of First Publication .. 4 October 2006 Nation of First Publication ....... Singapore
Description of Photograph ...

Title of Photograph ....... legian104
Date of First Publication .. 4 October 2006 Nation of First Publication ....... Singapore
Description of Photograph ...

Title of Photograph ....... legian105
Date of First Publication .. 4 October 2006 Nation of First Publication ....... Singapore
Description of Photograph ...

**C**

Name ▼
Kaminn & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (Continued)

Title of Photograph legian106
Date of First Publication 4 (Month) October (Day) 2006 (Year)   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph legian107
Date of First Publication 4 (Month) October (Day) 2006 (Year)   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph legian108
Date of First Publication 4 (Month) October (Day) 2006 (Year)   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph legian109
Date of First Publication 4 (Month) October (Day) 2006 (Year)   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph legian110
Date of First Publication 4 (Month) October (Day) 2006 (Year)   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph legian111
Date of First Publication 4 (Month) October (Day) 2006 (Year)   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph legian112
Date of First Publication 4 (Month) October (Day) 2006 (Year)   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph legian113
Date of First Publication 4 (Month) October (Day) 2006 (Year)   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph legian114
Date of First Publication 4 (Month) October (Day) 2006 (Year)   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph legian115
Date of First Publication 4 (Month) October (Day) 2006 (Year)   Nation of First Publication Singapore
Description of Photograph (Optional)

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**C**

**B**

Title of Photograph ___ legian116
Date of First Publication ___ 4 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian117
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian118
Date of First Publication ___ 4 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian119
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian120
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai393
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai394
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai395
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai396
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai397
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Name ▼
Kaminos & Sinha, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph  setai398
Date of First Publication  12  December  2006    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai399
Date of First Publication  12  December  2006    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai400
Date of First Publication  12  December  2006    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai401
Date of First Publication  12  December  2006    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai402
Date of First Publication  12  December  2006    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai403
Date of First Publication  12  December  2006    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai404
Date of First Publication  12  December  2006    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai405
Date of First Publication  12  December  2006    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai406
Date of First Publication  12  December  2006    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai407
Date of First Publication  12  December  2006    Nation of First Publication  Singapore
Description of Photograph

**C**

Name ▼
Harrison & Shafto, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3404

**B**

Number

Title of Photograph    setai408

Date of First Publication    12    December    2006    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

Registration
for Group of
Published
Photographs
(continued)

Number

Title of Photograph    setai409

Date of First Publication    12    December    2006    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

Number

Title of Photograph    setai410

Date of First Publication    12    December    2006    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

Number

Title of Photograph    setai411

Date of First Publication    12    December    2006    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

Number

Title of Photograph    setai412

Date of First Publication    12    December    2006    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

Number

Title of Photograph    setai413

Date of First Publication    12    December    2006    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

Number

Title of Photograph    setai414

Date of First Publication    12    December    2006    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

Number

Title of Photograph    setai415

Date of First Publication    12    December    2006    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

Number

Title of Photograph    setai416

Date of First Publication    12    December    2006    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

Number

Title of Photograph    setai417

Date of First Publication    12    December    2006    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jenison & Smitz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph    setai418
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai419
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai420
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai421
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai422
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai423
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai424
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai425
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai426
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai427
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jackson & Shalla, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    sctsd#28

Date of First Publication    12    December    2006        Nation of First Publication        Singapore

Description of Photograph

---

Title of Photograph    mendocino001

Date of First Publication    12    December    2006        Nation of First Publication        Singapore

Description of Photograph

---

Title of Photograph    mendocino002

Date of First Publication    12    December    2006        Nation of First Publication        Singapore

Description of Photograph

---

Title of Photograph    mendocino003

Date of First Publication    12    December    2006        Nation of First Publication        Singapore

Description of Photograph

---

Title of Photograph    mendocino004

Date of First Publication    12    December    2006        Nation of First Publication        Singapore

Description of Photograph

---

Title of Photograph    mendocino005

Date of First Publication    12    December    2006        Nation of First Publication        Singapore

