# EXHIBIT 1-H

THE WAVE STUDIO, LLC
COMPLAINT

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat234 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat235 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat236 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat237 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat238 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat239 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat240 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat241 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat242 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat243 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Smilrz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for a Group of Published Photographs (continued)

Number

Title of Photograph _____ muscat244

Date of First Publication _____ 6 _____ July _____ 2005 _____ Nation of First Publication _____ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ muscat245

Date of First Publication _____ 6 _____ July _____ 2005 _____ Nation of First Publication _____ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ muscat246

Date of First Publication _____ 6 _____ July _____ 2005 _____ Nation of First Publication _____ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ muscat247

Date of First Publication _____ 6 _____ July _____ 2005 _____ Nation of First Publication _____ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ muscat248

Date of First Publication _____ 6 _____ July _____ 2005 _____ Nation of First Publication _____ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ muscat249

Date of First Publication _____ 6 _____ July _____ 2005 _____ Nation of First Publication _____ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ muscat250

Date of First Publication _____ 6 _____ July _____ 2005 _____ Nation of First Publication _____ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ muscat251

Date of First Publication _____ 6 _____ July _____ 2005 _____ Nation of First Publication _____ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ muscat252

Date of First Publication _____ 6 _____ July _____ 2005 _____ Nation of First Publication _____ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ namhai001

Date of First Publication _____ 14 _____ July _____ 2005 _____ Nation of First Publication _____ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave. SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | namhai002 |
| Date of First Publication | 14 (Month)   July (Day)   2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai003 |
| Date of First Publication | 14 (Month)   July (Day)   2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai004 |
| Date of First Publication | 14 (Month)   July (Day)   2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai005 |
| Date of First Publication | 14 (Month)   July (Day)   2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai006 |
| Date of First Publication | 14 (Month)   July (Day)   2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai007 |
| Date of First Publication | 14 (Month)   July (Day)   2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai008 |
| Date of First Publication | 14 (Month)   July (Day)   2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai009 |
| Date of First Publication | 14 (Month)   July (Day)   2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai010 |
| Date of First Publication | 14 (Month)   July (Day)   2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai011 |
| Date of First Publication | 14 (Month)   July (Day)   2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

**C**

| | |
|---|---|
| Certificate will be mailed in window envelope and sent to this address | Name ▼ |
| | Jamison & Shultz, PC |
| | Number / Street / Apt ▼ |
| | 2001 Jefferson Davis Hwy., Suite 1102 |
| | City / State / Zip ▼ |
| | Arlington, VA 22202-3604 |

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| | | |
|---|---|---|
| Title of Photograph | namhai012 | |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | namhai013 | |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | namhai014 | |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | namhai015 | |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | namhai016 | |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | namhai017 | |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | namhai018 | |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | namhai019 | |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | namhai020 | |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | namhai021 | |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| | | |
|---|---|---|
| Number | Title of Photograph | namhai022 |
| | Date of First Publication | 14 (Month)  July (Day)  2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

Title of Photograph namhai022
Date of First Publication 14 (Month) July (Day) 2005 (Year)   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai023
Date of First Publication 14 (Month) July (Day) 2005 (Year)   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai024
Date of First Publication 14 (Month) July (Day) 2005 (Year)   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai025
Date of First Publication 14 (Month) July (Day) 2005 (Year)   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai026
Date of First Publication 14 (Month) July (Day) 2005 (Year)   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai027
Date of First Publication 14 (Month) July (Day) 2005 (Year)   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai028
Date of First Publication 14 (Month) July (Day) 2005 (Year)   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai029
Date of First Publication 14 (Month) July (Day) 2005 (Year)   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai030
Date of First Publication 14 (Month) July (Day) 2005 (Year)   Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph namhai031
Date of First Publication 14 (Month) July (Day) 2005 (Year)   Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Copy fee
3. Deposit material

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph  namhai032

Date of First Publication  14  July  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph (Option)

---

Number

Title of Photograph  namhai033

Date of First Publication  14  July  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph

