1  NATE A. GARHART (CA Bar No. 196872)
   (nate@cobaltlaw.com)
2  VIJAY K. TOKE (CA Bar No. 215079)
   (vijay@cobaltlaw.com)
3  AMANDA R. CONLEY (CA Bar No. 281270)
   (amanda@cobaltlaw.com)
4
   COBALT LLP
5  918 Parker Street, Bldg. A21
   Berkeley, CA 94710
6  Telephone: (510) 841-9800
   Facsimile: (510) 295-2401
7
   Attorneys for Plaintiff
8  THE WAVE STUDIO, LLC

9
                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | THE WAVE STUDIO, LLC, a New York         | Case No.: 15-cv-01364
   | Limited Liability Company,
13 |                                          |
   |         Plaintiff,                       | **CERTIFICATE OF NON-PARTY
14 |                                          | INTERESTED ENTITIES**
   |   v.                                     |
15 |                                          | **[Civil L.R. 3-15]**
   | AMADEUS NORTH AMERICA, INC., a Florida
16 | Corporation, CATHAY PACIFIC AIRWAYS
   | LTD., a Hong Kong Corporation,
17 | KONINKLIJKE LUCHTVAART
   | MAATSCHAPPIJ, N.V., a Netherlands Antilles
18 | Corporation d/b/a KLM ROYAL DUTCH
   | AIRLINES, JOHN LIM, an individual d/b/a
19 | TRAVELS-WEB, PRICELINE.COM LLC, a
   | Delaware Corporation and DOES 1-100,
20 |
   |         Defendants.
21

22

23        Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

24 associations of persons, firms, partnerships, corporations (including parent corporations) or other

25 entities (i) have a financial interest in the subject matter in controversy or in a party to the

26 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

27 / / /

28 / / /

---

1
CERTIFICATE OF NON-PARTY INTERESTED ENTITIES

substantially affected by the outcome of this proceeding:

    Junior Lee, author of the copyrighted works at issue in this action.

DATED: March 24, 2015        COBALT LLP

By:   /s/ Vijay K. Toke
      Vijay K. Toke

Attorneys for Plaintiff
THE WAVE STUDIO, LLC

2
CERTIFICATE OF NON-PARTY INTERESTED ENTITIES