1  Vijay K. Toke, Bar No: 215079          (510) 841-9800
   Cobalt LLP
2  918 Parker Street
   Berkeley, CA  94710
3

4  Representing: Plaintiff          File No.none

United States District Court, Northern District of California

Northern District of California - District - San Francisco

Wave Studio, LLC

)  Case No: 3:15-cv-01364-RS
)
)  Proof of Service of:
   Plaintiff/Petitioner              )
                                     )  Summons, Civil Cover Sheet, Complaint, All Judges Standing Order, ECF
        vs.                          )  Registration Info, Filing Procedures SF, Notice Availability Magistrate
                                     )  Judge, ADR Certificate, Certificate of Interested Non-party Entities,
Amadeus North America, Inc., et al.  )  Copyright Report, Rule 7.1 Disclosure, Order re ADR Deadlines, Magistrate
                                     )  Declination, Order re CMC, Order re Reassignment, Standing Order
                                     )
   Defendant/Respondent              )
                                     )
                                        Service on:
                                           Amadeus North America, Inc.


                                        Hearing Date:
                                        Hearing Time:
                                        Div/Dept:

PROOF OF SERVICE

OL# 1776349

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> Vijay K. Toke, 215079 <br> Cobalt LLP <br> 918 Parker Street <br> Berkeley, CA 94710 <br> ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.: <br> (510) 841-9800 <br> Ref. No. or File No. <br> none | FOR COURT USE ONLY |
|---|---|---|

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Wave Studio, LLC

DEFENDANT:

Amadeus North America, Inc., et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: <br> 3:15-cv-01364-RS |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Civil Cover Sheet, Complaint, All Judges Standing Order, ECF Registration Info, Filing Procedures SF, Notice Availability Magistrate Judge, ADR Certificate, Certificate of Interested Non-party Entities, Copyright Report, Rule 7.1 Disclosure Order re ADR Deadlines, Magistrate Declination, Order re CMC, Order re Reassignment, Standing Order

2. Party Served:           Amadeus North America, Inc.

3. Person Served:          Raziur Rahman - Vice President - Person authorized to accept service of process

4. Date & Time of Delivery:  5/22/2015        11:25 AM

5. Address, City and State:  11380 Prosperity Farms Road #221E
                             Palm Beach Gardens, FL  33410

6. Manner of Service:      Personal Service - By personally delivering copies.

Fee for Service: $ 241.23

Not a registered California process server.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Cornelius Williams
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

Signature: *Cornelius Williams*

Cornelius Williams

OL# 1776349