1  NATE A. GARHART (CA Bar No. 196872)
   (nate@cobaltlaw.com)
2  VIJAY K. TOKE (CA Bar No. 215079)
   (vijay@cobaltlaw.com)
3
   COBALT LLP
4  918 Parker Street, Bldg. A21
   Berkeley, CA 94710
5  Telephone: (510) 841-9800
   Facsimile: (510) 295-2401
6
   Attorneys for Plaintiff
7  THE WAVE STUDIO, LLC

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12 | THE WAVE STUDIO, LLC, a New York         | Case No.: 3:15-cv-01364-RS
   | Limited Liability Company,
13 |                                           | **STIPULATION TO EXTEND TIME TO**
   |              Plaintiff,                   | **RESPOND TO COMPLAINT**
14 |
   |       v.
15 |
   | AMADEUS NORTH AMERICA, INC., a Florida
16 | Corporation, CATHAY PACIFIC AIRWAYS
   | LTD., a Hong Kong Corporation,
17 | KONINKLIJKE LUCHTVAART
   | MAATSCHAPPIJ, N.V., a Netherlands Antilles
18 | Corporation d/b/a KLM ROYAL DUTCH
   | AIRLINES, JOHN LIM, an individual d/b/a
19 | TRAVELS-WEB, PRICELINE.COM LLC, a
   | Delaware Corporation and DOES 1-100,
20 |
   |              Defendants.
21

22

23        Pursuant to Civil Local Rule 6-1(a), Plaintiff The Wave Studio, LLC ("Wave") and

24 Defendant Priceline.com LLC ("Priceline") and, by and through their respective counsel of record,

25 hereby stipulate as follows:

26        WHEREAS, Wave served its Complaint for Copyright Infringement ("Complaint") on May

27 20, 2015;

28 ///

                                            1
                   STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

WHEREAS, Priceline currently has until June 10, 2015 to answer or respond to Wave's Complaint;

WHEREAS, Priceline has requested and Wave has consented to an additional three weeks for Priceline's answer or response to Wave's Complaint;

WHEREAS, the Parties believe an additional three weeks for Priceline's answer or response to Wave's Complaint will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, this is the first extension of Priceline's deadline to respond to the Complaint by the Parties.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Priceline shall answer or otherwise respond to Wave's Complaint by July 1, 2015.

IT IS SO STIPULATED.

DATED: June 4, 2015                COBALT LLP

By:   /s/ Nate A. Garhart
         Nate A. Garhart

Attorneys for Plaintiff
THE WAVE STUDIO, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

_____
Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE

/ / /

/ / /

ATTESTATION OF CONCURRENCE

I, Nate A. Garhart, attest that I am one of the attorneys for Plaintiff The Wave Studio, LLC, a New York limited liability company, and, as the ECF user and filer of this document, I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from Jamie Platkin, attorney for Priceline.com LLC.

Dated: June 4, 2015       By:     /s/ Nate A. Garhart
                                  Nate A. Garhart