| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Vijay K. Toke, 215079<br>Cobalt LLP<br>918 Parker Street<br>Berkeley, CA 94710 | (510) 841-9800 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>none | |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court, Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | | |
| PLAINTIFF:<br>Wave Studio, LLC | | |
| DEFENDANT:<br>Amadeus North America, Inc., et al. | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:15-cv-01364-RS |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, Civil Cover Sheet, Complaint, All Judges Standing Order, ECF Registration Info, Filing Procedures SF, Notice Availability Magistrate Judge, ADR Certificate, Certificate of Interested Non-party Entities, Copyright Report, Rule 7.1 Disclosure Order re ADR Deadlines, Magistrate Declination, Order re CMC, Order re Reassignment, Standing Order

2. Party Served:            Priceline.com LLC

3. Person Served:           Lynanne Gares-Corporation Service Company - Person authorized to accept service of process

4. Date & Time of Delivery: 5/20/2015           3:10 PM

5. Address, City and State: 2711 Centerville Road Suite 400
                            Wilmington, DE 19808

6. Manner of Service:       Personal Service - By personally delivering copies.

Fee for Service: $ 241.23

Not a registered California process server.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Daniel Newcomb
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

Signature: _Daniel Newcomb_

Daniel Newcomb

OL# 1776360