NATE A. GARHART (State Bar No. 196872)
nate@cobaltlaw.com
VIJAY K. TOKE (State Bar No. 215079)
vijay@cobaltlaw.com
AMANDA R. CONLEY (State Bar No. 281270)
amanda@cobaltlaw.com
COBALT LLP
918 Parker Street, Bldg. A21
Berkeley, CA 94710
Telephone: (510) 841-9800
Facsimile: (510) 295-2401


DUANE H. MATHIOWETZ (State Bar No. 111831)
duane.mathiowetz@leclairryan.com
PATRICIA L. PEDEN (State Bar No. 206440)
patricia.peden@leclairryan.com
LECLAIRRYAN LLP
44 Montgomery Street, 18th Floor
San Francisco, CA 94104
Telephone: (415) 391-7111
Facsimile: (415) 391-8766

Attorneys for Defendant
AMADEUS NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WAVE STUDIO LLC, a New York Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>AMADEUS NORTH AMERICA, INC., a Florida Corporation, CATHAY PACIFIC AIRWAYS LTD., a Hong Kong Corporation, KONINKLIJKE LUCHTVAART MAATSCHAPPIJ, N.V., a Netherlands Antilles Corporation d/b/a KLM ROYAL DUTCH AIRLINES, JOHN LIM, an individual d/b/a TRAVELS-WEB, PRICELINE.COM LLC, a Delaware Corporation and DOES 1-100,<br><br>    Defendants. | Case No.: 15-CV-01364-RS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT AMADEUS NORTH AMERICA, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (CIVIL L.R. 5 and 6-1(a))**<br><br>Complaint filed:   March 24, 2015<br>Complaint served: May 22, 2015<br>Response due:     June 12, 2015<br>Response due by<br>stipulation:      July 13, 2015 |

Pursuant to Civil Local Rules 5 and 6-1(a), it is HEREBY STIPULATED by and between Plaintiff THE WAVE STUDIO, LLC ("Plaintiff") and Defendant AMADEUS NORTH AMERICA, INC. ("Defendant"), that Defendant shall have up to and including July 13, 2015 to answer or otherwise respond to Plaintiff's Complaint, including but not limited to a challenge as to service, jurisdiction and/or venue.

This is the first extension of time sought by defendant Amadeus North America, Inc. It will provide time for Plaintiff to amend its complaint to identify the correct Amadeus entity. Amadeus does not believe that this extension will affect any other deadline already set by the court as to the named parties or will prejudice any of the named parties.

Respectfully submitted,

Dated: June 12, 2015

LECLAIRRYAN LLP

*/s/ Duane H. Mathiowetz*
Duane H. Mathiowetz
Attorneys for Defendant
AMADEUS NORTH AMERICA, INC.


Dated: June 12, 2015

COBALT LLP

*/s/ Vijay K. Toke*
Vijay K. Toke
Attorneys for Plaintiff
THE WAVE STUDIO, LLC


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:

The Honorable Richard Seeborg
United States District Judge