| | |
|---|---|
| 1 | NATE A. GARHART (State Bar No. 196872) |
| | nate@cobaltlaw.com |
| 2 | VIJAY K. TOKE (State Bar No. 215079) |
| | vijay@cobaltlaw.com |
| 3 | AMANDA R. CONLEY (State Bar No. 281270) |
| | amanda@cobaltlaw.com |
| 4 | COBALT LLP |
| | 918 Parker Street, Bldg. A21 |
| 5 | Berkeley, CA 94710 |
| | Telephone:  (510) 841-9800 |
| 6 | Facsimile:  (510) 295-2401 |
| 7 | |
| | DUANE H. MATHIOWETZ (State Bar No. 111831) |
| 8 | duane.mathiowetz@leclairryan.com |
| | PATRICIA L. PEDEN (State Bar No. 206440) |
| 9 | patricia.peden@leclairryan.com |
| | LECLAIRRYAN LLP |
| 10 | 44 Montgomery Street, 18th Floor |
| | San Francisco, CA 94104 |
| 11 | Telephone:  (415) 391-7111 |
| | Facsimile:  (415) 391-8766 |
| 12 | |
| | Attorneys for Defendant |
| 13 | AMADEUS NORTH AMERICA, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WAVE STUDIO LLC, a New York Limited Liability Company, | Case No.: 15-CV-01364-RS |
| Plaintiff, | ORDER<br>**STIPULATION TO EXTEND TIME FOR DEFENDANT AMADEUS NORTH AMERICA, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (CIVIL L.R. 5 and 6-1(a))** |
| v. | |
| AMADEUS NORTH AMERICA, INC., a Florida Corporation, CATHAY PACIFIC AIRWAYS LTD., a Hong Kong Corporation, KONINKLIJKE LUCHTVAART MAATSCHAPPIJ, N.V., a Netherlands Antilles Corporation d/b/a KLM ROYAL DUTCH AIRLINES, JOHN LIM, an individual d/b/a TRAVELS-WEB, PRICELINE.COM LLC, a Delaware Corporation and DOES 1-100, | Complaint filed:   March 24, 2015<br>Complaint served: May 22, 2015<br>Response due:       June 12, 2015<br>Response due by<br>stipulation:           July 13, 2015 |
| Defendants. | |

1
STIPULATION TO EXTEND TIME FOR DEFENDANT AMADEUS NORTH AMERICA, INC. TO RESPOND
TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS

1    Pursuant to Civil Local Rules 5 and 6-1(a), it is HEREBY STIPULATED by and between
2  Plaintiff THE WAVE STUDIO, LLC ("Plaintiff") and Defendant AMADEUS NORTH
3  AMERICA, INC. ("Defendant"), that Defendant shall have up to and including July 13, 2015 to
4  answer or otherwise respond to Plaintiff's Complaint, including but not limited to a challenge as
5  to service, jurisdiction and/or venue.
6    This is the first extension of time sought by defendant Amadeus North America, Inc. It
7  will provide time for Plaintiff to amend its complaint to identify the correct Amadeus entity.
8  Amadeus does not believe that this extension will affect any other deadline already set by the
9  court as to the named parties or will prejudice any of the named parties.

                                        Respectfully submitted,

Dated: June 12, 2015                    LECLAIRRYAN LLP
                                        */s/ Duane H. Mathiowetz*
                                        Duane H. Mathiowetz
                                        Attorneys for Defendant
                                        AMADEUS NORTH AMERICA, INC.


Dated: June 12, 2015                    COBALT LLP
                                        */s/ Vijay K. Toke*
                                        Vijay K. Toke
                                        Attorneys for Plaintiff
                                        THE WAVE STUDIO, LLC


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/12/15                          _____
                                        The Honorable Richard Seeborg
                                        United States District Judge

---

2
STIPULATION TO EXTEND TIME FOR DEFENDANT AMADEUS NORTH AMERICA, INC. TO RESPOND
TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS