1  NATE A. GARHART (CA Bar No. 196872)
   (nate@cobaltlaw.com)
2  VIJAY K. TOKE (CA Bar No. 215079)
   (vijay@cobaltlaw.com)
3
   COBALT LLP
4  918 Parker Street, Bldg. A21
   Berkeley, CA 94710
5  Telephone: (510) 841-9800
   Facsimile: (510) 295-2401
6
7  Attorneys for Plaintiff
   THE WAVE STUDIO, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>AMADEUS NORTH AMERICA, INC., a Florida Corporation, CATHAY PACIFIC AIRWAYS LTD., a Hong Kong Corporation, KONINKLIJKE LUCHTVAART MAATSCHAPPIJ, N.V., a Netherlands Antilles Corporation d/b/a KLM ROYAL DUTCH AIRLINES, JOHN LIM, an individual d/b/a TRAVELS-WEB, PRICELINE.COM LLC, a Delaware Corporation and DOES 1-100,<br><br>Defendants. | Case No.: 3:15-cv-01364-RS<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR DEFENDANT PRICELINE.COM LLC**<br><br>Complaint served:  May 20, 2015<br>Current response date:  July 1, 2015<br>New response date:  July 31, 2015 |

Pursuant to Civil Local Rule 6-1(a), Plaintiff The Wave Studio, LLC ("Wave") and Defendant Priceline.com LLC ("Priceline") and, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Wave served its Complaint for Copyright Infringement ("Complaint") on May 20, 2015;

/ / /

---

1
SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR DEFENDANT
PRICELINE.COM LLC

1   WHEREAS, on June 4, 2015, the parties stipulated to allow Priceline additional time to
2  responds to the Complaint. Priceline's response to the Complaint is currently due on July 1, 2015;
3   WHEREAS, Priceline has requested and Wave has consented to an additional 30 days for
4  Priceline's answer or response to Wave's Complaint;
5   WHEREAS, the Parties believe an additional 30 days for Priceline's answer or response to
6  Wave's Complaint will not alter the date of any event or any deadline already fixed by Court order;
7   WHEREAS, this is the second extension of Priceline's deadline to respond to the Complaint
8  by the Parties.
9   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through
10 their respective counsel, that Priceline shall answer or otherwise respond to Wave's Complaint by
11 July 31, 2015.
12   IT IS SO STIPULATED.

14   DATED: June 25, 2015                COBALT LLP

16                                        By:   /s/ Nate A. Garhart
17                                              Nate A. Garhart

18                                        Attorneys for Plaintiff
                                          THE WAVE STUDIO, LLC

20   PURSUANT TO STIPULATION, IT IS SO ORDERED.

22   Dated:
                                          _____
23                                                Hon. Richard Seeborg
24                                           UNITED STATES DISTRICT JUDGE

26  / / /
27  / / /
28

2
SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR DEFENDANT
PRICELINE.COM LLC

| | |
|---|---|
| 1 | ATTESTATION OF CONCURRENCE |
| 2 | I, Nate A. Garhart, attest that I am one of the attorneys for Plaintiff The Wave Studio, LLC, |
| 3 | a New York limited liability company, and, as the ECF user and filer of this document, I attest that, |
| 4 | pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3), |
| 5 | concurrence in the filing of this document has been obtained from Jamie Platkin, attorney for |
| 6 | Priceline.com LLC. |

Dated: June 25, 2015          By:     /s/ Nate A. Garhart

                                                                                                        Nate A. Garhart