NATE A. GARHART (State Bar No. 196872)
nate@cobaltlaw.com
VIJAY K. TOKE (State Bar No. 215079)
vijay@cobaltlaw.com
AMANDA R. CONLEY (State Bar No. 281270)
amanda@cobaltlaw.com
COBALT LLP
918 Parker Street, Bldg. A21
Berkeley, CA 94710
Telephone: (510) 841-9800
Facsimile: (510) 295-2401


DUANE H. MATHIOWETZ (State Bar No. 111831)
duane.mathiowetz@leclairryan.com
PATRICIA L. PEDEN (State Bar No. 206440)
patricia.peden@leclairryan.com
LECLAIRRYAN LLP
44 Montgomery Street, 18th Floor
San Francisco, CA 94104
Telephone: (415) 391-7111
Facsimile: (415) 391-8766

Attorneys for Defendant
AMADEUS NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WAVE STUDIO LLC, a New York Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>AMADEUS NORTH AMERICA, INC., a Florida Corporation, CATHAY PACIFIC AIRWAYS LTD., a Hong Kong Corporation, KONINKLIJKE LUCHTVAART MAATSCHAPPIJ, N.V., a Netherlands Antilles Corporation d/b/a KLM ROYAL DUTCH AIRLINES, JOHN LIM, an individual d/b/a TRAVELS-WEB, PRICELINE.COM LLC, a Delaware Corporation and DOES 1-100,<br><br>    Defendants. | Case No.: 15-CV-01364-RS<br><br>**FURTHER STIPULATION TO EXTEND TIME FOR DEFENDANT AMADEUS NORTH AMERICA, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (CIVIL L.R. 5 and 6-1(a))**<br><br>Complaint filed:   March 24, 2015<br>Complaint served: May 22, 2015<br>Response due:     June 12, 2015<br>Response due by<br>First stipulation:  July 13, 2015<br>Response due by   July 31, 2015<br>Second Stipulation: |

---

1

FURTHER STIPULATION TO EXTEND TIME FOR DEFENDANT AMADEUS NORTH AMERICA, INC. TO
RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS

Pursuant to Civil Local Rules 5 and 6-1(a), it is HEREBY STIPULATED by and between Plaintiff THE WAVE STUDIO, LLC ("Plaintiff") and Defendant AMADEUS NORTH AMERICA, INC. ("Defendant"), that Defendant shall have up to and including July 31, 2015 to answer or otherwise respond to Plaintiff's Complaint, including but not limited to a challenge as to service, jurisdiction and/or venue.

This is the second extension of time sought by defendant Amadeus North America, Inc. The parties previously stipulated to an extension of time for Defendant to respond to the complaint from June 12, 2015 to July 13, 2015. [Docket No. 25]. This further extension will provide time for Amadeus North America to provide documentation to plaintiff demonstrating it is not an appropriate defendant and for Plaintiff to amend its complaint to identify the correct Amadeus entity. Amadeus does not believe that this extension will affect any other deadline already set by the court as to the named parties or will prejudice any of the named parties.

Respectfully submitted,

Dated: July 10, 2015

LECLAIRRYAN LLP
*/s/ Duane H. Mathiowetz*
Duane H. Mathiowetz
Attorneys for Defendant
AMADEUS NORTH AMERICA, INC.

Dated: July 10, 2015

COBALT LLP
*/s/ Vijay K. Toke*
Vijay K. Toke
Attorneys for Plaintiff
THE WAVE STUDIO, LLC

ATTESTATION OF CONCURRENCE

I, Duane H. Mathiowetz, attest that I am one of the attorneys for defendant Amadeus North America, Inc., and as the ECF user and filer of this document, I attest that pursuant to Civil L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from Vijay K. Toke, the above signatory.

| | |
|---|---|
| Dated: July 10, 2015 | LECLAIRRYAN LLP<br>*/s/ Duane H. Mathiowetz*<br>Duane H. Mathiowetz<br>Attorneys for Defendant<br>AMADEUS NORTH AMERICA, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July ___, 2015

_____
The Honorable Richard Seeborg
United States District Judge

---

3
FURTHER STIPULATION TO EXTEND TIME FOR DEFENDANT AMADEUS NORTH AMERICA, INC. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS