1 | NATE A. GARHART (CA Bar No. 196872)
    (nate@cobaltlaw.com)
2 | VIJAY K. TOKE (CA Bar No. 215079)
    (vijay@cobaltlaw.com)
3 |
4 | COBALT LLP
    918 Parker Street, Bldg. A21
    Berkeley, CA 94710
5 | Telephone: (510) 841-9800
    Facsimile: (510) 295-2401
6 |
7 | Attorneys for Plaintiff
    THE WAVE STUDIO, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>            Plaintiff,<br><br>      v.<br><br>AMADEUS NORTH AMERICA, INC., a Florida Corporation, CATHAY PACIFIC AIRWAYS LTD., a Hong Kong Corporation, KONINKLIJKE LUCHTVAART MAATSCHAPPIJ, N.V., a Netherlands Antilles Corporation d/b/a KLM ROYAL DUTCH AIRLINES, JOHN LIM, an individual d/b/a TRAVELS-WEB, PRICELINE.COM LLC, a Delaware Corporation and DOES 1-100,<br><br>            Defendants. | Case No.: 3:15-cv-01364-RS<br><br>**THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND FIRST STIPULATION TO EXTEND INIITIAL CASE MANAGEMENT CONFERENCE FOR DEFENDANT PRICELINE.COM LLC**<br><br>Complaint Served:  May 20, 2015<br>Current Response Date:  July 31, 2015<br>New Response Date:  September 4, 2015 |

Pursuant to Civil Local Rule 6-1(a), Plaintiff The Wave Studio, LLC ("Wave") and Defendant priceline.com LLC ("Priceline"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Wave served its Complaint for Copyright Infringement ("Complaint") on May 20, 2015;

///

1  WHEREAS, on June 4, 2015, the parties stipulated to allow Priceline additional time to July 1, 2015 respond to the Complaint;

3  WHEREAS on June 25, 2015 the Parties stipulated to allow Priceline additional time to respond to the Complaint. Priceline's response to the Complaint is currently due on July 31, 2015;

5  WHEREAS, Priceline has requested and Wave has consented to an additional period of just over one month for Priceline's answer or other pleading in response to Wave's Complaint;

7  WHEREAS the Court has presently scheduled an Initial Case Management Conference for August 13, 2015;

9  WHEREAS the Parties have both consented to and stipulate to the brief postponement of the Initial Case Management Conference to October 8, 2015 or any date thereafter at the Court's convenience;

12  WHEREAS, except as set forth above, the Parties believe this Stipulation will not alter the date of any event or any deadline already fixed by Court order;

14  WHEREAS, this is the third extension of Priceline's deadline to respond to the Complaint by the Parties.

16  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that

1. Priceline shall answer or otherwise plead in response to Wave's Complaint by September 4, 2015; and

/ / /

/ / /

2. The Initial Case Management Conference presently scheduled for August 13, 2015 shall be continued to October 8, 2015 and/or to such other date thereafter that is convenient to the Court.

IT IS SO STIPULATED.

DATED: July 28, 2015                              COBALT LLP


                                                  By:   /s/ Vijay K. Toke
                                                        Vijay K. Toke

                                                  Attorneys for Plaintiff
                                                  THE WAVE STUDIO, LLC


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:                                            _____
                                                  Hon. Richard Seeborg
                                                  UNITED STATES DISTRICT JUDGE