AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| The Wave Studio, LLC<br>*Plaintiff*<br>v.<br>Amadeus North America, Inc. et al<br>*Defendant* | Case No.   7:15-cv-06995-UA |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Priceline.com LLC                                                                                                 .

Date:   10/05/2015

s/ Steven M. Coyle
*Attorney's signature*

Steven M. Coyle, SC0730
*Printed name and bar number*

Cantor Colburn LLP
20 Church Street, 22nd Floor
Hartford, CT 06103

*Address*

scoyle@cantorcolburn.com
*E-mail address*

(860) 286-2929
*Telephone number*

(860) 286-0115
*FAX number*