

## Cantor Colburn LLP
*Intellectual Property Attorneys*

*Steven M. Coyle*
scoyle@cantorcolburn.com
*Partner*

**HARTFORD**
20 Church Street
22nd Floor
Hartford, CT 06103
phone: 860-286-2929
fax: 860-286-0115

**WASHINGTON, D.C.**
1800 Diagonal Road
Suite 400
Alexandria, VA 22314
phone: 703-236-4500
fax: 703-236-4501

**ATLANTA**
1180 Peachtree Street
Suite 2050
Atlanta, GA 30309
phone: 404-607-9991
fax: 404-607-9981

**HOUSTON**
2603 Augusta Drive
Suite 1270
Houston, TX 77057
phone: 713-266-1130
fax: 713-266-8510

**DETROIT**
201 W. Big Beaver Road
Suite 1101
Troy, MI 48084
phone: 248-524-2300
fax: 248-524-2700

www.cantorcolburn.com

VIA ECF AND E-MAIL (chambersnysdseibel@nysd.uscourts.gov)

October 5, 2015

The Honorable Cathy Seibel
United States District Judge
U.S.D.C. Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    Re:   *The Wave Studio, LLC v. Amadeus North America, Inc., et al.*
           Case No. 7:15-cv-06995-UA
           Letter-Motion on Extension of Time to Answer Complaint

Dear Judge Seibel:

This letter is submitted on behalf of Defendant priceline.com LLC ("Priceline") to request an extension until October 26, 2015 of the deadline for Priceline to answer or otherwise respond to The Wave Studio, LLC's ("Plaintiff") Complaint, pursuant to Fed. R. Civ. P. 6(b)(1), Local Rule 7.1(d), and Your Honor's Individual Practices. Currently, Priceline's deadline to answer or otherwise respond to Plaintiff's Complaint ("Complaint") [Dkt. No. 1] is Monday, October 5, 2015.

Plaintiff initiated this action in the United States District Court for the Northern District of California (N.D. Cal. Case No. 15-cv-01364). On September 1, 2015, the parties stipulated to, and the United States District Court for the Northern District of California ordered, that this matter be transferred to this Court. [Dkt. No. 40]. This case was transferred to this Court on September 4, 2015 [Dkt. No. 41]. On that date this case was referred to Your Honor as possibly related to *The Wave Studio v. General Hotel Management Ltd., et al.*, Civil Case No. 7:13-cv-09239-CS, which is currently pending in this Court.

Plaintiff and Priceline have stipulated to extend the time for Priceline to answer or otherwise respond to the Complaint on three prior occasions to enable Priceline to evaluate the allegations in the Complaint and for the parties to continue their discussions concerning a possible transfer of the action to the United States District Court for the Southern District of New

# Cantor Colburn LLP

*Intellectual Property Attorneys*

October 5, 2015
Page | 2

York. The United States District Court for the Northern District of California granted each of these stipulations. [Dkt. Nos. 20, 28, 36, 37].

We understand that as of September 9, 2015, after the instant matter was transferred to this Court, all of the active cases filed by the The Wave Studio in this Court were consolidated with *The Wave Studio v. General Hotel Management Ltd., et al.*, and this case has been stayed with respect to all defendants except for General Hotel Management Ltd.

The parties in the instant case are discussing consolidating this case with *The Wave Studio v. General Hotel Management Ltd., et al.*, and staying the case with respect to the Defendants. As a result, Plaintiff has consented to extend the deadline for Priceline to answer or otherwise respond to the Complaint to October 26, 2015 to enable the parties to continue their discussions.

Accordingly, Priceline respectfully requests that the Court grant the extension for Priceline to answer or otherwise respond to the Complaint until October 26, 2015.

Respectfully submitted,

Steven M. Coyle, Esq. (SC0730)
scoyle@cantorcolburn.com
Jamie E. Platkin, Esq.
jplatkin@cantorcolburn.com
**CANTOR COLBURN LLP**
20 Church Street, 22nd Floor
Hartford, CT 06103
Tel: (860) 286-2929
Fax: (860) 286-0115

*Attorneys for Defendant priceline.com LLC*

cc:   All Counsel of Record via ECF and e-mail