UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>                    Plaintiff,<br><br>     -against-<br><br>AMADEUS NORTH AMERICA, INC., a Florida Corporation, CATHAY PACIFIC AIRWAYS LTD., a Hong Kong Corporation, KONINKLIJKE LUCHTVAART MAATSCHAPPIJ, N.V., a Netherlands Antilles Corporation d/b/a KLM ROYAL DUTCH AIRLINES, JOHN LIM, an individual d/b/a/ TRAVELS-WEB, PRICELINE.COM LLC, a Delaware Corporation and DOES 1-100,<br><br>                    Defendants. | 7:15-cv-06995-CS<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORDS:**

PLEASE TAKE NOTICE that Seth L. Berman, of the law firm Nixon Peabody LLP, hereby enters his appearance on behalf of Defendant Cathay Pacific Airways Ltd. in this action and requests that he be added to the CM/ECF service list for this case. I certify that I am admitted to practice in the Southern District of New York.

Dated: October 23, 2017

                                                Respectfully submitted,

                                                NIXON PEABODY LLP

                                                By:  /s/ Seth L. Berman
                                                          Seth L. Berman
                                                          Nixon Peabody LLP
                                                          50 Jericho Quadrangle, Suite 300
                                                          Jericho, New York  11753-2728
                                                          (516) 832-7500
                                                          *Counsel for Cathay Pacific Airways Ltd.*

## PROOF OF SERVICE

I hereby certify that the foregoing *NOTICE OF APPEARANCE,* which was filed electronically with the Court through the Electronic Case Files system on October 23, 2017, will be served electronically to counsel of record as identified on the Notice of Electronic Filing.

        */s/ Seth L. Berman*
        Seth L. Berman

4853-0424-0466.1