**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>Plaintiff,<br><br>- vs -<br><br>AMADEUS NORTH AMERICA, INC., et al.<br><br>Defendants. | **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL**<br><br>7:15-cv-06995-CS |

    **PLEASE TAKE NOTICE** that the undersigned counsel (formerly associated with LeclairRyan LLP), moves to withdraw as counsel of record in the above-captioned case (7:15-cv-6995-CS) for Defendant Amadeus North America, Inc.  The undersigned counsel respectfully requests that I be removed from all serve lists and from CM/ECF noticing for this case.

    Nixon Peabody attorneys Seth Lawrence Berman, Gina M. McCreadie and Robert Ahlefeld Weikert continue as counsel of record for Defendant Cathay Pacific Airway, Ltd.

DATED:  November 1, 2017

                               Respectfully submitted,


                               By:/s/ Richard A. McGuirk
                                     Richard A. McGuirk

                               NIXON PEABODY LLP
                               1300 Clinton Square
                               Rochester, New York 14604
                               Telephone: (585) 263-1644
                               Facsimile: (844) 408-5278
                               Email: rmcguirk@nixonpeabody.com

4827-2347-8610.1

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on November 1, 2017, the attached NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL was filed electronically through the CM/ECF system, which will send notice to the registered participants identified on the Notice of Electronic Filing.

*/s/ Richard A. McGuirk*
Richard A. McGuirk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

THE WAVE STUDIO, LLC,

Plaintiff,

- vs -

7:15-cv-06995-CS

AMADEUS NORTH AMERICA, INC., et al.

Defendants.

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The Court, having considered the motion seeking leave, pursuant to Local Rule 1.4, for Richard A. McGuirk to withdraw as counsel of record in the above-captioned case (Case No 7:15-cv-06995-CS) for Defendant Amadeus North America, Inc., and it appearing to the Court that the relief requested is appropriate;

IT IS HEREBY ORDERED that Richard A. McGuirk is granted leave to withdraw as counsel of record in these actions and that such withdrawal is effective immediately.

Dated: _____, 2017

SO ORDERED:

_____
The Honorable Cathy Seibel
UNITED STATES DISTRICT JUDGE

4827-2347-8610.1