IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>                                    Plaintiff,<br><br>- vs -<br><br>AMADEUS NORTH AMERICA, INC., et al.<br><br>                                    Defendants. | 7:15-cv-06995-CS |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The Court, having considered the motion seeking leave, pursuant to Local Rule 1.4, for Richard A. McGuirk to withdraw as counsel of record in the above-captioned case (Case No 7:15-cv-06995-CS) for Defendant Amadeus North America, Inc., and it appearing to the Court that the relief requested is appropriate;

IT IS HEREBY ORDERED that Richard A. McGuirk is granted leave to withdraw as counsel of record in these actions and that such withdrawal is effective immediately.

Dated:   November 1  , 2017

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

T JUDGE

The Clerk of Court is respectfully directed to terminate Doc. 60.

4827-2347-8610.1