TM

PROMO ©

nate garhart
nate@cobaltlaw.com

**VIA ECF**

June 14, 2018

The Honorable Cathy Seibel
United States District Judge, Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*
            Case No. 7:13-09239-CS-PED (S.D.N.Y.)

Dear Judge Seibel:

We represent Plaintiff The Wave Studio, LLC ("Wave") in the above-referenced action and write in connection with Your Honor's Order dated April 25, 2018 (Docket No. 253), staying the action, but subject to dismissal with prejudice in the event "Plaintiff has not commenced an action to prosecute its claims against GHM in Singapore by June 25, 2018," and ordering that "Counsel for Plaintiff is to advise the Court promptly if such an action is commenced."

Wave has commenced such an action, and a copy of the Writ and Amended Writ doing so in Case No. HC/S 175/2018 in the High Court of the Republic of Singapore captioned The Wave Studio PTE. Ltd., Lee Kar Yin, and The Wave Studio, LLC v. General Hotel Management, Ltd. and additional defendants are attached hereto as Exhibit A.

Based on this action satisfying the Court's requirements, Plaintiff requests the stay in the instant action remain in place pending the outcome of the Singapore action.

Respectfully Submitted,

COBALT LLP

*/s/ Nate Garhart*

Nate Garhart



Lawyers in Advertising, Promotions & Intellectual Property   |   1912 Bonita Avenue   |   P.510.841.9800
cobaltlaw.com                                                     Berkeley, CA 94704        F.510.295.2401