# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>AMADEUS NORTH AMERICA, INC., a Florida Corporation, CATHAY PACIFIC AIRWAYS LTD., a Hong Kong Corporation, KONINKLIJKE LUCHTVAART MAATSCHAPPIJ, N.V., a Netherlands Antilles Corporation d/b/a KLM ROYAL DUTCH AIRLINES, JOHN LIM, an individual d/b/a TRAVELS-WEB, PRICELINE.COM LLC, a Delaware Corporation and DOES 1-100<br><br>Defendants. | Case No. 7:15-cv-06995-CS |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in the above-captioned case as counsel for Defendant Priceline.com LLC.

Respectfully submitted,

FISH & RICHARDSON P.C.

Dated: June 2, 2022

By: */s/ Kristen McCallion*
Kristen McCallion (KM5593)
mccallion@fr.com
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

*Attorney for Defendant*
Priceline.com LLC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 2, 2022, a true and correct copy of the foregoing document has been served on counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

          */s/ Kristen McCallion*
          Kristen McCallion