## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>     Plaintiff,<br><br>   v.<br><br>AMADEUS NORTH AMERICA, INC., a Florida Corporation, CATHAY PACIFIC AIRWAYS LTD., a Hong Kong Corporation, KONINKLIJKE LUCHTVAART MAATSCHAPPIJ, N.V., a Netherlands Antilles Corporation d/b/a KLM ROYAL DUTCH AIRLINES, JOHN LIM, an individual d/b/a TRAVELS-WEB, PRICELINE.COM LLC, a Delaware Corporation and DOES 1-100<br><br>     Defendants. | Case No. 7:15-cv-06995-CS |

## **APPEARANCE OF COUNSEL**

To:  The Clerk of Court and all parties of record:

 I am admitted or otherwise authorized to practice in this Court, and I appear in the above-captioned case as counsel for Defendant Priceline.com LLC.

              Respectfully submitted,

              FISH & RICHARDSON P.C.

Dated: June 2, 2022        By: */s/ Vivian Cheng*
                Vivian Cheng (VC6321)
                7 Times Square, 20th Floor
                New York, NY 10036
                Telephone: (212) 765-5070
                Facsimile: (212) 258-2291
                cheng@fr.com

                *Attorney for Defendant*
                Priceline.com LLC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 2, 2022, a true and correct copy of the foregoing document has been served on counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                              */s/ Vivian Cheng*
                                              Vivian Cheng