

Nixon Peabody LLP
1300 Clinton Square
Rochester, NY 14604-1792

**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

**Eric M. Ferrante**
Counsel

T / 585.263.1362
F / 844.698.5849
eferrante@nixonpeabody.com

November 22, 2023

**VIA ECF AND EMAIL TO chambersnysdseibel@nysd.uscourts.gov**

Hon. Cathy Seibel
United States District Court Judge
United States District Court for the Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plain, NY 10601-4077

**RE:** *The Wave Studio, LLC v. Amadeus North America, Inc., et al.*, **No. 7:15-cv-06995-CS - Request to Appear Remotely**

Dear Judge Seibel:

I am counsel to Defendant Cathay Pacific Airways Ltd. ("Cathay Pacific") in the above-referenced case. I am writing to respectfully request leave to appear remotely via Zoom or telephonically at the Pre-Motion Conference on Plaintiff The Wave Studio, LLC's Motion to Lift the Stay scheduled for November 29, 2023 (Dkt No. 89). I am making this request because I am Cathay Pacific's only counsel located in New York state, but I am in Rochester.[1]  Given prior scheduling commitments, it would be unduly burdensome for me to travel to White Plains on November 29 for an in-person appearance.

Please advise if the Court approves this request. Thank you for your attention to this matter.

Respectfully submitted,

Eric M. Ferrante
Counsel

EMF

CC: All counsel of record (*via ECF*)

---

[1] The docket currently reflects that Seth L. Berman from Nixon Peabody LLP's Jericho, NY, office is also counsel of record for Cathay Pacific. Mr. Berman is no longer associated with Nixon Peabody and we will be filing a notice to terminate his representation shortly.

4864-5352-7186.1