## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>                                         Plaintiff,<br><br>- vs -<br><br>AMADEUS NORTH AMERICA, INC. a Florida corporation, CATHAY PACIFIC AIRWAYS LTD., a Hong Kong Corporation, KONINKLIJKE LUCHTVAART MAATSCHAPPIJ, N.V., a Netherlands Antilles Corporation d/b/a KLM ROYAL DUTCH AIRLINES, JOHN LIM, an individual d/b/a TRAVELS-WEB, PRICELINE.COM LLC, a Delaware Corporation and DOES 1-100,<br><br>                                         Defendants. | **MOTION FOR ADMISSION** *PRO HAC VICE*<br><br>Civil Action No.:<br>7:15-cv-06995-CS |

      Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Duane H. Mathiowetz hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Amadeus North America, Inc. in the above-captioned action.

      I am an active member in good standing of the Bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

[*Signature block on next page*]

- 2 -

Dated: March 7, 2024
      San Francisco, California

Respectfully submitted,

By:   */s/ Duane H. Mathiowetz*
Duane H. Mathiowetz
Practus, LLP
201 Spear Street, Suite 1100
San Francisco, CA 94105
Tel.: (415) 501-0350

duane.mathiowetz@practus.com

*Attorney for Defendant Amadeus North America, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Admission *Pro Hac Vice* for Duane H. Mathiowetz has been filed through the ECF system on March 7, 2024, and will therefore be sent electronically by the ECF system to all registered participants.

                                          */s/ Duane H. Mathiowetz*
                                           Duane H. Mathiowetz