## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC,

Plaintiff,

- vs -

AMADEUS NORTH AMERICA, INC. a Florida corporation,
CATHAY PACIFIC AIRWAYS LTD., a Hong Kong
Corporation, KONINKLIJKE LUCHTVAART
MAATSCHAPPIJ, N.V., a Netherlands Antilles Corporation
d/b/a KLM ROYAL DUTCH AIRLINES, JOHN LIM, an
individual d/b/a TRAVELS-WEB, PRICELINE.COM LLC, a
Delaware Corporation and DOES 1-100,

Defendants.

**AFFIDAVIT OF
DUANE H.
MATHIOWETZ IN
SUPPORT OF
MOTION FOR
ADMISSION
*PRO HAC VICE***

Civil Action No.:
7:15-cv-06995-CS

STATE OF CALIFORNIA          )
                             ) ss.:
COUNTY OF SAN FRANCISCO      )

**DUANE H. MATHIOWETZ**, being duly sworn, deposes and says:

1.      I am an attorney at Practus, LLP, attorneys for Defendant Amadeus North America,

Inc. ("Amadeus") in the above-captioned action.  I am an active member in good standing of

the Bar of the State of California.

2.      I respectfully apply for admission *pro hac vice* to appear in this Court on behalf

Amadeus and I submit this affidavit in support thereof.

3.      I have never (a) been convicted of a felony, (b) been censured, suspended,

disbarred, or denied admission or readmission by any court, nor (c) had any disciplinary

proceedings against me.

4. A true and correct copy of a certificate of good standing from the State Bar of California is attached to this application as **Exhibit A**.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 20, 2024
San Francisco, CA

Duane H. Mathiowetz

Sworn to before me this 7ᵗʰ day
of March, 2024

**SEE ATTACHED
CERTIFICATE**

Notary Public

- 2 -

Exhibit A



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

## *DUANE H. MATHIOWETZ*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that DUANE H. MATHIOWETZ #111831, was on the 12th day of December 1983, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 13th day of March 2024.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Michael Hallisy, Deputy Clerk*

# California Jurat Certificate

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of California**

**County of** _____Marin_____  } s.s.

Subscribed and sworn to (or affirmed) before me on this _____7th day of _March____,
Month

20 24, by _Deane H. Mathionetz_____ and
Name of Signer (1)

_____, proved to me on the basis of
Name of Signer (2)

satisfactory evidence to be the person(s) who appeared before me.

_____
Signature of Notary Public

_Jeremy Frech_____
For other required information (Notary Name, Commission No. etc.)

JEREMY FRECH
Notary Public - California
Marin County
Commission # 2427422
My Comm. Expires Nov 20, 2026

Seal

―――――――――――― *OPTIONAL INFORMATION* ――――――――――――

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.*

## Description of Attached Document

The certificate is attached to a document titled/for the purpose of

containing _____ pages, and dated _____

**Additional Information**

Method of Affiant Identification

Proved to me on the basis of satisfactory evidence:
○ form(s) of identification  ○ credible witness(es)

Notarial event is detailed in notary journal on:

Page # _____ Entry # _____

Notary contact: _____

Other

☐ Affiant(s) Thumbprint(s)  ☐ Describe: _____

_____

© 2009-2015 Notary Learning Center - All Rights Reserved    You can purchase copies of this form from our web site at www.TheNotarysStore.com