# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>                                        Plaintiff,<br><br>- vs -<br><br>AMADEUS NORTH AMERICA, INC. a Florida corporation, CATHAY PACIFIC AIRWAYS LTD., a Hong Kong Corporation, KONINKLIJKE LUCHTVAART MAATSCHAPPIJ, N.V., a Netherlands Antilles Corporation d/b/a KLM ROYAL DUTCH AIRLINES, JOHN LIM, an individual d/b/a TRAVELS-WEB, PRICELINE.COM LLC, a Delaware Corporation and DOES 1-100,<br><br>                                        Defendants. | **ORDER FOR ADMISSION** *PRO HAC VICE*<br><br>Civil Action No.: 7:15-cv-06995-CS |

       The motion of Duane H. Mathiowetz for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**.

       Applicant has declared that he is a member in good standing of the Bar of the State of California; that his contact information is as follows:

Duane H. Mathiowetz
Practus, LLP
201 Spear Street, Suite 1100
San Francisco, CA 94105
Tel.: (415) 501-0350
duane.mathiowetz@practus.com

       Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Amadeus North America, Inc. in the above entitled action;

       **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

- 2 -

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                                    _____
                                                                                    United States District Judge