## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

The Wave Studio, LLC,

          Plaintiff,

-against-

General Hotel Management Ltd., et al.,

          Defendants.

Case No. 7:13-cv-09239-CS-VR

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Koninklijke Luchtvaart Maatschappij, N.V. d/b/a KLM Royal Dutch Airlines.

Dated: April 4, 2025
      Brooklyn, New York

Respectfully submitted,

**LEWIS & LIN, LLC**

*Michael Cilento*

Michael D. Cilento, Esq.
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Michael@iLawco.com
*Counsel for Plaintiff, The Wave Studio, LLC*

To: All Attorneys of Record via NYSCEF