IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

THE WAVE STUDIO, LLC,

        Plaintiff,

  - vs -

AMADEUS NORTH AMERICA, INC., et al.

        Defendants.
-------------------------------------------------------------------x

7:15-cv-06995-CS

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

    The Court, having considered the motion seeking leave, pursuant to Local Rule 1.4, for Seth L. Berman to withdraw as counsel of record in the above-captioned case (Case No 7:15-cv-06995-CS) for Defendant Cathay Pacific Airway, Ltd., and it appearing to the Court that the relief requested is appropriate;

    IT IS HEREBY ORDERED that Seth L. Berman is granted leave to withdraw as counsel of record in these actions and that such withdrawal is effective immediately.

Dated: _____May 14_____, 2025

SO ORDERED:

*Cathy Seibel*

The Honorable Cathy Seibel
UNITED STATES DISTRICT JUDGE

The Clerk shall terminate ECF No. 134.