UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
THE WAVE STUDIO, LLC,

        Plaintiff,

-against-

AMADEUS NORTH AMERICA, INC., et al.,

        Defendants.
------------------------------------------------------- X

**Case No. 7:15-cv-06995-CS**

## NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL

      PLEASE TAKE NOTICE THAT Matthew T. Julyan (NY Bar # 5955844), formerly an attorney at Morgan, Lewis & Bockius LLP and one of the attorneys for PRICELINE.COM LLC (Defendant), hereby withdraws as counsel for PRICELINE.COM LLC in the above-captioned matter.  It is noted that Carla B. Oakley and Dana E. Becker, both of Morgan, Lewis & Bockius LLP, will remain as counsel of record for PRICELINE.COM LLC, and request that all future correspondence and papers in this action continue to be directed to them.

DB2/ 650128393.1

| | |
|---|---|
| Dated: June 2, 2025<br>San Francisco, CA | Respectfully submitted,<br><br>MORGAN, LEWIS & BOCKIUS LLP<br><br>By: */s/ Carla B. Oakley*<br>Carla B. Oakley<br>carla.oakley@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1596<br>Tel./ Fax: +1.415.442.1301 / 415.442-1001<br><br>Dana E. Becker<br>2222 Market Street<br>Philadelphia, PA 19103-3007<br>dana.becker@morganlewis.com<br>Tel./Fax.: +1.215.963.4628 / 215.963.4858<br><br>Attorneys for Defendant<br>PRICELINE.COM LLC |

## CERTIFICATE OF SERVICE

I certify that on **June 2, 2025**, I caused to be electronically filed a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL** with the Clerk of the District Court using its CM/ECF system, which will then electronically notify all parties registered to receive such notice.

*/s/ Carla B. Oakley*
CARLA B. OAKLEY

SO ORDERED:

*Cathy Seibel*   6/2/25

HON. CATHY SEIBEL, U.S.D.J.

DB2/ 650128393.1

-2-