Description of Photograph

---

Title of Photograph    mendocino006

Date of First Publication    12    December    2006        Nation of First Publication        Singapore

Description of Photograph

---

Title of Photograph    mendocino007

Date of First Publication    12    December    2006        Nation of First Publication        Singapore

Description of Photograph

---

Title of Photograph    mendocino008

Date of First Publication    12    December    2006        Nation of First Publication        Singapore

Description of Photograph

---

Title of Photograph    mendocino009

Date of First Publication    12    December    2006        Nation of First Publication        Singapore

Description of Photograph

---

Name ▼
Jacobson & Shalo, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph    mendocino010
Date of First Publication   12   December   2006    Nation of First Publication   Singapore
Description of Photograph

Title of Photograph    mendocino011
Date of First Publication   12   December   2006    Nation of First Publication   Singapore
Description of Photograph

Title of Photograph    mendocino012
Date of First Publication   12   December   2006    Nation of First Publication   Singapore
Description of Photograph

Title of Photograph    mendocino013
Date of First Publication   12   December   2006    Nation of First Publication   Singapore
Description of Photograph

Title of Photograph    mendocino014
Date of First Publication   12   December   2006    Nation of First Publication   Singapore
Description of Photograph

Title of Photograph    mendocino015
Date of First Publication   12   December   2006    Nation of First Publication   Singapore
Description of Photograph

Title of Photograph    mendocino016
Date of First Publication   12   December   2006    Nation of First Publication   Singapore
Description of Photograph

Title of Photograph    mendocino017
Date of First Publication   12   December   2006    Nation of First Publication   Singapore
Description of Photograph

Title of Photograph    mendocino018
Date of First Publication   12   December   2006    Nation of First Publication   Singapore
Description of Photograph

Title of Photograph    mendocino019
Date of First Publication   12   December   2006    Nation of First Publication   Singapore
Description of Photograph

**C**

Name ▼
Dunlap & Shafer, PC

Number / Street Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph — mendocino020
Date of First Publication — 12    December    2006    Nation of First Publication — Singapore
Description of Photograph — none

Title of Photograph — mendocino021
Date of First Publication — 12    December    2006    Nation of First Publication — Singapore
Description of Photograph — none

Title of Photograph — mendocino022
Date of First Publication — 12    December    2006    Nation of First Publication — Singapore
Description of Photograph — none

Title of Photograph — mendocino023
Date of First Publication — 12    December    2006    Nation of First Publication — Singapore
Description of Photograph — none

Title of Photograph — mendocino024
Date of First Publication — 12    December    2006    Nation of First Publication — Singapore
Description of Photograph — none

Title of Photograph — mendocino025
Date of First Publication — 12    December    2006    Nation of First Publication — Singapore
Description of Photograph — none

Title of Photograph — mendocino026
Date of First Publication — 12    December    2006    Nation of First Publication — Singapore
Description of Photograph — none

Title of Photograph — mendocino027
Date of First Publication — 12    December    2006    Nation of First Publication — Singapore
Description of Photograph — none

Title of Photograph — mendocino028
Date of First Publication — 12    December    2006    Nation of First Publication — Singapore
Description of Photograph — none

Title of Photograph — mendocino029
Date of First Publication — 12    December    2006    Nation of First Publication — Singapore
Description of Photograph — none

**C**

Name ▼
Jacobson & Shein, PC

Number / Street / Apt ▼
2601 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ mendocino030 ___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino031 ___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino032 ___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino033 ___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino034 ___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino035 ___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino036 ___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino037 ___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino038 ___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino039 ___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore ___
Description of Photograph _____

**C**

Name ▼
Jenkins & Shutts, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___mendocino040___
Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph ___digital___

Title of Photograph ___mendocino041___
Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph ___digital___

Title of Photograph ___mendocino042___
Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph ___digital___

Title of Photograph ___mendocino043___
Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph ___digital___

Title of Photograph ___mendocino044___
Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph ___digital___

Title of Photograph ___mendocino045___
Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph ___digital___

Title of Photograph ___mendocino046___
Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph ___digital___

Title of Photograph ___mendocino047___
Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph ___digital___