---

Number

Title of Photograph  namhai034

Date of First Publication  14  July  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph (Option)

---

Number

Title of Photograph  namhai035

Date of First Publication  14  July  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph (Option)

---

Number

Title of Photograph  namhai036

Date of First Publication  14  July  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph (Option)

---

Number

Title of Photograph  namhai037

Date of First Publication  14  July  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph (Option)

---

Number

Title of Photograph  namhai038

Date of First Publication  14  July  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph (Option)

---

Number

Title of Photograph  namhai039

Date of First Publication  14  July  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph (Option)

---

Number

Title of Photograph  namhai040

Date of First Publication  14  July  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph (Option)

---

Number

Title of Photograph  namhai041

Date of First Publication  14  July  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph (Option)

---

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number
Title of Photograph   namhai042
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
(Month)   (Day)   (Year)
Description of Photograph   (Optional)

Registration
for Group of
Published
Photographs
(continued)

Number
Title of Photograph   namhai043
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
(Month)   (Day)   (Year)
Description of Photograph   (Optional)

Number
Title of Photograph   namhai044
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
(Month)   (Day)   (Year)
Description of Photograph   (Optional)

Number
Title of Photograph   namhai045
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
(Month)   (Day)   (Year)
Description of Photograph   (Optional)

Number
Title of Photograph   namhai046
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
(Month)   (Day)   (Year)
Description of Photograph   (Optional)

Number
Title of Photograph   namhai047
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
(Month)   (Day)   (Year)
Description of Photograph   (Optional)

Number
Title of Photograph   namhai048
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
(Month)   (Day)   (Year)
Description of Photograph   (Optional)

Number
Title of Photograph   namhai049
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
(Month)   (Day)   (Year)
Description of Photograph   (Optional)

Number
Title of Photograph   namhai050
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
(Month)   (Day)   (Year)
Description of Photograph   (Optional)

Number
Title of Photograph   namhai051
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
(Month)   (Day)   (Year)
Description of Photograph   (Optional)

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
· Complete all necessary spaces
· Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

MAIL TO:
Library of Congress

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| **Number** | |
| Title of Photograph | namhai052 |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| **Number** | |
| Title of Photograph | namhai053 |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| **Number** | |
| Title of Photograph | namhai054 |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| **Number** | |
| Title of Photograph | namhai055 |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| **Number** | |
| Title of Photograph | namhai056 |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| **Number** | |
| Title of Photograph | namhai057 |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| **Number** | |
| Title of Photograph | namhai058 |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| **Number** | |
| Title of Photograph | namhai059 |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| **Number** | |
| Title of Photograph | namhai060 |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| **Number** | |
| Title of Photograph | namhai061 |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jemison & Sinitz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai062 | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai063 | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai064 | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai065 | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai066 | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai067 | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai068 | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai069 | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | carcosa001 | | | |
| | Date of First Publication | 16 (Month) | September (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | carcosa002 | | | |
| | Date of First Publication | 16 (Month) | September (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE

MAIL TO:

| Number | | |
|---|---|---|
| Title of Photograph | carcosa003 | **B** |
| Date of First Publication | 16 (Month) September (Day) 2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | setai185 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai186 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai187 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai188 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai189 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai190 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai191 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai192 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai193 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

Certificate will be mailed in window envelope to this address

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai194 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**B** Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai195 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai196 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai197 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai198 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai199 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai200 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai201 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai202 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai203 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE

**C**

MAIL TO:

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph    setai204
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    setai205
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    setai206
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    setai207
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    setai208
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    setai209
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    setai210
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    setai211
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    setai212
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    setai213
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | setai214 |
| Date of First Publication | 8 (Month)  October (Day)  2005 (Year)  Nation of First Publication  Singapore |
| Description of Photograph | (Optional) |

Title of Photograph setai215
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai216
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai217
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai218
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai219
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai220
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai221
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai222
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai223
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Name ▼
Jeanison & Smihr, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai224 | | | | |
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai225 | | | | |
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai226 | | | | |
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai227 | | | | |
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai228 | | | | |
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai229 | | | | |
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai230 | | | | |
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai231 | | | | |
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai232 | | | | |
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai233 | | | | |
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address.