Title of Photograph ___mendocino048___
Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph ___digital___

Title of Photograph ___mendocino049___
Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph ___digital___

**C**

Name ▼
Kindkens & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph — mendocino050
Date of First Publication — 12 (Month) December (Day) 2006 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — mendocino051
Date of First Publication — 12 (Month) December (Day) 2006 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — mendocino052
Date of First Publication — 12 (Month) December (Day) 2006 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — mendocino053
Date of First Publication — 12 (Month) December (Day) 2006 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — mendocino054
Date of First Publication — 12 (Month) December (Day) 2006 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — mendocino055
Date of First Publication — 12 (Month) December (Day) 2006 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — mendocino056
Date of First Publication — 12 (Month) December (Day) 2006 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — mendocino057
Date of First Publication — 12 (Month) December (Day) 2006 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — mendocino058
Date of First Publication — 12 (Month) December (Day) 2006 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — mendocino059
Date of First Publication — 12 (Month) December (Day) 2006 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ mendocino060
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ none

Title of Photograph ___ mendocino061
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ none

Title of Photograph ___ mendocino062
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ none

Title of Photograph ___ mendocino063
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ none

Title of Photograph ___ mendocino064
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ none

Title of Photograph ___ mendocino065
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ none

Title of Photograph ___ mendocino066
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ none

Title of Photograph ___ mendocino067
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ none

Title of Photograph ___ mendocino068
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ none

Title of Photograph ___ mendocino069
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ none

**C**

Name ▼
Kroub & Shails, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / Town / St ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | mendocino070 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino071 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino072 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino073 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino074 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino075 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino076 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino077 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino078 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino079 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Name ▼
Kamfiroozi & Bhatia, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration
for a
Group of
Published
Photographs
(continued)

| | |
|---|---|
| Title of Photograph | mendocino080 |
| Date of First Publication | 12  December  2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino081 |
| Date of First Publication | 12  December  2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino082 |
| Date of First Publication | 12  December  2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino083 |
| Date of First Publication | 12  December  2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino084 |
| Date of First Publication | 12  December  2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino085 |
| Date of First Publication | 12  December  2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino086 |
| Date of First Publication | 12  December  2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino087 |
| Date of First Publication | 12  December  2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino088 |
| Date of First Publication | 12  December  2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino089 |
| Date of First Publication | 12  December  2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

Certificate
will be mailed
in window
envelope to
this address

**Name ▼**
Jeanison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**C**

**YOU MUST:**
- Complete all necessary spaces
- Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| | | |
|---|---|---|
| Title of Photograph | mendocino090 | |
| Date of First Publication | 12  December  2006 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino091 | |
| Date of First Publication | 12  December  2006 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino092 | |
| Date of First Publication | 12  December  2006 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino093 | |
| Date of First Publication | 12  December  2006 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino094 | |
| Date of First Publication | 12  December  2006 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino095 | |
| Date of First Publication | 12  December  2006 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino096 | |
| Date of First Publication | 12  December  2006 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino097 | |
| Date of First Publication | 12  December  2006 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino098 | |
| Date of First Publication | 12  December  2006 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino099 | |
| Date of First Publication | 12  December  2006 | Nation of First Publication  Singapore |
| Description of Photograph | | |

**C**

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2601 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3904

**B**

Title of Photograph ___ mendocino100 ___
Date of First Publication __12__ __December__ __2006__  Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino101 ___
Date of First Publication __12__ __December__ __2006__  Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino102 ___
Date of First Publication __12__ __December__ __2006__  Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino103 ___
Date of First Publication __12__ __December__ __2006__  Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino104 ___
Date of First Publication __12__ __December__ __2006__  Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino105 ___
Date of First Publication __12__ __December__ __2006__  Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino106 ___
Date of First Publication __12__ __December__ __2006__  Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino107 ___
Date of First Publication __12__ __December__ __2006__  Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino108 ___
Date of First Publication __12__ __December__ __2006__  Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino109 ___
Date of First Publication __12__ __December__ __2006__  Nation of First Publication ___ Singapore ___
Description of Photograph ___