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

MAIL TO:
Library of Congress
Copyright Office

**B**

Registration for Group of Published Photographs (continued)

Title of Photograph setai234

Date of First Publication 8 October 2005   Nation of First Publication Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Title of Photograph setai235

Date of First Publication 8 October 2005   Nation of First Publication Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Title of Photograph setai236

Date of First Publication 8 October 2005   Nation of First Publication Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Title of Photograph setai237

Date of First Publication 8 October 2005   Nation of First Publication Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Title of Photograph setai238

Date of First Publication 8 October 2005   Nation of First Publication Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Title of Photograph setai239

Date of First Publication 8 October 2005   Nation of First Publication Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Title of Photograph setai240

Date of First Publication 8 October 2005   Nation of First Publication Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Title of Photograph setai241

Date of First Publication 8 October 2005   Nation of First Publication Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Title of Photograph setai242

Date of First Publication 8 October 2005   Nation of First Publication Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Title of Photograph setai243

Date of First Publication 8 October 2005   Nation of First Publication Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave. S.E.
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph ___ setai244

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication ___ Singapore
(Month)    (Day)    (Year)

Description of Photograph (Optional)

Number

Title of Photograph ___ setai245

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication ___ Singapore
(Month)    (Day)    (Year)

Description of Photograph (Optional)

Number

Title of Photograph ___ setai246

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication ___ Singapore
(Month)    (Day)    (Year)

Description of Photograph (Optional)

Number

Title of Photograph ___ setai247

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication ___ Singapore
(Month)    (Day)    (Year)

Description of Photograph (Optional)

Number

Title of Photograph ___ setai248

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication ___ Singapore
(Month)    (Day)    (Year)

Description of Photograph (Optional)

Number

Title of Photograph ___ setai249

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication ___ Singapore
(Month)    (Day)    (Year)

Description of Photograph (Optional)

Number

Title of Photograph ___ setai250

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication ___ Singapore
(Month)    (Day)    (Year)

Description of Photograph (Optional)

Number

Title of Photograph ___ setai251

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication ___ Singapore
(Month)    (Day)    (Year)

Description of Photograph (Optional)

Number

Title of Photograph ___ setai252

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication ___ Singapore
(Month)    (Day)    (Year)

Description of Photograph (Optional)

Number

Title of Photograph ___ setai253

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication ___ Singapore
(Month)    (Day)    (Year)

Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Number | |

Title of Photograph setai254
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai255
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai256
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai257
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai258
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai259
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai260
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai261
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai262
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai263
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

---

Certificate will be mailed in window envelope to this address:

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

Number

Title of Photograph ___ setai264
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai265
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai266
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai267
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai268
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai269
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai270
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai271
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai272
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai273
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

MAIL TO:
Library of Congress
Copyright Office

**B**

Registration
for Group of
Published
Photographs
(continued)

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai274 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai275 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai276 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai277 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai278 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai279 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai280 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai281 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai282 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai283 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

| | |
|---|---|
| Name ▼ | Jamison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | setai284 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai285 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai286 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai287 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai288 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai289 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai290 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | carcosa004 |
| Date of First Publication | 16 September 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | carcosa005 |
| Date of First Publication | 16 September 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | carcosa006 |
| Date of First Publication | 16 September 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

**C**

Certificate will be mailed in a window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