Name ▼
Jimenez & Susla, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph   mendocino110

Date of First Publication   12   December   2006   Nation of First Publication   Singapore

Description of Photograph

---

Title of Photograph   mendocino111

Date of First Publication   12   December   2006   Nation of First Publication   Singapore

Description of Photograph

---

Title of Photograph   mendocino112

Date of First Publication   12   December   2006   Nation of First Publication   Singapore

Description of Photograph

---

Title of Photograph   mendocino113

Date of First Publication   12   December   2006   Nation of First Publication   Singapore

Description of Photograph

---

Title of Photograph   mendocino114

Date of First Publication   12   December   2006   Nation of First Publication   Singapore

Description of Photograph

---

Title of Photograph   mendocino115

Date of First Publication   12   December   2006   Nation of First Publication   Singapore

Description of Photograph

---

Title of Photograph   mendocino116

Date of First Publication   12   December   2006   Nation of First Publication   Singapore

Description of Photograph

---

Title of Photograph   mendocino117

Date of First Publication   12   December   2006   Nation of First Publication   Singapore

Description of Photograph

---

Title of Photograph   mendocino118

Date of First Publication   12   December   2006   Nation of First Publication   Singapore

Description of Photograph

---

Title of Photograph   mendocino119

Date of First Publication   12   December   2006   Nation of First Publication   Singapore

Description of Photograph

---

Name ▼
Johnson & Shabo, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph ___ mendocino120
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino121
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino122
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino123
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino124
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino125
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino126
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino127
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino128
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino129
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Jennifer R Stein, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy - Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino130 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino131 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino132 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino133 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino134 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino135 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino136 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino137 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino138 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino139 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

**C**

Name ▼
Jackson & Hertz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___mendocino140___
Date of First Publication ___12___ ___December___ ___2006___  Nation of First Publication ___Singapore___
Description of Photograph ___None___

Title of Photograph ___mendocino141___
Date of First Publication ___12___ ___December___ ___2006___  Nation of First Publication ___Singapore___
Description of Photograph ___None___

Title of Photograph ___mendocino142___
Date of First Publication ___12___ ___December___ ___2006___  Nation of First Publication ___Singapore___
Description of Photograph ___None___

Title of Photograph ___mendocino143___
Date of First Publication ___12___ ___December___ ___2006___  Nation of First Publication ___Singapore___
Description of Photograph ___None___

Title of Photograph ___mendocino144___
Date of First Publication ___12___ ___December___ ___2006___  Nation of First Publication ___Singapore___
Description of Photograph ___None___

Title of Photograph ___mendocino145___
Date of First Publication ___12___ ___December___ ___2006___  Nation of First Publication ___Singapore___
Description of Photograph ___None___

Title of Photograph ___mendocino146___
Date of First Publication ___12___ ___December___ ___2006___  Nation of First Publication ___Singapore___
Description of Photograph ___None___

Title of Photograph
Date of First Publication ___ ___ ___  Nation of First Publication
Description of Photograph ___None___

Title of Photograph
Date of First Publication ___ ___ ___  Nation of First Publication
Description of Photograph ___None___

Title of Photograph
Date of First Publication ___ ___ ___  Nation of First Publication
Description of Photograph ___None___

**C**

Name ▼
Jacobson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1 – 432 – 331**

**EFFECTIVE DATE OF REGISTRATION**

| 12 | 30 | 2010 |
|---|---|---|
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**Title of This Work ▼**

The Wave Pte. Ltd. Photographs 2005 (A)

**NATURE OF THIS WORK ▼** See Instructions

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 327 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

## 2

**NAME OF AUTHOR ▼**

a   The Wave Pte. Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR Citizen of _____
Domiciled in Singapore

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☑ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**Name of Author ▼**

b

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3

a **Year in Which Creation of This Work Was Completed** 2005
This information must be given in all cases.

b **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month Jan. 18 – June 15   Day   Year 2005
Nation Singapore

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE PTE. LTD.;
36 Sago Street, Singapore 059027

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-30-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE

See instructions before completing this space.

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
3/6