MAIL TO:
Library of Congress

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Number | Title of Photograph __ carcosa007 |
| | Date of First Publication __ 16 __ September __ 2005 __ Nation of First Publication __ Singapore |
| | (Month) (Day) (Year) |
| | Description of Photograph ____ (Optional) |

| | |
|---|---|
| Number | Title of Photograph __ carcosa008 |
| | Date of First Publication __ 16 __ September __ 2005 __ Nation of First Publication __ Singapore |
| | (Month) (Day) (Year) |
| | Description of Photograph ____ (Optional) |

| | |
|---|---|
| Number | Title of Photograph __ carcosa009 |
| | Date of First Publication __ 16 __ September __ 2005 __ Nation of First Publication __ Singapore |
| | (Month) (Day) (Year) |
| | Description of Photograph ____ (Optional) |

| | |
|---|---|
| Number | Title of Photograph __ carcosa010 |
| | Date of First Publication __ 16 __ September __ 2005 __ Nation of First Publication __ Singapore |
| | (Month) (Day) (Year) |
| | Description of Photograph ____ (Optional) |

| | |
|---|---|
| Number | Title of Photograph __ carcosa011 |
| | Date of First Publication __ 16 __ September __ 2005 __ Nation of First Publication __ Singapore |
| | (Month) (Day) (Year) |
| | Description of Photograph ____ (Optional) |

| | |
|---|---|
| Number | Title of Photograph __ carcosa012 |
| | Date of First Publication __ 16 __ September __ 2005 __ Nation of First Publication __ Singapore |
| | (Month) (Day) (Year) |
| | Description of Photograph ____ (Optional) |

| | |
|---|---|
| Number | Title of Photograph __ carcosa013 |
| | Date of First Publication __ 16 __ September __ 2005 __ Nation of First Publication __ Singapore |
| | (Month) (Day) (Year) |
| | Description of Photograph ____ (Optional) |

| | |
|---|---|
| Number | Title of Photograph __ carcosa014 |
| | Date of First Publication __ 16 __ September __ 2005 __ Nation of First Publication __ Singapore |
| | (Month) (Day) (Year) |
| | Description of Photograph ____ (Optional) |

| | |
|---|---|
| Number | Title of Photograph __ carcosa015 |
| | Date of First Publication __ 16 __ September __ 2005 __ Nation of First Publication __ Singapore |
| | (Month) (Day) (Year) |
| | Description of Photograph ____ (Optional) |

| | |
|---|---|
| Number | Title of Photograph __ carcosa016 |
| | Date of First Publication __ 16 __ September __ 2005 __ Nation of First Publication __ Singapore |
| | (Month) (Day) (Year) |
| | Description of Photograph ____ (Optional) |

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:

**B**

Registration
Account
Number of
Published
Photographs
(continued)

| Title of Photograph | carcosa017 |
| Date of First Publication | 16 September 2005 | Nation of First Publication | Singapore |
| | (Month) (Day) (Year) | | |
| Description of Photograph | (Optional) |

| Title of Photograph | carcosa018 |
| Date of First Publication | 16 September 2005 | Nation of First Publication | Singapore |
| | (Month) (Day) (Year) | | |
| Description of Photograph | (Optional) |

| Title of Photograph | carcosa019 |
| Date of First Publication | 16 September 2005 | Nation of First Publication | Singapore |
| | (Month) (Day) (Year) | | |
| Description of Photograph | (Optional) |

| Title of Photograph | carcosa020 |
| Date of First Publication | 16 September 2005 | Nation of First Publication | Singapore |
| | (Month) (Day) (Year) | | |
| Description of Photograph | (Optional) |

| Title of Photograph | carcosa021 |
| Date of First Publication | 16 September 2005 | Nation of First Publication | Singapore |
| | (Month) (Day) (Year) | | |
| Description of Photograph | (Optional) |

| Title of Photograph | carcosa022 |
| Date of First Publication | 16 September 2005 | Nation of First Publication | Singapore |
| | (Month) (Day) (Year) | | |
| Description of Photograph | (Optional) |

| Title of Photograph | carcosa023 |
| Date of First Publication | 16 September 2005 | Nation of First Publication | Singapore |
| | (Month) (Day) (Year) | | |
| Description of Photograph | (Optional) |

| Title of Photograph | setai291 |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| | (Month) (Day) (Year) | | |
| Description of Photograph | (Optional) |

| Title of Photograph | setai292 |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| | (Month) (Day) (Year) | | |
| Description of Photograph | (Optional) |

| Title of Photograph | setai293 |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| | (Month) (Day) (Year) | | |
| Description of Photograph | (Optional) |

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| **Number** | |

Title of Photograph ___ setai294
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai295
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai296
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai297
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai298
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai299
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai300
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai301
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai302
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai303
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph _____ setai304

Date of First Publication ____ 8 _____ October _____ 2005 _____   Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ setai305

Date of First Publication ____ 8 _____ October _____ 2005 _____   Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ setai306

Date of First Publication ____ 8 _____ October _____ 2005 _____   Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ setai307

Date of First Publication ____ 8 _____ October _____ 2005 _____   Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ setai308

Date of First Publication ____ 8 _____ October _____ 2005 _____   Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ setai309

Date of First Publication ____ 8 _____ October _____ 2005 _____   Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ setai310

Date of First Publication ____ 8 _____ October _____ 2005 _____   Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ setai311

Date of First Publication ____ 8 _____ October _____ 2005 _____   Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ setai312

Date of First Publication ____ 8 _____ October _____ 2005 _____   Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ setai313

Date of First Publication ____ 8 _____ October _____ 2005 _____   Nation of First Publication _____ Singapore

Description of Photograph _____

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | Title of Photograph | setai314 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai315 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai316 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai317 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai318 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai319 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai320 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai321 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai322 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai323 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**Certificate**
will be mailed
in window
envelope to
this address

Name ▼
Jamison & Stuhr, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph __ setai324

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore

Description of Photograph

---

Title of Photograph __ setai325

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore

Description of Photograph

---

Title of Photograph __ setai326

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore

Description of Photograph

---

Title of Photograph __ setai327

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore

Description of Photograph

---

Title of Photograph __ setai328

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore

Description of Photograph

---

Title of Photograph __ setai329

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore

Description of Photograph

---

Title of Photograph __ setai330

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore

Description of Photograph

---

Title of Photograph __ setai331

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore

Description of Photograph

---

Title of Photograph __ setai332

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore

Description of Photograph

---

Title of Photograph __ setai333

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore

Description of Photograph

---

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Number | Title of Photograph   setai334 |
| | Date of First Publication   8 (Month)   October (Day)   2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph   setai335 |
| | Date of First Publication   8 (Month)   October (Day)   2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph   setai336 |
| | Date of First Publication   8 (Month)   October (Day)   2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph   setai337 |
| | Date of First Publication   8 (Month)   October (Day)   2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph   setai338 |
| | Date of First Publication   8 (Month)   October (Day)   2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph   setai339 |
| | Date of First Publication   8 (Month)   October (Day)   2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph   setai340 |
| | Date of First Publication   8 (Month)   October (Day)   2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph   setai341 |
| | Date of First Publication   8 (Month)   October (Day)   2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph   setai342 |
| | Date of First Publication   8 (Month)   October (Day)   2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph   setai343 |
| | Date of First Publication   8 (Month)   October (Day)   2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| Title of Photograph | setai344 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai345 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai346 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai347 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai348 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai349 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai350 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai351 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai352 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai353 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Option) | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ setai354

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai355

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai356

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai357

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai358

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai359

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai360

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai361

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai362

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai363

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ setai364
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai365
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai366
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai367
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai368
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai369
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai370
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai371
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai372
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai373
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Related Photographs (continued)

| | |
|---|---|
| **Number** | Title of Photograph _____ setai374 |
| | Date of First Publication __8__ October __2005__  Nation of First Publication ____ Singapore |
| | Description of Photograph _____ |

| | |
|---|---|
| **Number** | Title of Photograph _____ setai375 |
| | Date of First Publication __8__ October __2005__  Nation of First Publication ____ Singapore |
| | Description of Photograph _____ |

| | |
|---|---|
| **Number** | Title of Photograph _____ setai376 |
| | Date of First Publication __8__ October __2005__  Nation of First Publication ____ Singapore |
| | Description of Photograph _____ |

| | |
|---|---|
| **Number** | Title of Photograph _____ setai377 |
| | Date of First Publication __8__ October __2005__  Nation of First Publication ____ Singapore |
| | Description of Photograph _____ |

| | |
|---|---|
| **Number** | Title of Photograph _____ setai378 |
| | Date of First Publication __8__ October __2005__  Nation of First Publication ____ Singapore |
| | Description of Photograph _____ |

| | |
|---|---|
| **Number** | Title of Photograph _____ setai379 |
| | Date of First Publication __8__ October __2005__  Nation of First Publication ____ Singapore |
| | Description of Photograph _____ |

| | |
|---|---|
| **Number** | Title of Photograph _____ setai380 |
| | Date of First Publication __8__ October __2005__  Nation of First Publication ____ Singapore |
| | Description of Photograph _____ |

| | |
|---|---|
| **Number** | Title of Photograph _____ setai381 |
| | Date of First Publication __8__ October __2005__  Nation of First Publication ____ Singapore |
| | Description of Photograph _____ |

| | |
|---|---|
| **Number** | Title of Photograph _____ setai382 |
| | Date of First Publication __8__ October __2005__  Nation of First Publication ____ Singapore |
| | Description of Photograph _____ |

| | |
|---|---|
| **Number** | Title of Photograph _____ setai383 |
| | Date of First Publication __8__ October __2005__  Nation of First Publication ____ Singapore |
| | Description of Photograph _____ |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
Washington, DC 20559-6000

**B**

| Number | | |
|---|---|---|
| | Title of Photograph | setai384 |
| | Date of First Publication | 8 (Month)   October (Day)   2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai385 |
| | Date of First Publication | 8 (Month)   October (Day)   2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai386 |
| | Date of First Publication | 8 (Month)   October (Day)   2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai387 |
| | Date of First Publication | 8 (Month)   October (Day)   2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai388 |
| | Date of First Publication | 8 (Month)   October (Day)   2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai389 |
| | Date of First Publication | 8 (Month)   October (Day)   2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai390 |
| | Date of First Publication | 8 (Month)   October (Day)   2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai391 |
| | Date of First Publication | 8 (Month)   October (Day)   2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai392 |
| | Date of First Publication | 8 (Month)   October (Day)   2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | |
| | Date of First Publication | (Month)   (Day)   (Year)   Nation of First Publication |
| | Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave, SE
Washington, DC 20559-6000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-432-336**

EFFECTIVE DATE OF REGISTRATION

| 1 | 5 | 2011 |
|---|---|---|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼
Wave-s Photographs 2002 (B)

NATURE OF THIS WORK ▼ See Instructions
Photographs

Previous or Alternative Titles ▼
Group Registration / Published Photos 13 photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2** NAME OF AUTHOR ▼
**a** Wave-s  (employer for hire of Masano Kawana)

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in  Singapore }

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____ }

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3** **a** Year in Which Creation of This Work Was Completed
2002  Year
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month July  Day 12  Year 2002  Nation Singapore

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S, 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
1-5-2011
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

**FORM VA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
**a**

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼
Jennison & Shultz, P.C.                             080519

**7**
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, PC
2001 Jefferson Davis Highway, Suite 1102;  Arlington, Virginia 22202-3604

**b**

Area code and daytime telephone number   ( 703 ) 415-1640          Fax number    ( 703 ) 415-0788

Email   John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   **WAVE-S**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                               Date  January 5, 2011

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennison & Shultz, P.C.

Number/Street/Apt ▼
2001 Jefferson Davis Highway, Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.